IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **WAUNITA WEINGART**
2. **JOHN PHILLIP GALLEGOS**
3. **ALOIS CRAIG WEINGART**

    Defendants.

_____

**INDICTMENT**
**18 U.S. C. § 1343**
**18 U.S.C. § 1957**
_____

The Grand Jury charges as follows:

### Counts 1-12
### (Wire Fraud)

    1.    Beginning in or about July 1999, and continuing thereafter until about May 31, 2008 in the District of Colorado, the defendants, Waunita Weingart, John Phillip Gallegos, and Alois Craig Weingart, did knowingly devise and intend to devise a scheme to defraud lenders that funded residential mortgage loans and for obtaining money from them by means of materially false and fraudulent pretenses, representations, and promises, hereinafter referred to as "the scheme".

2. It was part of the scheme that:

(a) Each of the defendants repeatedly obtained mortgage loans for the properties located at 7766 Saxeborough Drive, Castle Rock, Colorado ("Saxeborough") and/or 141 Lost Angel Road, Boulder, Colorado ("Lost Angel"), pledging the same properties again and again as collateral to each successive lender without paying off the prior loans. For each new loan, the defendants made it appear as though the lender would obtain a first priority security interest in the subject property, knowing that the lender would not.

(b) The defendants used several companies, each controlled by at least one of them, to facilitate their scheme. The companies were Escrow Closing Services, LLC, Paradigm Escrow and Title, LLC, Colorado County and Community Title, LLC, Real Estate Title, LLC, Transaction Coordinator Services, LLC, and G-4 Holding Company, LLC.

(c) As borrowers, the defendants typically described each new loan as the refinancing of an existing loan secured by either the Saxeborough or the Lost Angel property. They usually falsely represented to the lenders that they had no more than one existing loan on which that property had been pledged as collateral and that a large portion of the proceeds from the new loan would be used to pay off the existing loan.

(d) The defendants provided false information and false certifications to the lenders as necessary to ensure that they would qualify for the desired loans. Each defendant regularly overstated his or her true legitimate income, representing that he or she had high monthly earnings from employment at companies whose names were slight variations of "Transaction Coordinator Services, LLC", one of the entities they controlled. John Gallegos and Waunita Weingart were licensed title insurance producers. On some

occasions, the defendants submitted altered versions of Waunita Weingart's license in support of loan applications for Craig Weingart, making it appear that he was a licensed insurance producer, when he was not.

(e)     In some cases, the defendants used G-4 Holding Co., LLC as mortgage broker, with Waunita Weingart or John Gallegos acting as loan officer for the borrower. This eliminated the need to deal with an independent third party who would gather loan application documents for the lender. Through G-4 Holding Co., the defendants were also able to obtain credit reports from a credit reporting agency.

(f)     The defendants were aware that there were outstanding debts against which the subject property for each loan had been pledged as collateral to other lenders. The defendants also knew that during the loan application process, the lenders would obtain their credit reports, and that those reports would reveal the amounts of their outstanding debts. On their loan applications, the defendants therefore falsely represented that the debts identified on their credit reports were related to other properties, and not to Saxeborough or Lost Angel. In this elaborate deception, the defendants made it appear as though they owned numerous other properties, whose value supported their substantial debt.

(g)     On occasion, Waunita Weingart and John Gallegos provided false social security numbers to the lenders on their loan applications, a tactic which would have made it more difficult for the lenders to obtain their true credit histories. They also used false social security numbers to open certain personal and business bank accounts.

(h)     The defendants usually arranged to have one of their own companies

serve as title insurance agent and/or settlement agent for the transactions. These companies, Escrow Closing Services, LLC, Paradigm Escrow and Title ("Paradigm"), Colorado County and Community Title ("CCCT"), and Real Estate Title, LLC, purported to serve as independent and disinterested third parties to the transactions. In fact, they were controlled by one or a combination of the defendants. To conceal their own involvement from the lenders, the defendants used documents from these companies bearing the names and forged signatures of other individuals.

(i)     Paradigm, CCCT, and Real Estate Title provided title commitments to the lenders before the closings. These commitments provided false assurances to the lenders that they would acquire first priority lien positions when the purported sole existing loan against the property was paid off at closing.

(j)     To make it appear as though there was only one existing loan and that it would be paid off at closing, the defendants caused a payoff notice quoting an exact payoff figure to be provided to the lender in advance of the closing.

