DEFENDANT:        John Phillip Gallegos

YEAR OF BIRTH:    1971

ADDRESS:          Seattle, Washington

COMPLAINT FILED?  _____ YES ___X___ NO

        IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES ___X___ NO

        IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:    Counts 1, 2, 5, 6, 12: Wire Fraud, 18 U.S.C. § 1343
            Counts 13, 15: Engaging in Monetary Transactions in Property Derived from
            Specified Unlawful Activity, 18 U.S.C. § 1957

LOCATION OF OFFENSE: Denver, Boulder, and Douglas Counties, Colorado

PENALTY:    Counts 1, 2, 5, 6, 12 (Each Count): NMT 20 years' imprisonment and/or NMT
            $250,000 fine; $100.00 Special Assessment Fee.
            Counts 13, 15 (Each Count): NMT 10 years' imprisonment and/or NMT
            $250,000 fine; $100.00 Special Assessment Fee

AGENT:      Special Agent Scott Doner, F.B.I.

AUTHORIZED BY:        Linda Kaufman
                      Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    ___X___ over five days    _____ other

THE GOVERNMENT

___X___ will seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:    _____ Yes    ___X___ No