AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Alois Craig Weingart ) | Case No. 11-cr-00355-MSK |
| ) | |
| ) | |
| *Defendant* ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Alois Craig Weingart                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud, in violation of 18 United States Code, Section 1343 (5 counts) and Engaging in a Monetary Transaction in Property Derived from Specified Unlawful Activity, in violation of Title 18 United States Code, Section 1957 (1 count).

Date: 08/31/2011                                                                                             s/ J. Patterson
                                                                                                     *Issuing officer's signature*

City and state:   Denver, Colorado                                          Gregory C. Langham, Clerk, U.S. District Court
                                                                                                     *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                                                     *Arresting officer's signature*

                                                                                                     *Printed name and title*