AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br>Alois Craig Weingart<br><br>Defendant | )<br>)<br>)<br>)<br>) | Case No.   11-cr-00355-MSK |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Alois Craig Weingart                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud, in violation of 18 United States Code, Section 1343 (5 counts) and Engaging in a Monetary Transaction in Property Derived from Specified Unlawful Activity, in violation of Title 18 United States Code, Section 1957 (1 count).

Date: 08/31/2011                                           s/ J. Patterson
                                                                                *Issuing officer's signature*

City and state:   Denver, Colorado                   Gregory C. Langham, Clerk, U.S. District Court
                                                                                *Printed name and title*

FILED, U.S. DISTRICT COURT, DISTRICT OF COLORADO, 2011 SEP -6 AM 10:13, GREGORY C. LANGHAM, CLERK

### Return

This warrant was received on *(date)* 9-2-11, and the person was arrested on *(date)* 9-2-11
at *(city and state)* Denver, CO.

Date: 9-2-11                                           Burns-Madison, DEO
                                                                                *Arresting officer's signature*

                                                                                Burns-Madison-Deo
                                                                                *Printed name and title*