IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00355-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    **WAUNITA WEINGART,**
2.    **JOHN PHILLIP GALLEGOS,**
3.    **ALOIS CRAIG WEINGART,**

       Defendant.

---

### NOTICE OF ENTRY OF APPEARANCE
_____

      Paula M. Ray, appointed counsel for Alois Craig Weingart, defendant herein, pursuant to D.C. Colo. L. Cr. R. 44.1, hereby enters her appearance. All filings should be addressed to her at the below address.

      DATED this 16th day of September, 2011.

                                                Respectfully submitted

                                                <u>Paula M. Ray</u>
                                                Paula M. Ray, P.C.
                                                P.O. Box 12554
                                                Denver, CO  80212-0554
                                                Telephone:  303-874-5170
                                                Email:  paulamray@earthlink.net

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2011, I served a copy of the foregoing via CM/ECF on all interested parties.

                                                      s/ Paula M. Ray
                                                      Law Office of Paula M. Ray