IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00355-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    WAUNITA WEINGART,
2.    JOHN PHILLIP GALLEGOS,
**3.    ALOIS CRAIG WEINGART,**

        Defendants.

---

**UNOPPOSED MOTION FOR ENDS OF JUSTICE CONTINUANCE
PURSUANT TO THE SPEEDY TRIAL ACT
AND FOR EXTENSION OFTIME TO FILE MOTIONS**

---

      Alois Craig Weingart, by counsel Paula M. Ray, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 and Fed. R. Crim. P. 12, moves for an ends of justice continuance of 180 days to file pre-trial motions and to proceed with trial as follows:

      1.    Mr. Weingart is charged with 5 counts of Wire Fraud in violation of 18 U.S.C. § 1343 and 1 count of Money Laundering in violation of 18 U.S.C. § 1957, in an 18 Count Indictment which involves 3 defendants. [Doc. No. 1] Mr. Weingart was arraigned on September 7, 2011, and entered a plea of not guilty. The deadline for filing suppression motions has been set for September 28, 2011. [Doc. No. 25] The trial date is set for five days commencing October 11, 2011. [Doc. No. 25]

      2.    To date the Government provided one compact disc of discovery with 25,299 pages, as well as additional Reports of Interviews to counsel. The discovery received to date

does not include grand jury transcripts.  Counsel is in the process of reviewing the discovery, but it appears that it is incomplete.  And, with the exercise of due diligence and considering effective assistance of counsel, it is Counsel's opinion that she will not be prepared to file Motions without first having fully reviewed the discovery and researched any issues which may pertain to a defense in this case.

3. Mr. Weingart is on bond.  Counsel will need to schedule several meetings with him in order to fully inform him of the evidence the Government intends to adduce at trial.  Counsel will also have to interview witnesses and research possible defenses.

4. Under the Speedy Trial Act, trial must commence within 70 days after the indictment or initial appearance, whichever is later.  18 U.S.C. § 3161(c)(1).  *See generally, Bloate v. United States,* 559 U.S. ____; 130 S.Ct. 1345, 1349, 176 L.Ed. 2d 54, 60 (2010); *United States v. Toombs,* 574 F.3d 1262, 1268-1274 (10th Cir. 2009).  Periods of delay are excluded and do not count toward the 70-day limit.  *See* 18 U.S.C. § 3161(h)(1)-(8).  The Act excludes time which results in a continuance on the basis of findings that the ends of justice outweigh the interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  *United States v. Hill,* 197 F.3d 436, 440-41 (10th Cir. 1999).  And time may be excluded for preparation of pretrial motions where the District Court enters ends of justice findings.  *Bloate* at 1351-52.

5. Factors which apply to an ends of justice finding include:  (1) whether the case is so complex or unusual, due to the number of defendants, the nature of the prosecution, and the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established under 18 U.S.C. § 3161(h)(7)(B)(ii); and (2) whether the failure to grant such a continuance in a case which, taken

- 3 -

as a whole, is not so unusual or complex but will deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(B)(iv).  *See United States v. Larson,* 627 F.3d 1198, 1203-04 (10th Cir. 2010).

6. Counsel for Mr. Weingart respectfully submits that the failure to grant a continuance beyond the time prescribed by 18 U.S.C. § 3161(c) would result in a miscarriage of justice.  *See* 18 U.S.C. § 3161(h)(7)(B)(i).  Considering the currently set motions deadline, the short time until trial, the amount of discovery, the number of defendants, the need to adequately prepare motions, and the need for defense investigation, this case is unusual and complex and merits ends of justice findings under 18 U.S.C. § 3161(h)(B)(ii).  Further, allowing for due diligence, failure to grant this motion would deny counsel the reasonable time necessary for effective pretrial and trial preparation under 18 U.S.C. § 3161(h)(7)(B)(ii).

8. The government does not oppose this Motion.

For the above-stated reasons, Mr. Weingart respectfully requests an ends of justice continuance of 180 days to file pre-trial motions, and continuance of the trial.

DATED this 20th day of September, 2011.

                                                            Respectfully submitted

                                                            s/  Paula M. Ray
                                                            Paula M. Ray, P.C.
                                                           P.O. Box 12554
                                                           Denver, CO  80212-0554
                                                           Telephone:  303-874-5170
                                                           Email:  paulamray@earthlink.net

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2011, I served a copy of the foregoing via CM/ECF on all interested parties.


s/ Paula M. Ray
Law Office of Paula M. Ray