**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                    Date: April 10, 2012
Court Reporter:     Paul Zuckerman

Criminal Action No. 11-cr-00355-MSK

_Parties_:                                          _Counsel Appearing:_

UNITED STATES OF AMERICA,                           Linda Kaufman

            Plaintiff,

v.

WAUNITA WEINGART,                                   Martin Stuart
JOHN PHILLIP GALLEGOS,                              Darlene Bagley
ALOIS CRAIG WEINGART,                               William Taylor
                                                    Paula Ray

            Defendant.

---

## COURTROOM MINUTES

---

HEARING:     Motions

**4:26 p.m.        Court in session.**

Defendants are present on bond.

The Court addresses Motion to Continue Trial **(Doc. #81)**.

Argument.

**ORDER:**      Motion to Continue Trial **(Doc. #81)** is **DENIED.**

The Court addresses Waunita Weingart's Unopposed Motion to Continue or to Extend Motions
Filing Deadline **(Doc. #68);** John Phillip Gallegos's Unopposed Motion for Extension of Time to
File Motions **(Doc. #70)**.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**     John Phillip Gallegos's Unopposed Motion for Extension of Time to File Motions **(Doc. #70)** is **GRANTED.**
Waunita Weingart's Unopposed Motion to Continue or to Extend Motions Filing Deadline **(Doc. #68)** is **GRANTED in part and DENIED in part.** Motions  will be filed by **July 2, 2012**.  Government's responses will be filed by **July 16, 2012.** Motions hearing is set on **August 3, 2012 at 10:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO. *James* proffer will be made on or before **August 2, 2012**, defendant's objections will be made and the proffer chart filed by **August 9, 2012.**  Government's disclosures under Rule 16 and 702 FRE of any expert opinions they intend to use at trial will be made by **August 2, 2012**.  Defendants' designation and disclosure will be made by **August 24, 2012** and any joint motion for 702 hearing will be filed by **August 31, 2012**.   The Final Trial Preparation Conference is set on **September 13, 2012 at 4:00 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**     Motion to Amend/Correct **(Doc. #82)** is **DENIED** as moot.

**ORDER:**     Bond is continued.

 **4:51 p.m.**     **Court in recess.**

**Total Time:     25 minutes.**
**Hearing concluded.**