IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WAUNITA WEINGART,
2.    JOHN PHILLIP GALLEGOS,
3.    ALOIS CRAIG WEINGART,

    Defendants.

---

## NOTICE OF ATTORNEY APPEARANCE

---

Comes now, Assistant United States Attorney Martha A. Paluch, through John F. Walsh, United States Attorney for the District of Colorado, and hereby enters her appearance as plaintiff's co-counsel in this matter.

Respectfully submitted this 2nd day of August, 2012.

        JOHN F. WALSH
        United States Attorney


        By: *s/ Martha A. Paluch*
        Martha A. Paluch
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Facsimile: (303) 454-0404
        E-mail: Martha.Paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of August, 2012, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
E-mail: martinstuartlaw@solucian.com

William Lewis Taylor
E-mail: wltaylorpc@gmail.com

Paula M. Ray
E-mail: paulamray@earthlnk.net

                By: *s/ Solange Reigel*
                SOLANGE REIGEL
                Legal Assistant
                United States Attorney's Office
                1225 - 17th Street, Suite 700
                Denver, CO 80202
                Telephone: (303) 454-0244
                Fax: (303) 454-0402
                E-mail: solange.reigel@usdoj.gov