IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WAUNITA WEINGART,
2.    JOHN PHILLIP GALLEGOS,
3.    ALOIS CRAIG WEINGART,

    Defendants.

## GOVERNMENT'S NOTICE REGARDING ITS INTENT TO OFFER EVIDENCE PURSUANT TO FED. R. EVID. 801(d)(2)(E)

The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorneys Linda Kaufman and Martha Paluch, hereby gives the following Notice Regarding its Intent to Offer Evidence Pursuant to Fed. R. Evid. 801(d)(2)(E):

1.    The government does not intend to offer any evidence presently known to it pursuant to Fed. R. Evid. 801(d)(2)(E).

2.    The government may attempt to offer other statements pursuant to Fed. R. Evid. 801(d)(2)(E) of which the government is not currently aware but which may be discovered in the course of trial preparation. If such statements are discovered pre-trial, the government will request leave to file a <u>James</u> proffer as to those statements.

Respectfully submitted this 2nd day of August, 2012.

        JOHN F. WALSH
        United States Attorney

        By: *s/ Linda Kaufman*
        Linda Kaufman
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Facsimile: (303) 454-0404
        E-mail: Linda.Kaufman@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of August, 2012, I electronically filed the foregoing **GOVERNMENT'S NOTICE REGARDING ITS INTENT TO OFFER EVIDENCE PURSUANT TO FED. R. EVID. 801(d)(2)(E)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
E-mail: martinstuartlaw@solucian.com

William Lewis Taylor
E-mail: wltaylorpc@gmail.com

Paula M. Ray
E-mail: paulamray@earthlnk.net


By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant to AUSA Linda Kaufman
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: solange.reigel@usdoj.gov