IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3.    ALOIS CRAIG WEINGART,**

    Defendant.

---

**MOTION TO CONTINUE JURY TRIAL
AND FOR ENDS OF JUSTICE FINDINGS**
_____

    Defendant, Alois Craig Weingart, by counsel Paula M. Ray, pursuant to D.C. COLO. L. CR. R. 12.1 and 18 U.S.C. § 3161, moves to continue the trial currently set for September 17, 2012, and requests 120 days in which to complete the investigation and fully vet the Government's Expert Witness report recently provided to the defense, as follows:

    1.    Mr. Weingart approves, adopts and incorporates by reference the stated reasons for a continuance and ends for ends of justice findings as set forth in Defendant Gallegos's Motion to Continue Jury Trial filed August 20, 2012. [Doc. No. 124] It is Mr. Weingart's position that given the late submission of witness interview reports and the extensive Expert Witness report and attachments, additional time is required to track down the witnesses, interview them, and evaluate their respective testimony, as well as fully vet the Expert Witness report and accompanying attachments.

- 2 -

    2.    Counsel for Mr. Weingart does not anticipate filing a Motion for Severance as stated in Mr. Gallegos's Motion.  *See* Doc. No. 124 at ¶ 9.

    3.    Counsel agrees that 120 days, or four months, is adequate time for the defense to conduct additional investigation and vet the Expert Witness report.

    4.    Counsel also believes that effective assistance of the client requires the extension of time.

For the above-stated reasons, Mr. Weingart, requests an ends of justice continuance of the currently scheduled trial date set for September 17, 2012.

DATED this 20th day of August, 2012.

                                Respectfully submitted

                                <u>s/  Paula M. Ray</u>
                                Paula M. Ray, P.C.
                                P.O. Box 12554
                                Denver, CO  80212-0554
                                Telephone:  303-874-5170
                                Email:  paulamray@earthlink.net

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2012, I served a copy of the foregoing via CM/ECF on all interested parties.

s/ Paula M. Ray
Law Office of Paula M. Ray
