**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover  
Court Reporter: Terri Lindblom

Date: September 17, 2012

Criminal Action No. 11-cr-00355-MSK

*Parties*:

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WAUNITA WEINGART,
JOHN PHILLIP GALLGEGOS, and
ALOIS CRAIG WEINGART,

        Defendants.

*Counsel Appearing:*

Linda Kaufman
Martha Paluch

Martin Stuart
William Taylor
Darlene Bagley (by telephone)
Paula Ray

## AMENDED COURTROOM MINUTES

HEARING:   Motions

**9:11 a.m.   Court in session.**

Defendants present on bond.

The Court addresses the parties Amended Joint Rule 702 Motion **(Doc. #136)**

Statements from counsel.

**9:41 a.m.   Court in recess**
**9:57 a.m.   Court in session**

**ORDER:**   Amended Joint Rule 702 Motion **(Doc. #136)** is **DENIED.**  The filing of a new joint 702 motion and any responsive briefing will be filed by **October 17, 2012.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

>The hearing is set on **November 27, 2012 at 9:00 a.m.**, in Courtroom A901, 901 19th Street and **may**, if necessary, continue on November 28, 2012.

**ORDER:**  Bond is continued.

**10:03 a.m.**  **Court in recess.**

**Total Time:**  36 minutes.
**Hearing concluded.**