SUMMARY OF LOAN IDENTIFICATION NUMBERS ASSOCIATED WITH THE ORIGINAL LOANS, PAYMENTS MADE, LIABILITIES ON THE LOAN APPLICATIONS, AND DEBTS ON THE CREDIT REPORTS

Sorted by Date

| Loan Code | Date | Borrower Initials | Loan Amount | Original Lender | Original Loan Identification Number | Bates #/Source Doc | Successor Lender or Servicer | Subsequent Loan Identification Numbers | Bates #/Source Doc | Loan Code |
|---|---|---|---|---|---|---|---|---|---|---|
| S-1 | 9/15/97 | CW/WW | $261,600 | WMC Mortgage | 10047001 | 3/DOT 615/payoff stmt | | | | S-1 |
| S-2 | 8/24/98 | CW/WW | $372,000 | Standard Financial Corp dba Stanard Loans | 175766 | 546/Note | Countrywide Home Loans | 4639744 | 441/ADOT 434/pymt history | S-2 |
| S-3 | 7/25/99 | CW/WW | $363,300 | Broad Street Mortgage | DEN13510 | 197/DOT | IndyMac Bank IndyMac Bank dba Loanworks | 505615 1000519718 | 205-208/ADOT 20997-21005 /letter | S-3 |
| S-4 | 8/3/00 | CW/WW | $420,000 | Jefferson Mortgage Group | 0001074 | 724/Note | Impac Funding c/o Wendover Countrywide Home Loans | 0889907 5682274 | 723/letter & 716/master record 707/pymt history | S-4 |
| S-5 | 8/7/00 | CW/WW | $397,500 | G-4 Holdings to Flagstar Bank | 998100276 | 815/Note 762, 765/ADOT | | | | S-5 |
| 6th-1 | 9/22/00 | JG | $124,700 | G-4 Holdings to Flagstar Bank | 998137040 | 25373/Note 25377/ADOT | | | | 6th-1 |
| 6th-2 | 9/22/00 | JG | $124,720 | Stonecreek Funding | 195224151 | not yet bates/DOT | Fairbanks Capital Equicredit Select Portfolio | 879006433 6538790506433 2778790506433 | 13674/check 7939/credit report 11469/credit report | 6th-2 |
| S-6 | 10/12/00 | CW/WW | $356,000 | Option One Mortgage | 321001412 | 874/Note | Option One Mortgage SN Funding Trust/ SN Servicing / Security National Servicing | 3767613 000181042 | 874/Note 877/letter & 1216/letter 287/ADOT | S-6 |
| 6th-3 | 6/25/01 | JG | $136,800 | Peoples Choice Home Loan | 10009867 | 27406/Note | Indymac Bank | 1001674132 | 27411/letter | 6th-3 |
| 6th-4 | 7/11/01 | JG | $136,800 | Matrix Financial Services | 2029537 | 25920/DOT | Homecomings Funding | 432990992 | 7939/credit report | 6th-4 |
| Calif-1 | 7/19/01 | JG | $337,500 | Resource Bank | 1400000102 | 26223/Note | Wendover Financial Countrywide | 2343069 908533 | 26235/master record status report 26198/pymt history | Calif-1 |
| 6th-5-A | 11/30/01 | JG | $136,800 | CBSK Financial dba American Home Loans | 9713657 | 25675/Note | Olympus Servicing Ocwen Loan Servicing | 1001242072 31708068 | 25726/servicing letter 25826/pymt history | 6th-5-A |
| 6th-5-B | 11/30/01 | JG | $34,200 | CBSK Financial dba American Home Loans | 9713659 | 25683/Note | Wilshire Credit Corp | 746007 | 8023/credit report | 6th-5-B |
| 6th-6 | 12/20/01 | JG | $136,800 | Bridge Capital Corp | BBC0100020016 | 25997/Note | New Century Mortgage Ocwen Loan Servicing | 100831031 | 26011/ADOT & 26002/note endorsed 259967/pymt history | 6th-6 |
| L-1 | 3/21/02 | JG | $278,000 | Aames Funding | 0001721046 | 7740/Note | Olympus Servicing Select Portfolio | 1001447013 4001404013 | 8025/credit report & 7740/Note 7744/pymt history | L-1 |
| L-2 | 3/29/02 | JG | $400,000 | Resource Bank | 1400000362 | 7756/Note | Olympus Servicing Select Portfolio | 1001439092 4001396110 | 8024/credit report & 7756/Note 7775/pymt history | L-2 |

