```
EQUIFAX MORTGAGE SERVICES                ORDER NUMBER: 84WB47      Page: 1
6 E. CLEMENTON RD. SUITE A-2          REPOSITORY SOURCE: EFX XPN TU
GIBBSBORO, NJ  08026                           DATE ORD: 08/12/2005
PHONE: 800-925-7461 FAX: 800-477-7304          DATE DEL: 08/12/2005
REPORT PREPARED FOR:                         LOAN NUMBER: 0130804263
  AMERIQUEST MORTGAGE COMPANY         INDIV/JOINT REPORT: INDIVIDUAL
  1600 DOUGLASS ROAD                                PRICE: 7.60
  ANAHEIM, CA  92806                      ACCOUNT NUMBER: 080FM94398
                                                ORDERED BY:

 BORROWER'S INFORMATION                 CO-BORROWER'S INFORMATION
NAME: WUANITA WEINGART                 NAME:
SSN: 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           AGE:        SSN:                  AGE:
CURRENT ADDRESS: 7766 SAXEBOROUGH DR. CASTLE ROCK CO 80108
PREVIOUS ADDRESS: 7766 SAXEBOROUGH DR. CASTLE ROCK CO 80108

OWN/RENT:                              SINCE:
NUMBER OF DEPENDENTS:                  MARITAL STATUS:

NO EMPLOYMENT INFORMATION AVAILABLE


                              SUMMARY REPORT

TRADE     #   TOTAL    TOTAL       TOTAL    TOTAL       TOTAL        DATE
TYPE          W/BAL    BALANCE     PYMT     P/D     30  60  90   LAST P/D
---------------------------------------------------------------------------
REAL EST  17   10   $  3803763 $   25530 $    0     1   0   0   11/2004
INSTALL   20    2   $    62119 $    1982 $    0     4   0   0   07/2003
REVOLVING 29   11   $    99269 $    2987 $    0     1   0   0   06/2002
COLLECT    0    0   $        0 $        0 $   0     -   -   -
OTHER      0    0   $        0 $        0 $   0     0   0   0

TOTAL     66   23   $  3965151 $   30499 $    0     6   0   0   11/2004
---------------------------------------------------------------------------

PUBLIC RECORDS : LIENS : JUDGMENTS : FORECLOSURE : BANKRUPTCY : OTHER : TOTAL
TOTAL NUMBER       0         0          0              0          0      0
---------------------------------------------------------------------------
# INQUIRIES:  8                          # NEW TRADES: 0
OLDEST TRADE OPEN :  06/1992



          CREDIT HILITE ONLY. NOT A RESIDENTIAL MORTGAGE CREDIT REPORT

---------------------------------------------------------------------------
    CREDIT GRANTOR     DATE    LAST DT     HIGH    BALANCE CURR HISTORY
    ACCOUNT NUMBER     OPENED  REPORTD     CREDIT   OWING  RATE 30 60 90
---------------------------------------------------------------------------

*** NON DELINQUENT TRADES ***
```

ATTACHMENT
4(b)

00002485

```
WUANITA WEINGART              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                  (84WB47) Page 2
0130804263
==========================================================================

--------------------------------------------------------------------------
    CREDIT GRANTOR      DATE    LAST DT      HIGH   BALANCE CURR HISTORY
    ACCOUNT NUMBER      OPENED  REPORTD     CREDIT  OWING RATE 30 60 90
--------------------------------------------------------------------------

 1  AMERICAN GENERAL   12/1995 08/1996       342      0 I1   0  0  0
    12950249046224146                                   TERMS=
    MR=9   ECOA=I  B / XPN=01 DLA=08/1996
    PDA=0
    PP START DT= 08/1996 PP=XCCCCCCCCC
    TYPE OF LOAN: HOUSEHOLD GOODS (SECURED)
    ACCOUNT PAID SATISFACTORILY

 2  AMERICAN NATIONAL  02/2003 01/2004      1000      0 R1   0  0  0
    130070074723                                        TERMS=
    MR=11  ECOA=I  B / XPN=01 DLA=01/2004
    PDA=0
    PP START DT= 01/2004 PP=XCCCCCCXCXX
    TYPE OF LOAN: CHECK CREDIT OR LINE OF CREDIT
    ACCOUNT TRANSFERED TO ANOTHER OFFICE

 3  AMEX               06/1999 08/2005       746    276 R1   0  0  0
    04136352901634                                      TERMS=   1M*10
    MR=1   ECOA=A  B / XPN=01 DLA=08/2005
    PP START DT= 08/2005 PP=C
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT

 4  AMEX               02/2001 08/2005     12100   5295 R1   0  0  0
    05020297401336                                      TERMS=*158
    MR=1   ECOA=I  B / XPN=01 DLA=08/2005
    PP START DT= 08/2005 PP=C
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT

 5  AMEX               08/1998 03/2003       UNK      0 R1   0  0  0
    04413481101036                                      TERMS=
    MR=1   ECOA=U  B / XPN=01 DLA=03/2003
    PDA=0
    PP START DT= 03/2003 PP=X
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    ACCOUNT PAID SATISFACTORILY; ACCOUNT CLOSED BY CONSUMER

 6  ASSOC/CITI         11/2001 07/2005       500      0 R1   0  0  0
    431795704120                                        TERMS=
    MR=44  ECOA=I  B / XPN=01 DLA=05/2002
    PP START DT= 07/2005 PP=CCCCCCXXCXXXXXXXXXXCXXX
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT
```

