```
OFFICIAL RECORDS
DOUGLAS COUNTY CO
JACK ARROWSMITH
CLERK & RECORDER
RECORDING FEE:    $41.00
                  8 PGS
# 2008040656
06/06/2008 02:46 PM
```



2008040656 8 PGS

AFTER RECORDING PLEASE RETURN TO:
ALLEN MATKINS LECK GAMBLE MALLORY NATSIS
ATTN: MARA PICHON
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614

Certified to be a true and correct
copy of the original
by: _____

AP# DEN13510

[Space Above This Line For Recording Data]

# DEED OF TRUST

THIS DEED OF TRUST ("Security Instrument") is made on July 29, 1999, among the grantor, CRAIG A. WEINGART and WAUN R. WEINGART

("Borrower"),
the Public Trustee of DOUGLAS County ("Trustee"), and the beneficiary,
BROAD STREET MORTGAGE CORP.

which is organized and existing under the laws of TEXAS, and whose
address is 1844 LOCKHILL-SELMA SUITE 101, SAN ANTONIO, TX 78213
("Lender"). Borrower owes Lender the principal sum of
Three Hundred Sixty Three Thousand Three Hundred and no/100
Dollars (U.S. $ 363,300.00      ).
This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which
provides for monthly payments, with the full debt, if not paid earlier, due and payable on
September 1, 2029    . This Security Instrument secures to Lender: (a) the
repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the
Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this
Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument

COLORADO-Single Family-FNMA/FHLMC UNIFORM INSTRUMENT

Form 3006 1/91
Amended 5/91

This original was presented for recording in poor condition
DOUGLAS COUNTY CLERK & RECORDER



**ATTACHMENT 4(d)**

00000197

OFFICIAL RECORDS
DOUGLAS COUNTY CO
JACK ARROWSMITH
CLERK & RECORDER
RECORDING FEE: $21.00
4 PGS
# 2008040657
06/06/2008 02:46 PM

2008040657 4 PGS

4-21-11
Nancy Ato...

Prepared By: Patrice Anderson
IndyMac Bank, F.S.B.
901 E 104th Street, Suite 400
Kansas City, MO 64131
(816) 508-1900

When recorded, mail to:
IndyMac Bank, F.S.B.
901 East 104th Street, Suite 400
Kansas City, MO 64131
Attention: Document Management

AFTER RECORDING PLEASE RETURN TO:
ALLEN MATKINS LECK GAMBLE MALLORY NATSIS
ATTN: MARA PICHON
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614

SPACE ABOVE THIS LINE FOR RECORDER'S USE

IndyMac Loan Number: **505615**          PIN #

## Colorado Assignment of Deed of Trust

For value received, the undersigned, whose address is 888 E Walnut Street, Pasadena, CA 91101, hereby grants, assigns and transfers to **IndyMac Bank F.S.B.**, herein called "Assignee", whose address is **888 E Walnut Street Pasadena, CA 91101** all beneficial interest under that certain Deed of Trust dated executed by **Craig A. Weingart & Waun R. Weingart** to beneficiary noted on Deed of Trust, **Broad Street Mortgage,** in the amount of $**363,300.00**, and recorded on ___June 6, 2008___ in Book, Volume or Liber _____, Page _____, Instrument # 2008040654, of Official Records in the County Recorder's Office of Douglas, having a Property Address of **7766 Saxeborough DR., Castle Rock, CO 80104**, as described per said Deed of Trust of Record, together with the Note therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust, this Assignment dated **5/30/2008**.

IndyMac Bank F.S.B. as successor in beneficial Interest to Broad Street Mortgage by virtue of loan purchase

_Betty G. Cotton_
Betty A. Cotton
Assistant Secretary

DATED 5/30/2008

STATE OF Missouri §
COUNTY OF Cass §

On this date, **5/30/2008**, before me, Brenda Grother, personally appeared **Betty A. Cotton, Assistant Secretary**, the person whose name is subscribed to the within instrument and acknowledged to me that she/he executed the same in her/his authorized capacity, and that by her/his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument. Witness my hand and official seal.

