8/1/201:

# COMPARISON OF LIABILITIES ON LOAN APPLICATION, SCHEDULE OF REAL ESTATE OWNED ON LOAN APPLICATION, CREDIT REPORT IN LOAN FILE, AND PRIOR MORTGAGES

**Loan Details for S-15**
Borrowers: Waun Weingart
Loan Amount: $496,000
Date: 8/19/05
Purpose of Loan: Refinance loan for 7766 Saxeborough

## Loan Application for S-15 — Liabilities

| | Creditor Company | Unpaid Balance | Monthly Payment | Account # | Bates # |
|---|---|---|---|---|---|
| 1 | Washington Mutual FA | $401,761 | $1,857 | 1560675938427 | 2479 |
| 2 | Chase Manhattan Mort | $405,688 | $3,164 | 17487711 | 2479 |
| 3 | Beneficial/HFC | $32,403 | $595 | 2217151710 | 2479 |
| 4 | Aurora Loan Serivces | $357,739 | $2,697 | 3640018430686 | 2479 |
| 5 | Washington Mutual FA | $396,949 | $1,602 | 1560680413010 | 2479 |
| 6 | Countrywide Home Loa | $444,500 | $2,861 | 56490730 | 2480 |
| 7 | Chase Manhattan Mort | $316,552 | $2,526 | 17452483 | 2480 |
| 8 | Indymac Bank | $342,721 | $2,680 | 6681000519718 | 2480 |
| 9 | Flagstar Bank | $381,072 | $2,503 | 274998100276 | 2480 |
| 10 | Aurora Loan Serivces | $397,488 | $3,120 | 3640018430389 | 2481 |
| 11 | Ohio Savings Bank | $359,293 | $2,520 | 2367875 | 2481 |

## Schedule of Real Estate Owned

| Property Address | Mortgage Amount | Monthly Payment | Bates # |
|---|---|---|---|
| 790 Magnolia St Scottsdale, AZ | $401,761 | $1,857 | 2482 |
| 770 Sunrise Pl Pheonix [sic], AZ | $405,688 | $3,164 | 2483 |
| 7605 California Seattle, WA | $32,403 | $595 | 2482 |
| 259 Falcons Fire Ave Las Vegas, NV | $357,739 | $2,697 | 2482 |
| 2122 W. 44th Ave Seattle, WA | $396,949 | $1,602 | 2483 |
| 141 Lost Angel Rd Boulder, CO | $444,500 | $2,861 | 2483 |
| 777 Sunrise Pl Pheonix [sic], AZ | $316,552 | $2,526 | 2483 |
| 7605 California SW Seattle, WA | $342,721 | $2,680 | 2483 |
| 7766 Saxeborough Dr. Castle Rock, CO | $381,072 | $2,503 | 2483 |
| 3165 S. Ogden La Jolla, CA | $397,488 | $3,120 | 2483 |
| 249 Falcons Fire Ave Las Vegas, NV | $359,293 | $2,520 | 2483 |

## Credit Report in Loan File for S-15

| Creditor Company | Debt Balance | Monthly Payment | Account # | Open Date | High Credit | Bates # |
|---|---|---|---|---|---|---|
| Washington Mutual | $401,761 | $1,857 | 1560675938427 | 05/04 | $400,000 | 2493 |
| Chase Manhattan M | $405,688 | $3,164 | 17487711 | 04/04 | $410,000 | 2489 |
| Beneficial/HFC | $32,403 | $595 | 2217151710 | 08/02 | $35,000 | 2487 |
| Aurora Loan Servi | $357,739 | $2,697 | 3640018430686 | 11/04 | $360,000 | 2487 |
| Washington Mutual | $396,949 | $1,602 | 1560680413010 | 10/04 | $397,000 | 2493 |
| Countrywide Home | $444,500 | $2,861 | 56490730 | 05/04 | $444,500 | 2490 |
| Chase Manhattan M | $316,552 | $2,526 | 17452483 | 04/04 | $320,000 | 2488 |
| Indymac Bank | $342,721 | $2,680 | 6681000519718 | 07/99 | $363,300 | 2496 |
| Flagstar Bank | $381,072 | $2,503 | 274998100276 | 10/00 | $397,500 | 2491 |
| Aurora Loan Servi | $397,488 | $3,120 | 3640018430389 | 11/04 | $400,000 | 2487 |
| Ohio Savings Bank | $359,293 | $2,520 | 2367875 | 11/04 | $360,400 | 2492 |

## Conclusion Related to Prior Outstanding Loans for Saxeborough and Loss Amount

| Date | Loan Amount | Account # (Source) | Loan Code | Bates # |
|---|---|---|---|---|
| 5/6/04 | $400,000 | 0675938427 (Note) | S-12 | 1977 |
| 4/9/04 | $410,000 | 17487711 (PH) | L-5 | 8247 |
| 8/1/02 | $35,000 | 2217151703258 (CR) | S-7 | 1820 |
| 11/15/04 | $360,000 | 0018430686 (Note) | S-14 | 2343 |
| 10/25/04 | $397,000 | 0323850680413010 (Note) | L-7 | 8752 |
| 5/24/04 | $444,500 | 056490730 (Note) | L-6 | 8387 |
| 4/9/04 | $320,000 | 17452483 (PH) | S-11 | 1572 |
| 7/29/99 | $363,300 | 1000519718 (ADOT, letter) | S-3 | 205, 207 |
| 8/7/00 | $397,500 | 998100276 (Note) | S-5 | 815 |
| 11/15/04 | $400,000 | 0018430389 (Note) | L-8 | 9216 |
| 11/15/04 | $360,400 | 2367875 (Note) | S-13 | 2036 |

PH= Payment History
CR=Credit Report

**Note:**
On the loan application for S-15, the following loan with the listed pledged collateral was outstanding as of 8/19/05, but was not listed as a liability or listed on the Schedule of Real Estate Owned:

| Original Loan Amount | Date | Borrower(s) | Collateral Pledged | Loan Code |
|---|---|---|---|---|
| $356,000 | 10/12/00 | Craig & Waun Weingart | 7766 Saxeborough | S-6 |

ATTACHMENT 4(e)