# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower: [signature]    Co-Borrower: _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

Mortgage Applied for: ☐ VA  [X] Conventional  ☐ Other (explain)  ☐ FHA  ☐ USDA/Rural Housing Service

Agency Case Number: _____    Lender Case No.: 0157234931

Amount: $495000.00    Interest Rate: 6.875 %    No. of Months: 360    Amortization Type: ☐ Fixed Rate  ☐ GPM  [X] ARM (type): ARM-51  ☐ Other (explain)  ☐ Interest only

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP): 141 LOST ANGEL ROAD, BOULDER, CO 80302    No. of Units: 01

Legal Description of Subject Property (attach description if necessary): SEE ATTACHED LEGAL    Year Built: 1978

Purpose of Loan: ☐ Purchase  ☐ Construction  ☐ Other (explain)  [X] Refinance  ☐ Construction-Permanent

Property will be: [X] Primary Residence  ☐ Secondary Residence  ☐ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
|  | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | made / to be made |
|---|---|---|---|---|---|
| 2002 | $ 251000.00 | $ 384848.00 | CASH OUT - OTHER | Cost: $ |  |

Title will be held in what Name(s): JOHN P. GALLEGOS    Manner in which Title will be held: _____    Estate will be held in: [X] Fee Simple  ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain): _____

## III. BORROWER INFORMATION / CO-BORROWER INFORMATION

Borrower's Name (include Jr. or Sr. if applicable): JOHN P. GALLEGOS    Co-Borrower's Name (include Jr. or Sr. if applicable): _____

Social Security Number: 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    Home Phone (incl. area code): 303-447-8069    DOB (MM/DD/YYYY): 04/27/1971    Yrs. School: 12

☐ Married  [X] Unmarried (include single, divorced, widowed)  ☐ Separated    Dependents (not listed by Co-Borrower) no. _____ ages _____

Present Address (street, city, state, ZIP): [X] Own ☐ Rent  No. Yrs. 4-0
141 LOST ANGEL RD
BOULDER, CO 80302

Mailing Address, if different from Present Address:
141 LOST ANGEL RD
BOULDER, CO 80302

If residing at present address for less than two years, complete the following:
Former Address (street, city, state, ZIP): ☐ Own ☐ Rent  No. Yrs. _____

## IV. EMPLOYMENT INFORMATION

Name & Address of Employer: [X] Self Employed   Yrs. on this job: 10
TRANSACTION COORDINA
11750 AIRPORT WAY B12-A
DENVER, CO 80221
Yrs. employed in this line of work/profession: 10

Position/Title/Type of Business: MARKET DIRECTOR    Business Phone (incl. area code): 303-458-3668

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer | Self Employed | Dates (from - to) | Monthly Income |
|---|---|---|---|
|  | ☐ |  | $ |

Position/Title/Type of Business: _____    Business Phone (incl. area code): _____

| Name & Address of Employer | Self Employed | Dates (from - to) | Monthly Income |
|---|---|---|---|
|  | ☐ |  | $ |

Position/Title/Type of Business: _____    Business Phone (incl. area code): _____

Freddie Mac Form 65   01/04    Page 1 of 4    Fannie Mae Form 1003 01/04
LP225A Rev. 11/30/05

[initials: gn]

ATTACHMENT 5(a)

