8/1/20

# COMPARISON OF LIABILITIES ON LOAN APPLICATION, SCHEDULE OF REAL ESTATE OWNED ON LOAN APPLICATION, CREDIT REPORT IN LOAN FILE, AND PRIOR MORTGAGES

**Loan Details for L-11**
Borrowers: John Gallegos
Loan Amount: $495,000
Date: 12/27/06
Purpose of Loan: Refinance loan for 141 Lost Angel

| | Loan Application for L-11 | | | | Schedule of Real Estate Owned | | | | | Credit Report in Loan File for L-11 | | | | | | Conclusion Related to Prior Outstanding Loans for Lost Angel, 6th, and California | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Liabilities** | | | | | | | | | | | | | | | | | | | |
| Creditor Company | Unpaid Balance | Monthly Payment | Account # | Bates # | Property Address | Mortgage Amount | Monthly Payment | Bates # | Creditor Company | Debt Balance | Monthly Payment | Account # | Open Date | High Credit | Bates # | Date | Loan Amount | Account # (Source) | Loan Code | Bates # |
| 1 Flagstar Bank | $118,889 | | 274998137040 | 9893 | 434 E. 6th Ave. Denver, CO | $ 118,889 | $1,330 | 9895 | Flagstar Bank | $118,889 | $1,330 | 274998137040 | 11/00 | $124,700 | 10141 | 9/22/00 | $ 124,700 | 998137040 (Note) | 6th-1 | 25373 |
| 2 Home Coming Fun | $221,773 | | 434232971 | 9893 | 575 Pennsylvania Denver, CO | $ 221,773 | $2,427 | 9897 | Home Coming Funding | $221,773 | $2,427 | 434232971 | 06/02 | $229,800 | 10142 | 6/25/02 | $ 229,800 | 0434232971 (stmt) | L-3 | 7896 |
| 3 Home Coming Fun | $131,176 | | 432990992 | 9893 | 569 Pennsylvania Denver, CO | $ 131,176 | $1,220 | 9895 | Home Coming Funding | $131,176 | $1,220 | 432990992 | 07/01 | $136,800 | 10142 | 7/11/01 | $ 136,800 | 432990992 (CR) | 6th-4 | 7939 |
| 4 Indymac Bank | $129,631 | | 6681001674132 | 9893 | 563 Pennsylvania Denver, CO | $ 129,631 | $1,248 | 9895 | Indymac Bank | $129,631 | $1,248 | 6681001674132 | 06/01 | $136,800 | 10142 | 6/25/01 | $ 136,800 | 1001674132 (letter) | 6th-3 | 27411 |
| 5 Wells Fargo Home Mor | $395,992 | $2,797 | 7080146876461 | 9895 | 2523 W. 45th Ave Seattle, WA | $ 395,992 | $2,797 | 9894 | Wells Fargo Home Mor | $395,992 | $2,797 | 7080146876461 | 08/05 | $400,000 | 10145 | 8/25/05 | $ 400,000 | 0146876461 (Note) | L-9 | 9390 |
| 6 Wilshire Credit Corp | $34,074 | $412 | 746007 | 9895 | 7603 California SW Seattle, WA | • | | 9894 | Wilshire Credit Corp | $ 34,074 | $412 | 746007 | 11/01 | $ 34,200 | 10146 | 11/30/01 | $ 34,200 | 746007 (CR) | 6th-5-B | 8023 |
| 7 Ocwen Loan Serv | $128,596 | | 31708068 | 9896 | 561 Pennsylvania Denver, CO | $ 128,596 | $1,381 | 9895 | Ocwen Loan Servicing | $128,596 | $1,381 | 31708068 | 11/01 | $136,800 | 10142 | 11/30/01 | $ 136,800 | 31708068 (PH) | 6th-5-A | 25826 |
| 8 Ocwen Loan Serv | $132,016 | | 100831031 | 9896 | 571 Pennsylvania Denver, CO | $ 132,016 | $1,352 | 9895 | Ocwen Loan Servicing | $132,016 | $1,352 | 100831031 | 12/01 | $136,800 | 10143 | 12/20/01 | $ 136,800 | 100831031 (PH) | 6th-6 | 25967 |
| 9 Ohio Savings Ba | $389,961 | | 7669335 | 9896 | 7603 California SW Seattle, WA | $ 424,035 * | $3,303 | 9894 | Ohio Savings Bank | $389,961 | $2,891 | 7669335 | 02/04 | $400,000 | 10143 | 2/13/04 | $ 400,000 | 7669335 (confirmation report) | L-4 | 8126 |
| 10 Select Portfoli | $119,692 | | 2778790506433 | 9896 | 430 E. 6th Ave. Denver, CO | $ 119,692 | $1,398 | 9895 | Select Portfolio Svc | $119,692 | $1,398 | 2778790506433 | 09/00 | $124,720 | 10144 | 9/22/00 | $ 124,720 | 6538790506433 (CR) | 6th-2 | 7939 |
| 11 Select Portfoli | $264,722 | | 2774001404013 | 9896 | 2122 W. 44th Ave Seattle, WA | $ 264,722 | $2,706 | 9897 | Select Portfolio Svc | $264,722 | $2,706 | 2774001404013 | 03/02 | $278,000 | 10143 | 3/21/02 | $ 278,000 | 4001404013 (PH) | L-1 | 7744 |
| 12 Select Portfoli | $384,848 | | 2774001396110 | 9896 | 141 Lost Angel Rd Boulder, CO | $ 384,848 | $3,514 | 9894 | Select Portfolio Svc | $384,848 | $3,514 | 2774001396110 | 03/02 | $400,000 | 10144 | 3/29/02 | $ 400,000 | 4001396110 (PH) | L-2 | 7775 |
| 13 Washington Mutu | $366,928 | | 1560690402185 | 9896 | 777 Sunrise Place Phoenix, AZ | $ 366,928 | $1,713 | 9897 | Washington Mutual FA | $366,928 | $1,713 | 1560690402185 | 04/05 | $359,000 | 10145 | 4/15/05 | $ 359,000 | 0690402185 (HUD) | Calif-3 | 22918 |

*The mortgage amount shown on the Schedule of Real Estate Owned for 7603 California SW ($424,035) is the total of the unpaid balance for the Wilshire Credit loan ($34,074) and the Ohio Savings Bank loan ($389,961)

CR=Credit Report
PH= Payment History

**ATTACHMENT 5(e)**