(k)     For each closing, the lender had the loan proceeds sent to the settlement agent's bank account to be distributed as the lender directed. The defendants did not reveal to the lenders that these accounts were controlled by one or a combination of them. Instead of paying off the purported sole existing loan as directed, Waunita Weingart and John Gallegos misappropriated the proceeds and used them for the benefit of the defendants and to perpetuate their fraudulent scheme.

(l)     For each new loan, the defendant-borrower executed a deed of trust

4

to the lender, pledging the subject property as collateral. The settlement agent was to have promptly recorded these deeds with the county clerk and recorder, as required to protect each lender's priority lien position. In fact, the defendants failed to have the deeds promptly recorded and in many cases, never had them recorded at all.

(m)   CCCT and Real Estate Title were at times during the scheme agents for a title insurance company. In that capacity, they sometimes provided title insurance policies to the lenders after the closings.  These policies were issued under the false pretense that the purported sole existing loan had been paid off, and that the property was otherwise unencumbered. Even after a title insurance company terminated its agency relationship with Real Estate Title and CCCT, the defendants caused phony title insurance documents in the name of that title insurance company to be provided to the lenders.

(n)   On or about each of the dates listed below, one or a combination of the defendant(s) acquired a loan under the name of the borrower(s) listed below from the named lender in the listed amount and pledged the named property as collateral thereon:

| Date | Borrower(s) | Lender | Amount | Property |
|---|---|---|---|---|
| 7/29/99 | Craig A. Weingart Waun R. Weingart | Broadstreet Mortgage | $363,300 | 7766 Saxeborough Drive |
| 8/3/00 | Craig A. Weingart Waun R. Weingart | Jefferson Mortgage Group | $420,000 | 7766 Saxeborough Drive |
| 8/7/00 | Craig A. Weingart Waun R. Weingart | Flagstar Bank | $397,500 | 7766 Saxeborough Drive |
| 10/12/00 | Craig A. Weingart Waun R. Weingart | Option One Mortgage | $356,000 | 7766 Saxeborough Drive |

| | | | | |
|---|---|---|---|---|
| 3/21/02 | John P. Gallegos | Aames Funding Corp. d/b/a Aames Home Loan | $278,000 | 141 Lost Angel Road |
| 3/29/02 | John P. Gallegos | Resource Bank | $400,000 | 141 Lost Angel Road |
| 6/25/02 | John P. Gallegos | General Mortgage Corp. of America | $229,800 | 141 Lost Angel Road |
| 8/1/02 | Craig A. Weingart Waun R. Weingart | Beneficial Mortgage Co. of Colorado | $33,964 | 7766 Saxeborough Drive |
| 1/27/03 | Craig A. Weingart | General Mortgage Corp. of America | $400,000 | 7766 Saxeborough Drive |
| 11/19/03 | Alois C. Weingart | 1st Mariner Bank | $420,000 | 7766 Saxeborough Drive |
| 2/13/04 | John Gallegos | 1st Mariner Bank | $400,000 | 141 Lost Angel Road |
| 2/19/04 | Alois C. Weingart | Liberty American Mortgage | $405,000 | 7766 Saxeborough Drive |
| 4/9/04 | Waun Weingart | Chase Manhattan Mortgage | $320,000 | 7766 Saxeborough Drive |
| 4/9/04 | Waun Weingart | Chase Manhattan Mortgage | $410,000 | 141 Lost Angel Road |
| 5/6/04 | Waun Weingart | Washington Mutual Bank | $400,000 | 7766 Saxeborough Drive |
| 5/24/04 | Waun Weingart | American Wholesale Lender | $445,500 | 141 Lost Angel Road |
| 10/25/04 | Waun Weingart | Washington Mutual Bank | $397,500 | 141 Lost Angel Road |
| 11/15/04 | Waun Weingart | Lehman Brothers Bank | $400,000 | 141 Lost Angel Road |
| 11/15/04 | Waunita R. Weingart | Ohio Savings Bank | $360,400 | 7766 Saxeborough Drive |