**ATTACHMENT 2**

SUMMARY OF LOAN IDENTIFICATION NUMBERS ASSOCIATED WITH THE ORIGINAL LOANS, PAYMENTS MADE, LIABILITIES ON THE LOAN APPLICATIONS, AND DEBTS ON THE CREDIT REPORTS
Sorted by Date

| Loan Code | Date | Borrower Initials | Loan Amount | Original Lender | Original Loan Identification Number | Bates #/Source Doc | Successor Lender or Servicer | Subsequent Loan Identification Numbers | Bates #/Source Doc | Loan Code |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ORIGINAL LENDER | | | SUCCESSOR LENDERS / SERVICERS | | | |
| L-3 | 6/25/02 | JG | $ 229,800 | General Mortgage Corp of America | 02CO261007 | 7950/Note | Homecomings Financial | 0434232971 | 7896/Acct Stmt | L-3 |
| S-7 | 8/1/02 | CW / WW | $ 35,000 | Beneficial Mortgage | 221711 | 37/DOT | Benfcl/HFC HFC | 22171517103258 220023171226944 | 1820/credit report 11132/credit report | S-7 |
| Unik-1 | 12/18/02 | CW | $ 486,000 | Firstar Finance | 7608250055658 | 13812/incoming wire 1498/credit report | Indymac Bank Indymac Bank | 6683000800551 3000800551 | 1497/credit report 13857/outgoing wire | Unik-1 |
| Calif-2 | 12/27/02 | JG | $ 360,000 | Countrywide | 21954656 | 26200/pymt history | | | | Calif-2 |
| S-8 | 1/27/03 | CW | $ 400,000 | General Mortgage Corp of America | 02CO261003600 | 298-300/DOT | Wendover General Motors Mng Corp | 3544865515 307372419 | 1698/credit report 1353/credit report | S-8 |
| Unik-2 | 10/22/03 | AW | $ 420,000 | Peoples Choice Home Loan | 10073975 | 12750/incoming wire 1497/credit report | EMC Mortgage | 5890009395328 0009395328 | 3741/credit report 12876-77/outgoing wire | Unik-2 |
| S-9 | 11/19/03 | AW | $ 420,000 | 1st Mariner Bank | 127206 | 1233/Note | Countrywide Home Loans | 36909935 | 1283/loan purchase voucher 1221/pymt history | S-9 |
| L-4 | 2/13/04 | JG | $ 400,000 | 1st Mariner Bank | 128500 | 8167/Note | Ohio Savings | 7669335 | 8126/confirmation report | L-4 |
| S-10 | 2/19/04 | AW | $ 405,000 | Liberty American Mortgage | 04010356 | 1437/Note | Countrywide Home Loans | 57615669 | 1381/pymt history 1435/bailee letter | S-10 |
| S-11 | 4/9/04 | WW | $ 320,000 | Chase Manhattan Mortgage | 1098189283 | 1600/Note | Chase Manhattan Mortgage Chase Home Finance | 17452483 0017452483 | 1572/pymt history 1582/direct check transaction list | S-11 |
| L-5 | 4/9/04 | WW | $ 410,000 | Chase Manhattan Mortgage | 1098189217 | 8268/DOT | Chase Manhattan Mortgage Chase Home Finance | 17487711 0017487711 | 8247/pymt history 8257/direct check transaction list | L-5 |
| S-12 | 5/6/04 | WW | $ 400,000 | Washington Mutual Bank | 0675938427 | 1977/Note | | | | S-12 |
| L-6 | 5/24/04 | WW | $ 444,500 | America's Wholesale Lender | 056490730 | 8387/Note | Countrywide Home Loans | 56490730 | 8312/pymt history | L-6 |
| L-7 | 10/25/04 | WW | $ 397,000 | Washington Mutual Bank | 032850680413010 | 8752/Note | | | | L-7 |
| S-13 | 11/15/04 | WW | $ 360,400 | Ohio Savings Bank | 2367875 | 2036/Note | AMTrust Bank | 2367875 | 2027/pymt history | S-13 |
| S-14 | 11/15/04 | WW | $ 360,000 | Lehman Brothers Bank | 0018430686 | 2343/Note | Aurora Loan Serivces | 0018430686 | 2183/pymt history | S-14 |

SUMMARY OF LOAN IDENTIFICATION NUMBERS ASSOCIATED WITH THE ORIGINAL LOANS, PAYMENTS MADE, LIABILITIES ON THE LOAN APPLICATIONS, AND DEBTS ON THE CREDIT REPORTS
Sorted by Date