00002486

```
WUANITA WEINGART              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                    (84WB47) Page 3
0130804263
================================================================================

--------------------------------------------------------------------------------
    CREDIT GRANTOR        DATE   LAST DT     HIGH    BALANCE CURR HISTORY
    ACCOUNT NUMBER        OPENED REPORTD     CREDIT  OWING   RATE 30 60 90
--------------------------------------------------------------------------------

 7  AURORA LOAN SERVI  11/2004 08/2005    360000   357739 M1   0  0  0
    3640018430686                                          TERMS=360M2697
    MR=9   ECOA=I   B / XPN=01,EFX=01,TU=01 DLA=07/2005
    PP START DT= 08/2005 PP=CCCCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

 8  AURORA LOAN SERVI  11/2004 08/2005    400000   397488 M1   0  0  0
    3640018430389                                          TERMS=360M3120
    MR=9   ECOA=I   B / XPN=01,EFX=01,TU=01 DLA=07/2005
    PP START DT= 08/2005 PP=CCCCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

 9  BAC-BANKCARD       07/2002 07/2005      5000     2252 R1   0  0  0
    430178920078                                           TERMS=REV10
    MR=37  ECOA=A   B / XPN=01 DLA=07/2005
    PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT

10  BENEFICIAL/HFC     08/2002 07/2005     35000    32403 R1   0  0  0
    2217151710                                             TERMS=REV595
    MR=36  ECOA=I   B / XPN=01 DLA=07/2005
    PP START DT= 07/2005 PP=CCCCCCCCCCXCCCCCCCCCCCCC
    TYPE OF LOAN: HOME EQUITY LINE OF CREDIT
    CURRENT ACCOUNT

11  BENEFICIAL/HFC     10/2001 08/2002      6198        0 I1   0  0  0
    220171154825                                           TERMS=
    MR=16  ECOA=I   B / XPN=01 DLA=08/2002
    PDA=0
    PP START DT= 08/2002 PP=XCCCCCCCCC
    TYPE OF LOAN: NOTE LOAN
    ACCOUNT PAID SATISFACTORILY

12  BP/CITI            11/2001 07/2005       700      349 R1   0  0  0
    450193                                                 TERMS=REV10
    MR=44  ECOA=I   B / XPN=01 DLA=07/2005
    PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCXCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT

13  CBUSASEARS         11/2000 08/2005      3400        0 R1   0  0  0
    504994809977                                           TERMS=
    MR=57  ECOA=I   B / XPN=01 DLA=04/2002
    PP START DT= 08/2005 PP=XXXXXXXXXXXXXXXXXXXXXXXX
    TYPE OF LOAN: CHARGE ACCOUNT
```

00002487

```
WUANITA WEINGART              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                    (84WB47) Page 4
0130804263
============================================================================

----------------------------------------------------------------------------
       CREDIT GRANTOR       DATE     LAST DT    HIGH    BALANCE CURR HISTORY
       ACCOUNT NUMBER       OPENED   REPORTD    CREDIT   OWING  RATE 30 60 90
----------------------------------------------------------------------------
       CURRENT ACCOUNT

  14   CBUSASEARS           12/2001 07/2005     2500        0 R1   0  0  0
       512108010009                                           TERMS=
       MR=44  ECOA=I  B / XPN=01 DLA=06/2002
       PP START DT= 07/2005 PP=XXXXXXXXXXXXXXXXXXXXXXXX
       TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
       CURRENT ACCOUNT

  15   CBUSASEARS           11/2001 08/2005     1400        0 R1   0  0  0
       512107500137                                           TERMS=
       MR=45  ECOA=I  B / XPN=01 DLA=06/2005
       PP START DT= 08/2005 PP=XXCXXXXXXXXXXXXCCXXCXXXXX
       TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
       CURRENT ACCOUNT

  16   CHASE                09/2002 02/2005      450        0 R1   0  0  0
       426685102090                                           TERMS=
       MR=30  ECOA=A  B / XPN=01 DLA=09/2004
       PDA=0
       PP START DT= 02/2005 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
       TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
       ACCOUNT PAID SATISFACTORILY; ACCOUNT CLOSED BY CONSUMER

  17   CHASE                05/2003 06/2005    31000    15724 R1   0  0  0
       5490922600                                           TERMS=REV412
       MR=26  ECOA=A  B / XPN=01 DLA=06/2005
       PP START DT= 06/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
       TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
       CURRENT ACCOUNT

  18   CHASE                08/1996 07/2005    35000      217 R1   0  0  0
       541712362594                                           TERMS=REV10
       MR=60  ECOA=J  B / XPN=01 DLA=04/2005
       PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
       TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
       CURRENT ACCOUNT

  19   CHASE MANHATTAN M    04/2004 06/2005   320000   316552 M1   0  0  0
       17452483                                             TERMS=360M2526
       MR=15  ECOA=I  B / XPN=01,EFX=01 DLA=06/2005
       PP START DT= 06/2005 PP=CCCCCCCCCCCCCCC
       TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
       CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE
```