WITNESS MY HAND AND OFFICIAL SEAL.
SIGNATURE _Brenda Grother_
Brenda Grother, Notary Public

BRENDA GROTHER
Notary Public - Notary Seal
State of Missouri, Cass County
Commission # 05755151
My Commission Expires Aug 14, 2009





Page 1 of 1

### John Ellis - STG

| | |
|---|---|
| From: | Pichon, Mara [mpichon@allenmatkins.com] |
| Sent: | Wednesday, June 04, 2008 10:45 AM |
| To: | John Ellis - STG |
| Cc: | Bundy, Don; Martin, Gretchen; Graham, Susan |
| Subject: | RE: IndyMac / Weingart [Loan No. 505615 / CPI Loan No. 1000519718] |
| Attachments: | Instruction Letter to TO re Weingart.pdf; weingart asst.pdf; weingart DOT.pdf |

Hi John. Attached please find our letter instructing your office to record the copies of the Deed of Trust and immediately thereafter, complete the Assignment and record same. Please do not hesitate to contact our office should you have any questions or comments regarding the attached. Thank you for your assistance.


Mara Pichon
Paralegal
Allen Matkins Leck Gamble Mallory & Natsis LLP
1900 Main St., 5th Floor
Irvine, California 92614-7321
Direct Telephone: (949) 851-5429
Facsimile: (949) 553-8354
*******************************

---

**IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the IRS, please be advised that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

06/04/2008

00000206

# Allen Matkins

Allen Matkins Leck Gamble Mallory & Natsis LLP
Attorneys at Law
1900 Main Street, 5th Floor | Irvine, CA 92614-7321
Telephone: 949.553.1313 | Facsimile: 949.553.8354
www.allenmatkins.com

Susan E. Graham
E-mail: sgraham@allenmatkins.com
Direct Dial: 949.851.5427   File Number: 88888-577/OC847251.01

June 4, 2008

**VIA ELECTRONIC MAIL**

Security Title Guaranty Company
4643 S. Ulster Street, Suite 500
Denver, Co.; 80237
Attn: John Ellis, Title Officer

Re: Loan by IndyMac Bank F.S.B. ("Lender") to borrowers Craig A. Weingart and Waun R. Weingart (collectively, the "Borrower") regarding property located at 7766 Saxeborough Drive, Castle Rock, CO 80104; Loan No. 505615 / CPI Loan No. 1000519718

Ladies and Gentlemen:

Enclosed please find the following documents:

1. Copy of Deed of Trust ("Deed of Trust"), executed by Borrower and notarized as required; and

2. Copy of Colorado Assignment of Deed of Trust ("Assignment"), executed by Lender and notarized as required (collectively, the "Documents")

You are instructed to immediately record in the Official Records of Douglas County, Colorado, the following documents in the order listed:

1. Deed of Trust.

2. Immediately upon recordation of the Deed of Trust, you are instructed to complete the Assignment (insert information describing the recorded Deed of Trust, including the recording date and instrument number) and record the Assignment.

Please notify the undersigned in writing (via email) upon recordation of the Documents, and provide the undersigned with conformed copies of the Documents within 3 days from the date hereof.

Allen Matkins Leck Gamble Mallory & Natsis LLP
Attorneys at Law

Security Title Guaranty Company
June 4, 2008
Page 2

    Your invoice for said recordation should be directed to: "IndymacBank" and sent to this office for further handling. Please reference 14499-002 (Weingart / 505615) on your invoice.

    We greatly appreciate your assistance in this matter. Please feel free to contact my office if you have any questions.

    Very truly yours,

    Susan E. Graham

SEG:mp
Enclosures
cc:    Donald D. Bundy, Esq. *(via email, w/ encl.)*
    Ms. Gretchen Martin *(via email, w/ encl.)*
    David R. Zaro, Esq. *(via email, w/o encl.)*

00000208