00009892

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income * | $ 25000.00 | $ | $ 25000.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 3514.00 | $ 3251.80 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | 206.25 | 109.43 |
| Dividends/Interest | | | | Real Estate Taxes | 496.88 | 469.88 |
| Net Rental Income | 3006.25- | | 3006.25- | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 21993.75 | $ | $ 21993.75 | Total | $ 4217.13 | $ 3831.31 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income   Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse, or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed ☐ Jointly  ☒ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| | | LIABILITIES | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
| Cash deposit toward purchase held by: | $ | Name and address of Company  AMEX | $ Payment/Months  TO PAY | $ 2358.00 |
| | | Acct. no. 04413481101036 | | |
| List checking and savings accounts below | | | | |
| Name and address of Bank, S&L, or Credit Union  WELLS FARGO | | | | |
| Acct. no. 015106372 | $ 249244.00 | Name and address of Company  BMW FINANCIAL S | $ Payment/Months  650.00/ 43 | $ 27662.00 |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 1000395823 | | |
| Acct. no. | $ | Name and address of Company  BOA MBNA | $ Payment/Months  15.00/ 75 | $ 1122.00 |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 7019 | | |
| Acct. no. | $ | Name and address of Company  FLAGSTAR BANK | $ Payment/Months | $ 118889.00 |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 274998137040 | | |
| Acct. no. | $ | Name and address of Company  HOME COMING FUN | $ Payment/Months | $ 221773.00 |
| Stocks & Bonds (Company name/number & description) | $ | | | |
| | | Acct. no. 434232971 | | |
| Life insurance net cash value | $ | Name and address of Company  HOME COMING FUN | $ Payment/Months | $ 131176.00 |
| Face amount $ | | | | |
| Subtotal Liquid Assets | $ 249264.00 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 4005000.00 | Acct. no. 432990992 | | |
| Vested Interest in retirement fund | $ | Name and address of Company  INDYMAC BANK | $ Payment/Months | $ 129631.00 |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. 6681001674132 | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | | | |
| | | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 665.00 | |
| Total Assets a. | $ 4254264.00 | Net Worth (a minus b) $ 1404824.00 | Total Liabilities b. | $ 2849440.00 |

Freddie Mac Form 65  01/04                    Page 2 of 4            0157234931        FP22SC Rev. 11/08/05
                                                                                       Fannie Mae Form 1003  01/04

00009893

## V. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|---|
| 141 LOST ANGEL RD BOULDER, CO 80302 | | SFD | 795000.00 | 384848.00 | | 3514.00 | 703.13 | |
| 2523 W 45TH AVE SEATTLE, WA | R | SFD | 450000.00 | 395992.00 | 4500.00 | 2797.00 | | 578.80 |
| 7603 CALIFORNIA SW SEATTLE, WA | R | SFD | 675000.00 | 424035.00 | 3850.00 | 3303.00 | | 415.50- |
| | | Totals | 4005000.00 | 2818298.00 | 23827.00 | 24389.00 | 703.13 | 3006.29- |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

## VII. DETAILS OF TRANSACTION

| | $ |
|---|---|
| a. Purchase price | |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 384848.00 |
| e. Estimated prepaid items | 5310.94 |
| f. Estimated closing costs | 4037.77 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 394196.71 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 495000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 495000.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 100803.29- |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | | X | | |
| b. Have you been declared bankrupt within the past 7 years? | | X | | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | |
| d. Are you a party to a lawsuit? | | X | | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | X | | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | X | | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | X | | |
| h. Is any part of the down payment borrowed? | | X | | |
| i. Are you a co-maker or endorser on a note? | | X | | |
| j. Are you a U.S. citizen? | X | | | |
| k. Are you a permanent resident alien? | | X | | |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | X | | | |
| m. Have you had an ownership interest in a property in the last 3 years? | | | | |
| (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | | | | |
| (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) the Lender, its successors or assigns may retain the original and/or electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan. (8) In the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors, and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature X | Date 12/27/06 | Co-Borrower's Signature X | Date |
|---|---|---|---|

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations this lender is required to note the information on the basis of visual observation or surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER** [ ] I do not wish to furnish this information.

- Ethnicity: [X] Hispanic or Latino  [ ] Not Hispanic or Latino
- Race: [ ] American Indian or Alaskan Native  [ ] Asian  [ ] Black or African American  [ ] Native Hawaiian or Other Pacific Islander  [X] White
- Sex: [ ] Female  [X] Male

**CO-BORROWER** [ ] I do not wish to furnish this information.

- Ethnicity: [ ] Hispanic or Latino  [ ] Not Hispanic or Latino
- Race: [ ] American Indian or Alaskan Native  [ ] Asian  [ ] Black or African American  [ ] Native Hawaiian or Other Pacific Islander  [ ] White
- Sex: [ ] Female  [ ] Male