| 11/15/04 | Waun Weingart | Lehman Brothers Bank | $360,000 | 7766 Saxeborough Drive |
|---|---|---|---|---|
| 8/19/05 | Waun Weingart | Ameriquest Mortgage | $496,000 | 7766 Saxeborough Drive |
| 8/25/05 | John P. Gallegos | Wells Fargo Bank | $400,000 | 141 Lost Angel Road |
| 8/26/05 | Craig A. Weingart | World Savings Bank | $406,250 | 7766 Saxeborough Drive |
| 8/31/05 | Craig A. Weingart | Ocwen Loan Servicing | $492,000 | 7766 Saxeborough Drive |
| 9/7/05 | Craig A. Weingart | Chevy Chase Bank | $400,000 | 7766 Saxeborough Drive |
| 9/21/05 | Craig A. Weingart Waun Weingart | National City Mortgage | $425,000 | 7766 Saxeborough Drive |
| 10/7/05 | Craig A. Weingart | Irwin Mortgage Corp. | $386,500 | 7766 Saxeborough Drive |
| 10/13/05 | Craig A. Weingart | WMC Mortgage | $400,000 | 7766 Saxeborough Drive |
| 10/18/05 | Craig A. Weingart | Wells Fargo Bank | $412,500 | 7766 Saxeborough Drive |
| 12/5/06 | Craig A. Weingart | New Century Mortgage | $568,000 | 7766 Saxeborough Drive |
| 12/5/06 | Craig A. Weingart | New Century Mortgage | $142,000 | 7766 Saxeborough Drive |
| 12/22/06 | Waun Weingart | EquiFirst Corp. | $440,000 | 7766 Saxeborough Drive |
| 12/27/06 | John P. Gallegos | Wells Fargo Bank | $495,000 | 141 Lost Angel Road |
| 12/29/06 | Waun Weingart | EquiFirst Corp. | $465,000 | 141 Lost Angel Road |
| 1/23/07 | Waun R. Weingart | New Century Mortgage | $450,000 | 141 Lost Angel Road |
| 10/30/07 | Craig A. Weingart | World Savings | $86,300 | 7766 Saxeborough |

| | | Bank | | Drive |
|---|---|---|---|---|
| 1/18/08 | Alois C. Weingart | Bank of America | $417,000 | 7766 Saxeborough Drive |
| 1/18/08 | Alois C. Weingart | Bank of America | $32,000 | 7766 Saxeborough Drive |
| 3/14/08 | Waun Weingart | Bank of America | $417,000 | 141 Lost Angel Road |
| 3/14/08 | Waun Weingart | Bank of America | $28,362 | 141 Lost Angel Road |
| 4/21/08 | John P. Gallegos | Bank of America | $417,000 | 141 Lost Angel Road |

(o)  To perpetuate the fraud and avoid detection, the defendants caused regular payments to be made on the loans, often using the proceeds of other loans in the scheme. In a few instances, they used the proceeds of later loans to pay off outstanding loans in the scheme.

3.  Paragraphs 1 and 2 are incorporated into each count in Counts 1 - 12, as though fully set forth in their entirety.

4.  On or about the date listed below for each count, in the District of Colorado, the defendant(s) named for that count did, for the purpose of executing the scheme set forth in Paragraphs 1 and 2 of this indictment, knowingly cause writings, signs, and signals to be transmitted in interstate commerce from the state named for that count to the state of Colorado by means of a wire communication as described in that count, all in violation of Title 18, United States Code, Section 1343:

| Count | Defendant(s) | Date | From | Communication |
|---|---|---|---|---|
| 1 | Waunita Weingart, John | 12/11/06 | New York | Wire transfer notification of a $569,998.75 deposit in |

|   | | | | |
|---|---|---|---|---|
|   | Phillip Gallegos, and Alois Craig Weingart | | | connection with a loan by New Century Mortgage to Craig Weingart for 7766 Saxeborough Drive, Castle Rock, CO. |
| 2 | Alois Craig Weingart and John Phillip Gallegos | 12/11/06 | New York | Wire transfer notification of a $140,773.65 deposit in connection with a loan by New Century Mortgage to Craig Weingart for 7766 Saxeborough Drive, Castle Rock, CO. |
| 3 | Waunita Weingart | 12/22/06 | North Carolina | Wire transfer notification of a $442,830.71 deposit in connection with a loan by Equifirst Corp. to Waun Weingart for 7766 Saxeborough Drive, Castle Rock, CO. |
| 4 | Waunita Weingart | 12/29/06 | North Carolina | Wire transfer notification of a $466,225.30 deposit in connection with a loan by EquiFirst Corp. to Waun Weingart for 141 Lost Angel Road, Boulder, CO. |
| 5 | Waunita Weingart and John Phillip Gallegos | 1/3/07 | California | Wire transfer notification of a $502,083.80 deposit in connection with a loan by Wells Fargo Bank to John Gallegos for 141 Lost Angel Road, Boulder, CO. |
| 6 | Waunita Weingart and John Phillip Gallegos | 1/24/07 | New York | Wire transfer notification of a $452,735.44 deposit in connection with a loan by New Century Mortgage to Waun Weingart for 141 Lost Angel Road, Boulder, CO. |
| 7 | Waunita Weingart and Alois Craig | 11/5/07 | New York | Wire transfer notification of a $20,000.00 deposit in connection with a loan by |