| Loan Code | Date | Borrower Initials | Loan Amount | Original Lender | Original Loan Identification Number | Bates #/Source Doc | Successor Lender or Servicer | Subsequent Loan Identification Numbers | Bates #/Source Doc | Loan Code |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **SUCCESSOR LENDERS / SERVICERS** | | | |
| L-8 | 11/15/04 | WW | $ 400,000 | Lehman Brothers Bank | 0018430389 | 9216/Note | Aurora Loan Serivces | 0018430389 | 9025/pymt history | L-8 |
| Calif-3 | 4/15/05 | JG | $ 359,000 | Washington Mutual Bank | 01098069040218S | 22918/HUD 1 | | | | Calif-3 |
| S-15 | 8/19/05 | WW | $ 496,000 | Ameriquest Mortgage Company | 0130804263S652 | 2521/Note | JPMorgan Chase / Citi Residential Lending | 0130804263 / 0130804263 | 2618/pymt history / 2576/pymt history | S-15 |
| L-9 | 8/25/05 | JG | $ 400,000 | Wells Fargo Bank NA | 0146876461 | 9390/ Note | | | | L-9 |
| S-16 | 8/26/05 | CW | $ 406,250 | World Savings Bank | 0028743706 | 2648/Note | Wachovia Mortgage | 0028743706 | 2669/pymt history | S-16 |
| S-17 | 8/31/05 | CW | $ 492,000 | Ocwen Loan Servicing | 112730744 | 3151/Note | Countrywide Home Loans | 112730744 | 3114/pymt history | S-17 |
| S-18 | 9/7/05 | CW | $ 400,000 | Chevy Chase Bank | 575031438 | 3519/Note | | | | S-18 |
| S-19 | 9/21/05 | CW | $ 425,000 | National City Mortgage | 0004303481 | 3882/Note | | | | S-19 |
| S-20 | 10/7/05 | CW | $ 386,500 | Irwin Mortgage | 0080196470 | 4157/Note | Homecomings Financial | 440564110 | 4190/screen print | S-20 |
| S-21 | 10/13/05 | CW | $ 400,000 | WMC Mortgage | 11353599 | 4593/Note | Chase Manhattan Mortgage / Chase Home Finance | 21937933 / 0021937933 | 4543/pymt history / 4549/pymt history | S-21 |
| S-22 | 10/18/05 | CW | $ 412,500 | Wells Fargo Bank NA | 0148288889 | 5230/Note | | | | S-22 |
| S-23-A | 12/5/06 | CW | $ 568,000 | New Century Mortgage | 1011120761 | 5338/Note | Saxon Mortgage Services | 2000269047 | 5280/pymt history | S-23-A |
| S-23-B | 12/5/06 | CW | $ 142,000 | New Century Mortgage | 1011122457 | 5659/Note | Saxon Mortgage Services | 2000269060 | 5639/pymt history | S-23-B |
| S-24 | 12/22/06 | WW | $ 440,000 | Equifirst | 1115720 | 6195/Note | HomeEq Servicing / Homeq Servicing | 1115201 / 6930326155876 | 6342/servicing letter / 25171/credit report | S-24 |
| L-11 | 12/27/06 | JG | $ 495,000 | Wells Fargo Bank NA | 0157234931 | 9963/Note | | | | L-11 |
| I-12 | 12/29/06 | WW | $ 465,000 | Equifirst | 1115561 | 10473/Note | HomeEq Servicing / Homeq Servicing | 1115611 / 6930326155611 | 10740/servicing letter / 25171/credit report | I-12 |

SUMMARY OF LOAN IDENTIFICATION NUMBERS ASSOCIATED WITH THE ORIGINAL LOANS, PAYMENTS MADE, LIABILITIES ON THE LOAN APPLICATIONS, AND DEBTS ON THE CREDIT REPORTS
Sorted by Date

| Loan Code | Date | Borrower Initials | Loan Amount | ORIGINAL LENDER | | | SUCCESSOR LENDERS / SERVICERS | | | Loan Code |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Original Lender | Original Loan Identification Number | Bates #/Source Doc | Successor Lender or Servicer | Subsequent Loan Identification Numbers | Bates #/Source Doc | |
| L-33 | 1/23/07 | WW | $ 450,000 | New Century Mortgage | 1011813521 | 10801/Note | Countrywide Home Loans | 74423252 | 10766/pymt history | L-33 |
| Calif-4 | 10/12/07 | JG | $ 465,500 | Countrywide Home Loans | 160747857 | 15909/incoming wire 11467/credit report | | | | Calif-4 |
| S-25 | 10/30/07 | CW | $ 86,300 | World Savings Bank | 0047451232 | 6398/Note | Wachovia Mortgage | 0047451232 | 6423/pymt history 6397/letter | S-25 |
| S-26-A | 1/18/08 | AW | $ 417,000 | Bank of America | 6250852420 | 6929/Note | | | | S-26-A |
| S-26-B | 1/18/08 | AW | $ 32,000 | Bank of America | 6474373807 | 7116/Note | | | | S-26-B |
| Calif-5 | 1/22/08 | JG | $ 383,200 | Bank of America | 6313378850 | 26192/Note | | | | Calif-5 |
| Calif-6 | 1/2/2008 | JG | $ 100,000 | Bank of America | 6820014849 | 11469-70/credit report | | | | Calif-6 |
| L-14-A | 3/14/08 | WW | $ 417,000 | Bank of America | 6665858624 | 11030/Note | | | | L-14-A |
| L-14-B | 3/14/08 | WW | $ 28,362 | Bank of America | 6183361143 | 11109/Note | | | | L-14-B |
| L-15 | 4/21/08 | JG | $ 417,000 | Bank of America | 6715234719 | 11450/Note | | | | L-15 |