00002488

```
WUANITA WEINGART              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                    (84WB47) Page 5
0130804263
================================================================================

--------------------------------------------------------------------------------
    CREDIT GRANTOR    DATE    LAST DT    HIGH    BALANCE CURR HISTORY
    ACCOUNT NUMBER    OPENED  REPORTD    CREDIT  OWING   RATE 30 60 90
--------------------------------------------------------------------------------

20  CHASE MANHATTAN M 04/2004 06/2005   410000   405688 M1   0  0  0
    17487711                                            TERMS=360M3164
    MR=15  ECOA=I  B / XPN=01 DLA=06/2005
    PP START DT= 06/2005 PP=CCCCCCCCCCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    CURRENT ACCOUNT

21  CHASE NA          08/2004 07/2005    25000    17836 R1   0  0  0
    5149228090                                           TERMS=REV356
    MR=11  ECOA=I  B / EFX=01,XPN=01,TU=01 DLA=07/2005
    PDA=0
    PP START DT= 07/2005 PP=CCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT; CREDIT CARD; AMT IN HIGH CREDIT IS CREDIT LIMIT

22  CHRYS CRED        01/1995 08/1995    19401        0 I1   0  0  0
    2162334116                                           TERMS=
    MR=9   ECOA=J  B / XPN=01 DLA=08/1995
    PP START DT= 08/1995 PP=XCCCCC
    TYPE OF LOAN: AUTO
    ACCOUNT PAID SATISFACTORILY

23  CITI              09/1999 02/2003     3500        0 R1   0  0  0
    542418036344                                         TERMS=
    MR=42  ECOA=I  B / XPN=01 DLA=10/2002
    PP START DT= 02/2003 PP=XXXXXCCCCCCCXXXXXXCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT; ACCOUNT CLOSED BY CONSUMER

24  CITI              01/2000 03/2005    10200        0 R1   0  0  0
    542418049608                                         TERMS=
    MR=63  ECOA=I  B / XPN=01 DLA=07/2004
    PDA=0
    PP START DT= 03/2005 PP=XXXXXXXXCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    ACCOUNT PAID SATISFACTORILY; ACCOUNT CLOSED BY CREDIT GRANTOR

25  CITI/SHELL        03/1999 08/2005      775      304 R1   0  0  0
    124242                                               TERMS=REV10
    MR=45  ECOA=I  B / XPN=01 DLA=07/2005
    PP START DT= 08/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT
```

00002489

```
WUANITA WEINGART              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              ;    (84WB47) Page 6
0130804263
================================================================================

         CREDIT GRANTOR      DATE    LAST DT     HIGH    BALANCE CURR HISTORY
         ACCOUNT NUMBER      OPENED  REPORTD     CREDIT  OWING   RATE 30 60 90
--------------------------------------------------------------------------------

    26   COUNTRYWIDE HOME  08/1998 02/2004    372000          0 M1   0  0  0
         4639744                                                TERMS=
         MR=65  ECOA=J  B / XPN=01 DLA=02/2004
         PP START DT= 02/2004 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
         TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
         CURRENT ACCOUNT

    27   COUNTRYWIDE HOME  05/2004 06/2005    444500     444500 M1   0  0  0
         56490730                                                TERMS=360M2861
         MR=13  ECOA=I  B / XPN=01,EFX=01,TU=01 DLA=06/2005
         PDA=0
         PP START DT= 06/2005 PP=CCCCCCCCCCC
         TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
         CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

    28   COUNTRYWIDE HOME  08/2000 01/2004    420000          0 M1   0  0  0
         5682274                                                TERMS=
         MR=36  ECOA=J  B / XPN=01 DLA=01/2004
         PDA=0
         PP START DT= 01/2004 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
         TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
         ACCOUNT PAID SATISFACTORILY

    29   DISCOVER FIN      08/1994 08/2005      3590        138 R1   0  0  0
         601100970352                                            TERMS=MIN10
         MR=34  ECOA=A  B / TU=01 DLA=07/2005
         PDA=0
         PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
         TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT

    30   DISCOVER FINANCIA 10/2002 01/2005      8500          0 I1   0  0  0
         9402810036899                                           TERMS=
         MR=28  ECOA=I  B / XPN=01 DLA=01/2005
         PDA=0
         PP START DT= 01/2005 PP=XCCCCCCCCCCCCCCCCCCCCCCC
         TYPE OF LOAN: UNSECURED LOAN
         ACCOUNT PAID SATISFACTORILY

    31   DISCOVER FINANCIA 06/1992 07/2005      7300          0 R1   0  0  0
         601100901024                                            TERMS=
         MR=67  ECOA=J  B / XPN=01 DLA=01/2005
         PP START DT= 07/2005 PP=XXXXXCCCCCCCCCCCCCCCCCCCC
         TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
         CURRENT ACCOUNT
```

```
WUANITA WEINGART              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                (84WB47) Page 7
0130804263
================================================================================

--------------------------------------------------------------------------------
    CREDIT GRANTOR      DATE     LAST DT    HIGH    BALANCE  CURR HISTORY
    ACCOUNT NUMBER      OPENED   REPORTD    CREDIT  OWING    RATE 30 60 90
--------------------------------------------------------------------------------

 32 EQUICREDIT CORP    02/1995 09/1997    18360      0 M1    0  0  0
    4601025                                            TERMS=
    MR=31  ECOA=J  B / XPN=01 DLA=09/1997
    PDA=0
    PP START DT= 09/1997 PP=XXCXXXCCCCCCCXCCCCCCCCCC
    TYPE OF LOAN: REAL ESTATE MORTGAGE
    ACCOUNT PAID SATISFACTORILY

 33 FIRST USA BANK     01/1996 08/1999    10000      0 R1    0  0  0
    467803524                                          TERMS=
    MR=44  ECOA=J  B / XPN=01 DLA=10/1998
    PP START DT= 08/1999 PP=XXXXXXXXXXCCCCCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT

 34 FLAGSTAR BANK      10/2000 06/2005   397500  381072 M1   0  0  0
    274998100276                                       TERMS=360M2503
    MR=57  ECOA=J  B / XPN=01 DLA=06/2005
    PP START DT= 06/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    CURRENT ACCOUNT

 35 FOLEYS             11/1998 07/2005      577      0 R1    0  0  0
    R0056037                                           TERMS=
    MR=73  ECOA=I  B / XPN=01 DLA=08/2001
    PP START DT= 07/2005 PP=CCCCCCCXCCCCCCCXXXXXXXXX
    TYPE OF LOAN: CHARGE ACCOUNT
    CURRENT ACCOUNT

 36 HSBC/MS            07/1999 12/2002    60000      0 M1    0  0  0
    2179125                                            TERMS=
    MR=38  ECOA=J  B / XPN=01 DLA=12/2002
    PDA=0
    PP START DT= 12/2002 PP=XCXCCCXCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: SECOND MORTGAGE
    ACCOUNT PAID SATISFACTORILY

 37 HSBC/RS            01/1997 05/2001     UNK       0 R1    0  0  0
    3357176                                            TERMS=
    MR=34  ECOA=I  B / XPN=01 DLA=05/2001
    PDA=0                                              0 R1          0
    PP START DT= 05/2001 PP=XCCCCCCCCCCCCCCCCCCCCCCC    TERMS=
    TYPE OF LOAN: CHARGE ACCOUNT
    ACCOUNT PAID SATISFACTORILY
```

```
WUANITA WEINGART                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                    (84WB47) Page 8
0130804263
================================================================================

--------------------------------------------------------------------------------
    CREDIT GRANTOR      DATE    LAST DT      HIGH    BALANCE CURR HISTORY
    ACCOUNT NUMBER      OPENED  REPORTD      CREDIT  OWING   RATE 30 60 90
--------------------------------------------------------------------------------

 38 MBNA AMERICA        08/2001 04/2005      15000         0 R1    0  0  0
    07                                                       TERMS=
    MR=44  ECOA=I  B / XPN=01 DLA=02/2005
    PP START DT= 04/2005 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CHECK CREDIT OR LINE OF CREDIT
    CURRENT ACCOUNT; ACCOUNT CLOSED BY CREDIT GRANTOR

 39 MBNA AMERICA        03/1999 08/2005      25000     24475 R1    0  0  0
    7439                                                     TERMS=REV620
    MR=47  ECOA=I  B / XPN=01 DLA=06/2005
    PP START DT= 08/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT

 40 MERCEDES BENZ CRE   03/2003 07/2005      52805     27742 I1    0  0  0
    3000921290                                               TERMS= 73M733
    MR=36  ECOA=I  B / XPN=01 DLA=07/2005
    PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: AUTO
    CURRENT ACCOUNT

 41 NORDSTROM FSB       04/2001 08/2005       3000         0 R1    0  0  0
    20495                                                    TERMS=
    MR=43  ECOA=I  B / XPN=01 DLA=03/2005
    PP START DT= 08/2005 PP=XXXXCCCCXXXXXXXXXCCCXXXX
    TYPE OF LOAN: CHARGE ACCOUNT
    CURRENT ACCOUNT

 42 OHIO SAVINGS BANK   11/2004 07/2005     360400    359293 M1    0  0  0
    2367875                                                  TERMS=360M2520
    MR=7   ECOA=I  B / XPN=01,EFX=01,TU=01 DLA=07/2005
    PP START DT= 07/2005 PP=CCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

 43 OPTION ONE MORTGA   10/2000 05/2005     356000         0 M1    0  0  0
    6470003767613                                            TERMS=
    MR=52  ECOA=J  B / XPN=01 DLA=04/2005
    PDA=0
    PP START DT= 05/2005 PP=XCCCCCCCCCCCCCCCCCCCCCCCCX
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    ACCOUNT TRANSFERED TO ANOTHER OFFICE

 44 SELECT PORTFOLIO    09/1997 04/2000     261600         0 M1    0  0  0
    2771100470010                                            TERMS=
    MR=30  ECOA=J  B / XPN=01 DLA=04/2000
    PDA=0
    PP START DT= 04/2000 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
```