To be Completed by Interviewer | Interviewer's Name (print or type)

This application was taken by:
- [ ] Face-to-face interview
- [ ] Mail
- [X] Telephone
- [ ] Internet

Interviewer's Name: HOME LOAN EXPERTS
Interviewer's Signature | Date
Interviewer's Phone Number (incl. area code) (210) 624-6032

Name and Address of Interviewer's Employer:
HOME LOAN EXPERTS
4101 WISEMAN BLVD SAILG TM B-IILE
SAN ANTONIO, TX 78251

Freddie Mac Form 65  01/04          Page 3 of 4          0157234931          Fannie Mae Form 1003  01/04

00009894

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: JOHN P. GALLEGOS | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: 0157234931 |

---- ADDITIONAL LIABILITIES ----

WELLS FARGO HOME MOR      ACCT NO: 7080146876461
MONTHLY PAYMENT:    2797.00    MONTHS LEFT TO PAY:142    UNPAID BALANCE:   395992.00

WILSHIRE CREDIT CORP      ACCT NO: 746007
MONTHLY PAYMENT:    412.00    MONTHS LEFT TO PAY: 83    UNPAID BALANCE:   34076.00

---- ADDITIONAL REAL ESTATE OWNED ----

PROPERTY ADDR: 571 PENNSYLVANIA    CITY: DENVER, CO                STATUS: R   TYPE:
MARKET VAL:    $205,000.00  MTG AMT:   $132,016.00  RENT INCOME:    $1,800.00
MTG PMT:   $1,352.00  INSURANCE/TAXES/MAINTENANCE           $0.00  NET RENT:       $2.00-

PROPERTY ADDR: 569 PENNSYLVANIA    CITY: DENVER, CO                STATUS: R   TYPE:
MARKET VAL:    $215,000.00  MTG AMT:   $131,176.00  RENT INCOME:    $1,800.00
MTG PMT:   $1,220.00  INSURANCE/TAXES/MAINTENANCE           $0.00  NET RENT:     $150.00

PROPERTY ADDR: 563 PENNSYLVANIA    CITY: DENVER, CO                STATUS: R   TYPE:
MARKET VAL:    $215,000.00  MTG AMT:   $129,631.00  RENT INCOME:    $1,800.00
MTG PMT:   $1,248.00  INSURANCE/TAXES/MAINTENANCE           $0.00  NET RENT:     $102.00

PROPERTY ADDR: 561 PENNSYLVANIA    CITY: DENVER, CO                STATUS: R   TYPE:
MARKET VAL:    $200,000.00  MTG AMT:   $128,596.00  RENT INCOME:    $1,525.00
MTG PMT:   $1,381.00  INSURANCE/TAXES/MAINTENANCE           $0.00  NET RENT:     $199.75-

PROPERTY ADDR: 430 E 6TH AVE    CITY: DENVER, CO                STATUS: R   TYPE:
MARKET VAL:    $350,000.00  MTG AMT:   $119,692.00  RENT INCOME:       $1.00
MTG PMT:   $1,398.00  INSURANCE/TAXES/MAINTENANCE           $0.00  NET RENT:   $1,398.00-

PROPERTY ADDR: 434 E 6TH AVE    CITY: DENVER, CO                STATUS: R   TYPE:
MARKET VAL:    $35,000.00  MTG AMT:   $118,889.00  RENT INCOME:       $1.00
MTG PMT:   $1,330.00  INSURANCE/TAXES/MAINTENANCE           $0.00  NET RENT:   $1,330.00-

---

I have authority to apply for joint credit on behalf of the joint applicant.

California applicants: Under California Civil Code 1812.30(j), credit applications for the obtainment of money, goods, labor, or services shall clearly specify that the applicant, if married, may apply for a separate account.