|   |   |   |   |   |
|---|---|---|---|---|
|   | Weingart |   |   | World Savings Bank to Craig A. Weingart for 7766 Saxeborough Drive, Castle Rock, CO. |
| 8 | Waunita Weingart and Alois Craig Weingart | 1/23/08 | New York | Wire transfer notification of a $411,457.51 deposit in connection with a line of credit loan by Bank of America to Alois C. Weingart for 7766 Saxeborough Drive, Castle Rock, CO. |
| 9 | Waunita Weingart and Alois Craig Weingart | 1/23/08 | New York | Wire transfer notification of a $32,017.68 deposit in connection with a loan by Bank of America to Alois C. Weingart for 7766 Saxeborough Drive, Castle Rock, CO. |
| 10 | Waunita Weingart | 3/18/08 | New York | Wire transfer notification of a $414,084.56 deposit in connection with a loan by Bank of America to Waun Weingart for 141 Lost Angel Road, Boulder, CO. |
| 11 | Waunita Weingart | 3/18/08 | New York | Wire transfer notification of a $28,149.19 deposit in connection with a loan by Bank of America to Waun Weingart for 141 Lost Angel Road, Boulder, CO. |
| 12 | John Phillip Gallegos | 4/18/08 | New York | Wire transfer notification of a $408,307.46 deposit in connection with a loan by Bank of America to John Gallegos for 141 Lost Angel Road, Boulder, CO. |

**Counts 13-18**
**(Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity)**

5.      On or about the date listed below for each count, in the District of Colorado, the defendant(s) named for that count did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, in or affecting interstate commerce, and involving criminally derived property of a value greater than $10,000, as described for that count, such property having been derived from specified unlawful activity, namely, wire fraud, as defined in Title 18, United States Code, Section 1343, all in violation of United States Code, Section 1957:

| Count | Defendant(s) | Date | Transaction |
|---|---|---|---|
| 13 | Waunita Weingart and John Phillip Gallegos | 1/17/07 | Wire transfer of $15,000.00 from Real Estate Title, LLC's American National Bank account number XXXX1142 to Bank of America for Aero Toy Store |
| 14 | Waunita Weingart | 1/29/07 | Wire transfer of $50,000 from Real Estate Title, LLC's American National Bank account number XXXX1142 to Wachovia Bank for NUAW Designs |
| 15 | Waunita Weingart and John Phillip Gallegos | 5/9/07 | Wire transfer of $53,955.96 from Waun Weingart's American National Bank account number XXXX4723 to Key Bank for Haggan Aviation |
| 16 | Waunita Weingart | 9/4/07 | Negotiation of check number 375 for $15,000.00 drawn on Waunita Weingart and Alois Craig Weingart's Guaranty Bank and Trust Company account number XXXX1321, payable to Cash |
| 17 | Alois Craig Weingart | 12/18/07 | Issuance and transfer of check number 1002 in the amount of $51,100.00 drawn on Craig A. Weingart's World Savings Bank Equity Line of Credit account to Waun Weingart |
| 18 | Waunita Weingart | 2/29/08 | Wire transfer of $100,000.00 from Real |

| | | | Estate Title, LLC's American National Bank account number XXXX2897 to Waunita Weingart and Alois Craig Weingart's Guaranty Bank and Trust Company account number XXXX1321. |

A TRUE BILL


  Ink signature on file in the Clerk's Office
FOREPERSON



JOHN F. WALSH
UNITED STATES ATTORNEY


By: *s/ Linda Kaufman*
Linda Kaufman
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: Linda.Kaufman@usdoj.gov
Attorney for Government