00002492

```
WUANITA WEINGART              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                    (84WB47) Page 9
0130804263
================================================================================

--------------------------------------------------------------------------------
    CREDIT GRANTOR      DATE    LAST DT     HIGH   BALANCE CURR HISTORY
    ACCOUNT NUMBER      OPENED  REPORTD     CREDIT OWING   RATE 30 60 90
--------------------------------------------------------------------------------

    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    ACCOUNT PAID SATISFACTORILY

 45 SPIEGEL              10/1999 03/2003     750         0 R1   0  0  0
    601205                                                 TERMS=
    MR=44  ECOA=I  B / XPN=01 DLA=03/2003
    PDA=0
    PP START DT= 03/2003 PP=XXXXXXXXXXXXXCCCCCCCXXXC
    TYPE OF LOAN: CHARGE ACCOUNT
    ACCOUNT PAID SATISFACTORILY; ACCOUNT CLOSED BY CONSUMER

 46 TOYOTA MOTOR CRED 11/1997 05/1998      35023         0 I1   0  0  0
    70401160492380001                                      TERMS=
    MR=4   ECOA=I  B / XPN=01 DLA=05/1998
    PDA=0
    PP START DT= 05/1998 PP=XCCC
    TYPE OF LOAN: AUTO
    ACCOUNT PAID SATISFACTORILY

 47 UNION ACCEPTANCE   05/1996 08/1996     20446         0 I1   0  0  0
    846487961                                              TERMS=
    MR=3   ECOA=I  B / XPN=01 DLA=08/1996
    PDA=0
    PP START DT= 08/1996 PP=XCC
    TYPE OF LOAN: AUTO
    ACCOUNT PAID SATISFACTORILY

 48 VECTRA BANK COLOR  07/1996 12/1997     20797         0 I1   0  0  0
    95024078385325124                                      TERMS=
    MR=17  ECOA=I  B / XPN=01 DLA=12/1997
    PDA=0
    PP START DT= 12/1997 PP=XCCCCCCCCCXXCXXXXC
    TYPE OF LOAN: INSTALLMENT LOAN
    ACCOUNT PAID SATISFACTORILY

 49 WASHINGTON MUTUAL  10/2004 07/2005    397000    396949 M1   0  0  0
    1560680413010                                          TERMS=360M1602
    MR=10  ECOA=I  B / XPN=01,EFX=01,TU=01 DLA=07/2005
    PDA=0
    PP START DT= 07/2005 PP=CCCCCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

 50 WASHINGTON MUTUAL  05/2004 07/2005    400000    401761 M1   0  0  0
    1560675938427                                          TERMS=360M1857
    MR=15  ECOA=I  B / XPN=01,EFX=01,TU=01 DLA=07/2005
    PDA=0
    PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCC
```