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: X [signed] John P. Hall | Date 12/27/06 | Co-Borrower's Signature: X | Date |
|---|---|---|---|

Freddie Mac Form 65  01/04                             Page 4 of 4                Fannie Mae Form 1003  1/97
                                                                                   EH225G  REV 10/04/RM

00009895

# STATEMENT OF ASSETS AND LIABILITIES
(Supplement to Residential Loan Application)

Name: **JOHN P. GALLEGOS**

The following information is provided to complete and become a part of the application for a mortgage in the amount of $ 495000.00 with interest at 6.875 %, for a term of 360 months and to be secured by property known as:

Subject Property Address (street, city, state, & Zip)

141 LOST ANGEL ROAD, BOULDER, CO 80302

Legal Description of Subject Property (attach description if necessary)

SEE ATTACHED LEGAL

## ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.   Completed [ ] Jointly   [X] Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned upon refinancing of the subject property. | | |
|---|---|---|---|
| | | LIABILITIES | Monthly Paymt. & Mos. Left to Pay | Unpaid Balance |
| Cash deposit toward purchase held by: | $ | Name and address of Company<br>OCWEN LOAN SERV<br><br>Acct. no. 31708068 | $ Paymnt/Months | $ 128596.00 |
| List checking and savings accounts below | | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| Acct. no.<br>Name and address of Bank, S&L, or Credit Union | $ | Name and address of Company<br>OCWEN LOAN SERV<br><br>Acct. no. 100831031 | $ Paymnt/Months | $ 132016.00 |
| Acct. no.<br>Name and address of Bank, S&L, or Credit Union | $ | Name and address of Company<br>OHIO SAVINGS BA<br><br>Acct. no. 7669335 | $ Paymnt/Months | $ 389961.00 |
| Acct. no.<br>Name and address of Bank, S&L, or Credit Union | $ | Name and address of Company<br>SELECT PORTFOLI<br><br>Acct. no. 2778790506433 | $ Paymnt/Months | $ 119692.00 |
| Acct. no.<br>Stocks & Bonds (Company name/number & description) | $ | Name and address of Company<br>SELECT PORTFOLI<br><br>Acct. no. 2774001404013 | $ Paymnt/Months | $ 264722.00 |
| Life insurance net cash value<br>Face amount: $<br>**Subtotal Liquid Assets** | $<br><br>$ | Name and address of Company<br>SELECT PORTFOLI<br><br>Acct. no. 2774001396110 | $ Paymnt/Months | $ 384848.00 |
| Real estate owned (enter market value from schedule of real estate owned)<br>Vested interest in retirement fund<br>Net worth of business(es) owned (attach financial statement)<br>Automobiles owned (make and year) | $<br>$<br>$<br>$ | Name and address of Company<br>WASHINGTON MUTU<br><br>Acct. no. 1560690402185 | $ Paymnt/Months | $ 366928.00 |
| Other Assets (Itemize) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| | | Job Related Expense (child care, union dues, etc.) | $ | |
| | | **Total Monthly Payments** | $ | |
| **Total Assets a.** | $ | | **Total Liabilities b.** | $ |

Freddie Mac Form 65A/Rev. 01/04   Page 1 of 2   0157234931   Fannie Mae Form 1003A/Rev. 01/04

00009896

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|---|
| 777 SUNRISE PL PHOENIX, AZ | R | SFD | $340000.00 | $366928.00 | $3200.00 | $1713.00 | $ | $687.00 |
| 2122 W 44TH AVE SEATTLE, WA | R | | 325000.00 | 264722.00 | 3500.00 | 2704.00 | | 81.00- |
| 575 PENNSYLVANIA DENVER, CO | R | | 200000.00 | 221773.00 | 1800.00 | 2427.00 | | 1077.00- |
| | | Totals | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors and assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property, and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and visual recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X [signature] | 12/27/06 | X | |

## TO BE COMPLETED BY INTERVIEWER

This application was taken by:
- [ ] Face-to-face interview
- [ ] Mail
- [X] Telephone
- [ ] Internet

| Interviewer's Name (print or type) | | Name and Address of Interviewer's Employer |
|---|---|---|
| HOME LOAN EXPERTS | | HOME LOAN EXPERTS |
| Interviewer's Signature | Date | 4101 WISEMAN BLVD BAILG TM B-HLE |
| Interviewer's Phone Number (incl. area code) (210) 524-6032 | | SAN ANTONIO, TX 78251 |