00002493

```
WUANITA WEINGART                 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                    (84WB47) Page 10
0130804263
================================================================================

--------------------------------------------------------------------------------
        CREDIT GRANTOR     DATE   LAST DT     HIGH    BALANCE CURR HISTORY
        ACCOUNT NUMBER     OPENED REPORTD     CREDIT  OWING   RATE 30 60 90
--------------------------------------------------------------------------------
        TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
        CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

   51   WELLS FARGO BANK   09/1995 08/2000      33262        0 I1   0  0  0
        50087311788166                                         TERMS=
        MR=60   ECOA=J  B / XPN=01 DLA=08/2000
        PDA=0
        PP START DT= 08/2000 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
        TYPE OF LOAN: LEASE / RENTAL AGREEMENT
        ACCOUNT PAID SATISFACTORILY

   52   WELLS FARGO BANK   01/1995 10/1998       6904        0 I1   0  0  0
        16316369043940001                                      TERMS=
        MR=4    ECOA=I  B / XPN=01 DLA=10/1998
        PDA=0
        PP START DT= 10/1998 PP=XCCC
        TYPE OF LOAN: INSTALLMENT LOAN
        ACCOUNT PAID SATISFACTORILY

   53   WENDOVER FIN SRVS  08/2000 01/2001     420000        0 M1   0  0  0
        3540889907                                             TERMS=
        MR=2    ECOA=J  B / XPN=01 DLA=01/2001
        PDA=0
        PP START DT= 01/2001 PP=XC
        TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
        ACCOUNT TRANSFERED TO ANOTHER OFFICE

   54   WFFINACCPT         06/1995 02/1996        603        0 I1   0  0  0
        306069547711889                                        TERMS=
        MR=9    ECOA=I  B / XPN=01 DLA=02/1996
        PP START DT= 02/1996 PP=XCCCCCCCC
        TYPE OF LOAN: INSTALLMENT SALES CONTRACT
        ACCOUNT PAID SATISFACTORILY

   55   WFFINANCE          11/1995 03/1996       3872        0 I1   0  0  0
        111229532738820                                        TERMS=
        MR=4    ECOA=J  B / XPN=01 DLA=03/1996
        PP START DT= 03/1996 PP=XCCC
        TYPE OF LOAN: HOUSEHOLD GOODS & OTHER COLLATERAL AUTO (SECURED)
        ACCOUNT PAID SATISFACTORILY

   56   WFFINANCE          07/1997 10/1997        300        0 I1   0  0  0
        107299709957104                                        TERMS=
        MR=3    ECOA=J  B / XPN=01 DLA=10/1997
        PDA=0
        PP START DT= 10/1997 PP=XCC
        TYPE OF LOAN: NOTE LOAN
        ACCOUNT PAID SATISFACTORILY
```

00002494

```
WUANITA WEINGART              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                    (84WB47) Page 11
0130804263
================================================================================

------------------------------------------------------------------------------
    CREDIT GRANTOR      DATE    LAST DT         HIGH    BALANCE  CURR HISTORY
    ACCOUNT NUMBER      OPENED  REPORTD         CREDIT  OWING    RATE 30 60 90
------------------------------------------------------------------------------


 57  WFFINANCE          06/2000 10/2000          3901         0  I1    0  0  0
     106070074131483                                             TERMS=
     MR=5   ECOA=J  B / XPN=01 DLA=10/2000
     PDA=0
     PP START DT= 10/2000 PP=XCCCC
     TYPE OF LOAN: INSTALLMENT SALES CONTRACT
     ACCOUNT PAID SATISFACTORILY

 58  WFFINANCE          02/1996 11/1996          3139         0  I1    0  0  0
     102169649424401                                             TERMS=
     MR=10  ECOA=J  B / XPN=01 DLA=11/1996
     PDA=0
     PP START DT= 11/1996 PP=XCCCCCCCCC
     TYPE OF LOAN: HOUSEHOLD GOODS (SECURED)
     ACCOUNT PAID SATISFACTORILY

 59  WFFINANCE          12/1997 05/2000          3500         0  R1    0  0  0
     11208976777                                                 TERMS=
     MR=29  ECOA=J  B / XPN=01 DLA=05/2000
     PDA=0
     PP START DT= 05/2000 PP=XXXXXXXXXXXXXXXXXXXXCCCC
     TYPE OF LOAN: CHARGE ACCOUNT
     ACCOUNT PAID SATISFACTORILY

 60  WFFINANCE          01/1997 11/1997          2854         0  I1    0  0  0
     101109726663360                                             TERMS=
     MR=11  ECOA=J  B / XPN=01 DLA=11/1997
     PDA=0
     PP START DT= 11/1997 PP=XCCCCCCCCCC
     TYPE OF LOAN: HOUSEHOLD GOODS (SECURED)
     ACCOUNT PAID SATISFACTORILY

 61  WFS FINANCIAL      04/2003 06/2004         33588         0  I1    0  0  0
     518760467639                                                TERMS=
     MR=15  ECOA=I  B / XPN=01 DLA=06/2004
     PDA=0
     PP START DT= 06/2004 PP=XCCCCCCCCCCCCCC
     TYPE OF LOAN: AUTO
     ACCOUNT PAID SATISFACTORILY

  *** DELINQUENCY TRADES ***

 62  CAP ONE BK         03/1996 12/2002           192            R1    1  0  0
     529107136098                                                TERMS=REV
     MR=81  ECOA=J  B / XPN=01 DLA=12/2002
      DEL DATES=06/2002,06/2002=R
     PP START DT= 12/2002 PP=XCCCCC1CCCCCCCCCCCCCCCCCC
```

00002495

```
WUANITA WEINGART              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                        (84WB47) Page 12
0130804263
==================================================================================

        CREDIT GRANTOR    DATE    LAST DT      HIGH    BALANCE CURR HISTORY
        ACCOUNT NUMBER   OPENED   REPORTD     CREDIT    OWING  RATE 30 60 90
----------------------------------------------------------------------------------

        TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
        PAID ACCOUNT/WAS 30 DAYS PAST DUE DATE; ACCOUNT CLOSED BY CONSUMER

    63  G M A C          01/2003 07/2005      59750    34377 I1   1  0  0
        021902339178                                         TERMS= 60M1249
        MR=30  ECOA=J  B / XPN=01 DLA=05/2005
         DEL DATES=07/2003,07/2003=I
        PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
        TYPE OF LOAN: AUTO
        CURRENT ACCOUNT/WAS 30 DAYS PAST DUE DAT

    64  INDYMAC BANK     07/1999 08/2005     363300   342721 M1   1  0  0
        6681000519718                                        TERMS=360M2680
        MR=69  ECOA=J  B / XPN=01 DLA=07/2005
         DEL DATES=11/2004,11/2004=M
        PP START DT= 08/2005 PP=CCCCCCCCC1CCCCCCCCCCCCCCC
        TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
        CURRENT ACCOUNT/WAS 30 DAYS PAST DUE DAT

    65  TOYOTA MOTOR CRED 05/2000 05/2003     16911          I1   1  0  0
        3034280213                                           TERMS= 36M
        MR=35  ECOA=C  B / XPN=01 DLA=05/2003
         DEL DATES=,07/2000=I1
        PP START DT= 05/2003 PP=XXCCCCCCCCCCCCCCCCCCCCCCC
        TYPE OF LOAN: AUTO LEASE
        PAID ACCOUNT/WAS 30 DAYS PAST DUE DATE

    66  WFFINANCE        07/1998 06/2001       3180          I1   2  0  0
        107219839443385                                      TERMS= 36M
        MR=36  ECOA=J  B / XPN=01 DLA=06/2001
         DEL DATES=06/2001,06/2001=I ,05/2001=I
        PP START DT= 06/2001 PP=11CCCCCCCCCCCCCCCCCCCCCCC
        TYPE OF LOAN: NOTE LOAN
        PAID ACCOUNT/WAS 30 DAYS PAST DUE DATE TWO OR THREE TIMES


    PUBLIC RECORD SOURCES: EFX XPN TU

    PUBLIC RECORDS HAVE BEEN CHECKED FROM OTHER SOURCES AND/OR THE REPOSITORIES
    LISTED WITH THE FOLLOWING RESULTS: NO PUBLIC RECORDS FOUND


    INQUIRIES WITHIN THE PAST 90 DAYS
        EQUIFAX MTG                   08/12/2005  B   TU-01   Z 08008284
        I R ANAHEIM                   08/10/2005  B   TU-01   Q 06410610
        ABN AMRO MGT                  08/05/2005  B   TU-01   B 00200149
        ABN AMRO MTG                  08/05/2005  B   TU-01   R 00001478
        FACTUAL DATA                  08/03/2005  B   XPN-01  3970771
```

00002496

```
WUANITA WEINGART              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                    (84WB47) Page 13
0130804263
================================================================================

    FDC                    08/03/2005  B   TU-01    Z 00001208
    WAMU                   08/01/2005  B   TU-01    Q 07168363
    WASHINGTON MUTUAL FI   08/01/2005  B   XPN-01   3168090


  APPLICANT ADDRESS INFORMATION:
   1   7406 QUINCE CT S                                   ECIS-01 B
       ENGLEWOOD, CO 80112                SINCE: UNK   REPT: 05/2001

   2   141 LOST ANGEL RD                                  ECIS-01 B
       BOULDER, CO 80302                  SINCE: UNK   REPT: 03/2004

   3   7766 SAXEBOURGH DR                                 ECIS-01 B
       CASTLE ROCK, CO 80108              SINCE: UNK   REPT: 08/2004

   4   7406 S QUINCE CT                                   XPN-01 B
       CENTENNIAL, CO 80112           SINCE: 05/1992 REPT: 12/2000


  APPLICANT EMPLOYMENT INFORMATION:
   1   SNYDER OIL                    B ECIS-01   FROM           TO
   2   A4 HOLDING                    B XPN-01    FROM 04/2003 TO 04/2003
   3   SELF                          B XPN-01    FROM 09/2001 TO 09/2001

  ECIS-01 B FILE VARIATION: JAUN REBECCA WEINGART 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
    TU-01 B FILE VARIATION: WAUN R WEINGART       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    DOB:01/20/1952

  ECIS-01 B AKA: EGBERT WAUNITA REBECCA
  ECIS-01 B AKA: WEINGART WAUN
   XPN-01 B SIMILAR NAME: WAUNITA R WEINGART
   XPN-01 B NICKNAME: WAON W WEINGART
   XPN-01 B AKA: WAUNITA R EGBERT


                   ----  ADDITIONAL INFORMATION  ----

   XPN-01 B XPN: FOUND ADDITIONAL SSN 263808848 FOR APPLICANT

   XPN-01 B XPN: FOUND ADDITIONAL SSN 510484671 FOR APPLICANT

   XPN-01 B XPN: FOUND ADDITIONAL SSN 263888848 FOR APPLICANT

    TU-01 B ADDRESS DISCREPANCY: TU_ALERT;SUBJECT - CURRENT ADDRESS INPUT
            VALUE DOES NOT MATCH FILE

    TU-01 B ADDRESS DISCREPANCY: TU_ALERT;SUBJECT - PREVIOUS ADDRESS INPUT
            VALUE DOES NOT MATCH FILE


  * PAYMENT AMOUNTS MARKED WITH AN ASTERISK (*) HAVE BEEN CALCULATED AT 3%
    OF THE BALANCE OWING OR $10.00 WHICHEVER AMOUNT IS GREATER
```

00002497

```
WUANITA WEINGART              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                (84WB47) Page 14
0130804263
====================================================================

REPORT PREPARED BY: GATEWAY SYSTEM


Equifax Information Svc. LLC    Experian                TransUnion, LLC
P.O. Box 740341                 701 Experian Parkway    P.O. Box 1000
Atlanta, GA 30374               P.O. Box 2002           Chester, PA 19022
800-685-1111                    Allen, TX 75013         866-887-2673
www.equifax.com                 888-397-3742            www.transunion.com
                                www.experian.com/reportaccess

*****************************************************************
* TOTAL PRICE 7.60 = 4.42(CHL) + 2.85(CO SUR) + 0.33(FACTA) *
*****************************************************************

                         **END OF CREDIT REPORT**
```

```
WUANITA WEINGART              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                    (84WB47) Page 15
0130804263
================================================================================
                            SUBSCRIBER LISTING
================================================================================
SUB CODE     CREDIT GRANTOR         TELEPHONE          STATE  ZIP      B/C
             ADDRESS                CITY
================================================================================
2528330      AMERICAN GENERAL FIN   3039228272         CO     80219   XPN-01 B
             1895 S FEDERAL BLVD    DENVER
3171630      AMERICAN NATIONAL BA   7194730111         CO     80932   XPN-01 B
             PO BOX 9250            COLORADO SPRING
1229200      AMEX                   BYMAILONLY         FL     33329   XPN-01 B
             PO BOX 297871          FORT LAUDERDALE
1223650      ASSOC/CITI             BYMAILONLY         MD     21747   XPN-01 B
             PO BOX 6003            HAGERSTOWN
1805260      AURORA LOAN SERVICES   3086353500         NE     69361   XPN-01 B
             601 5TH AVE            SCOTTSBLUFF
3202754      BAC-BANKCARD           BYMAILONLY         AZ     85034   XPN-01 B
             1825 E BUCKEYE RD      PHOENIX
1521730      BENEFICIAL/HFC         BYMAILONLY         IL     60070   XPN-01 B
             2700 SANDERS RD        PROSPECT HEIGHT
1232890      BP/CITI                BYMAILONLY         MD     21747   XPN-01 B
             PO BOX 6003            HAGERSTOWN
1270246      CAP ONE BK             BYMAILONLY         VA     23285   XPN-01 B
             PO BOX 85520           RICHMOND
1230084      CBUSASEARS             BYMAILONLY         SD     57117   XPN-01 B
             PO BOX 6189            SIOUX FALLS
1323210      CBUSASEARS             BYMAILONLY         SD     57117   XPN-01 B
             PO BOX 6189            SIOUX FALLS
1336700      CBUSASEARS             BYMAILONLY         SD     57117   XPN-01 B
             PO BOX 6189            SIOUX FALLS
1290138      CHASE                  8003565555         NY     11801   XPN-01 B
             100 DUFFY AVE          HICKSVILLE
3182310      CHASE                  8009559900         OH     43081   XPN-01 B
             800 BROOKSEDGE BLVD    WESTERVILLE
3900510      CHASE MANHATTAN MORT   8005487992         CA     92127   XPN-01 B
             10790 RANCHO BERNARD   SAN DIEGO
458BB04171   CHASE NA               8003565555         FL     33634   ECIS-01 B
             4915 INDEPENDENCE PA   TAMPA
3636194      CHRYS CRED             BYMAILONLY         CO     80111   XPN-01 B
             6400 S FIDDLERS GREE   ENGLEWOOD
1240000      CITI                   BYMAILONLY         SD     57117   XPN-01 B
             PO BOX 6241            SIOUX FALLS
1232920      CITI/SHELL             BYMAILONLY         MD     21747   XPN-01 B
             PO BOX 6003            HAGERSTOWN
3991532      COUNTRYWIDE HOME LOA                      CA     93065   XPN-01 B
             450 AMERICAN ST        SIMI VALLEY
09616003     DISCOVER FIN                              DE     19850   TU-01 B
             POB 15316              WILMINGTON
3132240      DISCOVER FINANCIAL S   BYMAILONLY         SD     57117   XPN-01 B
             PO BOX 5005            SIOUX FALLS
3276502      DISCOVER FINANCIAL S   BYMAILONLY         DE     19850   XPN-01 B
             PO BOX 15316           WILMINGTON
1567260      EQUICREDIT CORP        8009441212         FL     32256   XPN-01 B
             10401 DEERWOOD PARK    JACKSONVILLE
```

00002499

```
WUANITA WEINGART              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              ℮     ⁹(84WB47) Page 16
0130804263
================================================================================
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 1233910 | FIRST USA BANK | 8009559900 | OH | 43081 | XPN-01 | B |
| | 800 BROOKSEDGE BLVD | WESTERVILLE | | | | |
| 2880824 | FLAGSTAR BANK | 8009457700 | MI | 48098 | XPN-01 | B |
| | 5151 CORPORATE DR | TROY | | | | |
| 3346613 | FOLEYS | BYMAILONLY | TX | 77251 | XPN-01 | B |
| | PO BOX 1971 | HOUSTON | | | | |
| 3610037 | G M A C | BYMAILONLY | AZ | 85318 | XPN-01 | B |
| | PO BOX 12699 | GLENDALE | | | | |
| 2103081 | HSBC/MS | 8003337023 | FL | 33509 | XPN-01 | B |
| | PO BOX 9068 | BRANDON | | | | |
| 2156646 | HSBC/RS | | DE | 19720 | XPN-01 | B |
| | 90 CHRISTIANA RD | NEW CASTLE | | | | |
| 6904546 | INDYMAC BANK | 8007817399 | MI | 49009 | XPN-01 | B |
| | 1 NATIONAL CITY PKWY | KALAMAZOO | | | | |
| 1230206 | MBNA AMERICA | 8004212110 | DE | 19884 | XPN-01 | B |
| | POB 17054 | WILMINGTON | | | | |
| 1639320 | MERCEDES BENZ CREDIT | BYMAILONLY | TX | 76262 | XPN-01 | B |
| | PO BOX 685 | WESTLAKE | | | | |
| 3338501 | NORDSTROM FSB | 8009641800 | CO | 80155 | XPN-01 | B |
| | PO BOX 6555 | ENGLEWOOD | | | | |
| 2810575 | OHIO SAVINGS BANK | 2166962222 | OH | 44114 | XPN-01 | B |
| | 1801 E 9TH ST STE 20 | CLEVELAND | | | | |
| 3903714 | OPTION ONE MORTGAGE | 8006489605 | CA | 92618 | XPN-01 | B |
| | 3 ADA WAY | IRVINE | | | | |
| 7950144 | SELECT PORTFOLIO SVC | BYMAILONLY | UT | 84165 | XPN-01 | B |
| | PO BOX 65250 | SALT LAKE CITY | | | | |
| 3321470 | SPIEGEL | 5165760704 | NY | 11797 | XPN-01 | B |
| | 101 CROSSWAY PARK WE | WOODBURY | | | | |
| 3598044 | TOYOTA MOTOR CREDIT | 3036458300 | CO | 80112 | XPN-01 | B |
| | 7670 S CHESTER ST UN | ENGLEWOOD | | | | |
| 3603020 | TOYOTA MOTOR CREDIT | 3036458300 | CO | 80112 | XPN-01 | B |
| | 7670 S CHESTER ST UN | ENGLEWOOD | | | | |
| 0600835 | UNION ACCEPTANCE COR | 3172316452 | IN | 46219 | XPN-01 | B |
| | 250 N SHADELAND AVE | INDIANAPOLIS | | | | |
| 9101826 | VECTRA BANK COLORADO | 3037827500 | CO | 80222 | XPN-01 | B |
| | 1650 S COLORADO BLVD | DENVER | | | | |
| 3180830 | WASHINGTON MUTUAL FA | 8002824840 | CA | 91328 | XPN-01 | B |
| | PO BOX 1093 | NORTHRIDGE | | | | |
| 3156370 | WELLS FARGO BANK | 8006422401 | AZ | 85282 | XPN-01 | B |
| | 711 W BROADWAY RD | TEMPE | | | | |
| 3103030 | WELLS FARGO BANK WES | BYMAILONLY | CO | 80210 | XPN-01 | B |
| | 1700 S LINCOLN ST | DENVER | | | | |
| 1840636 | WENDOVER FIN SRVS CO | 8004364008 | NC | 27409 | XPN-01 | B |
| | 725 N REGIONAL RD | GREENSBORO | | | | |
| 3506340 | WFFINACCPT | 3037505626 | CO | 80231 | XPN-01 | B |
| | 10101 E HAMPDEN AVE | DENVER | | | | |
| 3558436 | WFFINANCE | 3036933031 | CO | 80015 | XPN-01 | B |
| | 16981 E QUINCY AVE U | AURORA | | | | |
| 3558471 | WFFINANCE | 8082449097 | HI | 96793 | XPN-01 | B |
| | 210 IMI KALA ST STE | WAILUKU | | | | |
| 3828796 | WFS FINANCIAL | BYMAILONLY | CA | 92623 | XPN-01 | B |
| | PO BOX 19752 | IRVINE | | | | |

```
NUANITA WEINGART              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              (84WB47) Page 17
0130804263
================================================================================


--------------------------------------------------------------------------------
   The reporting bureau certifies that; (a) public records have been checked
   for tax liens, judgments, foreclosures, garnishments, bankruptcies, and
   other legal actions involving the subject(s) with the results indicated
   above; or (b) equivalent information has been obtained through the use
   of a qualified public records reporting service with the results indicated
   above. The records of real estate transfers which do not involve
   foreclosures may be excluded.
--------------------------------------------------------------------------------
   Equifax Credit Services certifies that the information provided in this
   report meets the requirements of the U.S. Dept. of HUD, FHA, VA, USDA,
   RECD & FSA, Fannie Mae and FHLMC.
   The information is confidential and not to be divulged except as required
   by PUBLIC LAW 91-508,  93-579, 94-239.
--------------------------------------------------------------------------------
```