# USE OF PROCEEDS

**ATTACHMENT**
**6(c)**



MTG0060
FS 998100276-0 ACTIVE     CTRL 98 STATUS     TYPE A     WEINGAR P&I 3,451.69 PAYMENT 3,451.69 PAYMENT 12/31/2000 INVID 8100276

| DESC | TR-DT | PD-TO | PRINCIPAL | INTEREST | WEINGAR P&I INTEREST | ESCROW | ESCROW2 | LATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| BAL | 09/30 | 09/00 | 397,500.00 | | | | | | |
| WLC | 10/19 | 10/00 | 397,319.40 | 180.60 | 3,271.09 | 2,258.34 | 0.00 | 0.00 | 0.00 | 3,451.69 |
| WLC | 10/19 | 11/00 | 397,137.32 | 182.08 | 3,269.61 | 5,529.43 | 0.00 | 0.00 | 0.00 | 3,451.69 |
| PAY | 12/04 | 12/00 | 396,953.74 | 183.58 | 3,268.11 | 8,799.04 | 0.00 | 0.00 | 0.00 | 3,451.69 |
| PAY | 12/29 | 01/01 | 396,768.65 | 185.09 | 3,266.60 | 12,067.15 | 0.00 | 0.00 | 0.00 | 3,451.69 |
| | | | | | | 15,333.75 | | | |

00000792

MTG0060
F# 998100276-0  ACTIVE   CTRL 100 STATUS   TYPE A   WEINGAR P&I 3,451.69   PAYMENT 3,451.69   INVID 8100276
MORTGAGE HISTORY LEDGER   12/31/2001

| DESC | TR-DT | PD-TO | PRINCIPAL | INTEREST | ESCROW | ESCROW | ESCROW2 | LATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| BAL | 12/31 | 01/01 | 396,768.65 | 0.00 | | | | | |
| PAY | 02/01 | 02/01 | 186.61 | 396,582.04 | 3,265.08 | 0.00 | | 0.00 | 3,451.69 |
| H101 | 02/20 | FP HAZARD | | | | | | C#683511 | VJ9901 |
| PAY | 03/02 | 03/01 | 188.15 | 396,393.89 | 3,263.54 | 6,528.62 | -4,544.54 | 0.00 | 3,451.69 |
| PAY | 04/05 | 04/01 | 189.70 | 396,204.19 | 3,261.99 | 9,790.61 | 0.00 | 0.00 | 3,451.69 |
| SAL | 04/23 | SOLD FROM 98 TO 100 | | | | | | | |
| PAY | 05/11 | 05/01 | 191.26 | 396,012.93 | 3,260.43 | 13,051.04 | -4,544.54 | 0.00 | 3,451.69 |
| PAY | 06/07 | 06/01 | 192.83 | 395,820.10 | 3,258.86 | 16,309.90 | -4,544.54 | 0.00 | 3,451.69 |
| MSG | 06/19 | NO ESCROW CODE CHANGED FROM 1 TO 3-KED | | | | | | | |
| MSG | 06/20 | OLD PAY IS 3,451.69 BY MSR | | | | | | | |
| MSG | 06/20 | OLD AGH WAS 6.00 BY MSR | | | | | | | |
| PAY | 07/10 | 07/01 | 194.42 | 395,625.68 | 3,257.27 | 19,567.17 | -4,544.54 | 0.00 | 3,451.69 |
| | 08/13 | 07/01 | 0.00 | 395,625.68 | 0.00 | 19,567.17 | -4,544.54 | 3,451.69 | 0.00 | 3,451.69 |
| COR | 08/27 | 07/01 | 0.00 | 395,429.66 | 0.00 | 19,567.17 | -4,544.54 | -3,451.69 | 0.00 | -3,451.69 |
| WLC | 08/27 | 08/01 | 196.02 | 395,429.66 | 3,255.67 | 22,822.84 | -4,544.54 | 3,451.69 | 0.00 | 3,451.69 |
| | 09/10 | 08/01 | 0.00 | 395,429.66 | 0.00 | 22,822.84 | -4,544.54 | -3,451.69 | 0.00 | -3,451.69 |
| COR | 09/18 | 08/01 | 0.00 | 395,429.66 | 0.00 | 22,822.84 | -4,544.54 | 0.00 | 3,451.69 |
| COR | 09/18 | 09/01 | 197.63 | 395,232.03 | 3,254.06 | 26,076.90 | -4,544.54 | 0.00 | 3,451.69 |
| ERI | 09/25 | 09/01 | 0.00 | 395,232.03 | 0.00 | 26,076.90 | 1,054.28 | -3,490.26 | 0.00 | 1,054.28 |
| | 10/01 | 09/01 | 0.00 | 395,232.03 | 0.00 | 26,076.90 | -3,490.26 | 3,451.69 | 0.00 | 3,451.69 |
| ERI | 10/24 | 09/01 | 0.00 | 395,232.03 | 0.00 | 26,076.90 | 3,490.26 | 0.00 | 3,451.69 | 0.00 | 3,490.26 |
| MSG | 10/25 | NO ESCROW CODE CHANGED FROM 3 TO 1-KED | | | | | | | |
| MSG | 10/25 | OLD PAY IS 4,435.29 BY KED | | | | | | | |
| COR | 10/25 | 09/01 | 199.26 | 395,032.77 | 3,252.43 | 26,076.90 | 0.00 | -3,451.69 | 0.00 | -3,451.69 |
| WLC | 11/01 | 10/01 | | 394,831.87 | 3,250.79 | 29,329.33 | 0.00 | 0.00 | 3,451.69 |
| PAY | 11/06 | 11/01 | 200.90 | 394,831.87 | 3,250.79 | 32,580.12 | 0.00 | 0.00 | 3,451.69 |
| PAY | 12/06 | 12/01 | 202.55 | 394,629.32 | 3,249.14 | 35,829.26 | 0.00 | 0.00 | 3,451.69 |

MTG0060
FS 99810000276-0  ACTIVE  CTBL 100 STATUS  PAYMENT 3,451.69  INVID 8100276

**MORTGAGE HISTORY LEDGER**  TYPE A  WEINGAR P&I 3,451.69   12/31/2002

| DESC | TR-DT | PD-TO | PRINCIPAL | 100 STATUS | INTEREST | WEINGAR P&I INTEREST | ESCROW | ESCROW2 | LATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| BAL | 12/31 | 12/01 | 204.22 | 394,629.32 | 0.00 | 0.00 | 0.00 | | 0.00 | |
| PAY | 01/07 | 01/02 | 0.00 | 394,425.10 | 3,247.47 | 3,247.47 | 0.00 | | 0.00 | 3,451.69 |
| | 02/11 | 01/02 | 205.90 | 394,425.10 | 0.00 | 3,247.47 | 0.00 | 3,247.45 | 0.00 | 3,247.45 |
| PAY | 02/28 | 02/02 | 0.00 | 394,219.20 | 3,245.79 | 6,493.26 | 0.00 | 3,247.45 | 0.00 | 3,247.45 |
| PAY | 02/28 | 02/02 | 207.59 | 394,219.20 | 0.00 | 9,737.36 | 0.00 | -3,247.45 | 0.00 | -3,247.45 |
| SAL | 03/02 | 03/02 | | 394,011.61 | 3,244.10 | | 0.00 | | 0.00 | 3,451.69 |
| | SOLD FROM 100 TO 62 | | | | | | | | | |
| | SOLD FROM 62 TO 100 | | | | | | | | | |
| PAY | 04/08 | 04/02 | 209.30 | 393,802.31 | 3,242.39 | 12,979.75 | 0.00 | | 0.00 | 3,451.69 |
| PAY | 05/07 | 05/02 | 211.03 | 393,591.28 | 3,240.66 | 16,220.41 | 0.00 | | 0.00 | 3,451.69 |
| PAY | 06/03 | 06/02 | 212.76 | 393,378.52 | 3,238.93 | 19,459.34 | 0.00 | | 0.00 | 3,451.69 |
| PAY | 07/02 | 07/02 | 214.51 | 393,164.01 | 3,237.18 | 22,696.52 | 0.00 | | 0.00 | 3,451.69 |
| PAY | 08/05 | 08/02 | 216.28 | 392,947.73 | 3,235.41 | 25,931.93 | 0.00 | | 0.00 | 3,451.69 |
| PAY | 09/10 | 09/02 | 218.06 | 392,729.67 | 3,233.63 | 29,165.56 | 0.00 | | 0.00 | 3,451.69 |
| PAY | 10/04 | 10/02 | 219.85 | 392,509.82 | 3,231.84 | 32,397.40 | 0.00 | | 0.00 | 3,451.69 |
| PAY | 11/12 | 11/02 | 221.66 | 392,288.16 | 3,230.03 | 35,627.43 | 0.00 | | 0.00 | 3,451.69 |
| PAY | 12/23 | 12/02 | 223.49 | 392,064.67 | 3,228.20 | 38,855.63 | 0.00 | | 345.16 | 3,796.85 |

00000790

0000847

```
MTGOO5A                      M O R T G A G E   H I S T O R Y   L B D G B R   2003  13:08:43  21 APR 2008
FS 99810027    BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE A P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00
DESC TR-DT PD-TO |-----PRINCIPAL-----||-----INTEREST-----||------ESCROW------||-----ESCROW2------||------BSCROW------||--LATE--||---TOTAL--|
```

| DESC | TR-DT | PD-TO | PRINCIPAL | | INTEREST | | ESCROW | | ESCROW2 | | BSCROW | | LATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAL | 12/31 | 12/02 | | 392,064.67 | | 0.00 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| PAY | 01/15 | 01/03 | 225.32 | 391,839.35 | 3,226.37 | 3,226.37 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 3,451.69 |
| PAY | 02/03 | 02/03 | 227.18 | 391,612.17 | 3,224.51 | 6,450.88 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 3,451.69 |
| PAY | 03/12 | 03/03 | 229.05 | 391,383.12 | 3,222.64 | 9,673.52 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 3,451.69 |
| WEB | 04/15 | 04/03 | 230.93 | 391,152.19 | 3,220.76 | 12,894.28 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 3,451.69 |
| WEB | 05/13 | 05/03 | 232.83 | 390,919.36 | 3,218.86 | 16,113.14 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 3,451.69 |
| WEB | 06/10 | 06/03 | 234.75 | 390,684.61 | 3,216.94 | 19,330.08 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 3,451.69 |
| WEB | 07/08 | 07/03 | 236.68 | 390,447.93 | 3,215.01 | 22,545.09 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 3,451.69 |
|  | 08/08 | 07/03 | 0.00 | 390,447.93 | 0.00 | 22,545.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| PAY-ADJ | | | -543.16 | | | | | | | | | | | |
| WEB | 08/13 | 08/03 | 238.63 | 390,209.30 | 3,213.06 | 25,758.15 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 3,451.69 |
| WEB | 09/16 | 09/03 | 240.59 | 389,968.71 | 3,211.10 | 28,969.25 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 3,451.69 |
| WEB | 10/20 | 10/03 | 349.36 | 389,619.35 | 2,559.17 | 31,528.42 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 2,908.53 |
| WEB | 11/10 | 11/03 | 351.65 | 389,267.70 | 2,556.88 | 34,085.30 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 2,908.53 |
| WEB | 12/10 | 12/03 | 353.96 | 388,913.74 | 2,554.57 | 36,639.87 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 2,908.53 |

00000848

MTG005A                    M O R T G A G E   H I S T O R Y   L E D G E R   2004 13:06:49 21 APR 2008
FS 998100276    BORROWER: Craig A. Weingart
Active 04/01/08  CTRL 100 STATUS TYPE A  P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00

| DESC | TR-DT | PD-TO | PRINCIPAL | | INTEREST | | ESCROW | | ESCROW2 | | LATE | | TOTAL |
|------|-------|-------|-----------|--|----------|--|--------|--|---------|--|------|--|-------|
| BAL | 12/31 | 12/03 | | 388,913.74 | | 0.00 | 0.00 | | 0.00 | | 0.00 | | | |
| NBB | 01/14 | 01/04 | 356.28 | 388,557.46 | 2,552.25 | 2,552.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,908.53 |
| NBB | 02/20 | 02/04 | 358.62 | 388,198.84 | 2,549.91 | 5,102.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,908.53 |
| NBB | 03/09 | 03/04 | 360.98 | 387,837.86 | 2,547.55 | 7,649.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,908.53 |
| NBB | 04/12 | 04/04 | 363.34 | 387,474.52 | 2,545.19 | 10,194.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,908.53 |
| NBB | 05/10 | 05/04 | 365.73 | 387,108.79 | 2,542.80 | 12,737.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,908.53 |
| NBB | 06/10 | 06/04 | 368.13 | 386,740.66 | 2,540.40 | 15,278.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,908.53 |
| NBB | 07/14 | 07/04 | 370.54 | 386,370.12 | 2,537.99 | 17,816.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,908.53 |
| | 08/09 | 07/04 | 0.00 | 386,370.12 | 0.00 | 17,816.09 | 0.00 | 0.00 | 0.00 | 0.00 | | | |

BAL-ADJ -405.03

| DESC | TR-DT | PD-TO | PRINCIPAL | | INTEREST | | ESCROW | | ESCROW2 | | LATE | | TOTAL |
|------|-------|-------|-----------|--|----------|--|--------|--|---------|--|------|--|-------|
| NBB | 08/10 | 08/04 | 372.98 | 385,997.14 | 2,535.55 | 20,351.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,908.53 |
| NBB | 09/13 | 09/04 | 375.42 | 385,621.72 | 2,533.11 | 22,884.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,908.53 |
| NBB | 10/14 | 10/04 | 495.05 | 385,126.67 | 2,008.45 | 24,893.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,503.50 |
| NBB | 11/12 | 11/04 | 497.63 | 384,629.04 | 2,005.87 | 26,899.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,503.50 |
| NBB | 12/03 | 12/04 | 500.22 | 384,128.82 | 2,003.28 | 28,902.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,503.50 |

0000849

MTG005A                MORTGAGE HISTORY LEDGER 2005 13:06:52 21 APR 2008
FS 998100276   BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE A P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00

| DESC | TR-DT | PD-TO | PRINCIPAL | | INTEREST | | ESCROW | ESCROW2 | LATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| BAL | 12/31 | 12/04 | | 384,128.82 | | 0.00 | 0.00 | 0.00 | 0.00 | |
| WEB | 01/10 | 01/05 | 502.83 | 383,625.99 | 2,000.67 | 2,000.67 | 0.000 | 0.000 | 0.000 | 2,503.50 |
| WEB | 02/07 | 02/05 | 505.45 | 383,120.54 | 1,998.05 | 3,998.72 | 0.000 | 0.000 | 0.000 | 2,503.50 |
| WEB | 03/14 | 03/05 | 508.08 | 382,612.46 | 1,995.42 | 5,994.14 | 0.000 | 0.000 | 0.000 | 2,503.50 |
| WEB | 04/15 | 04/05 | 510.73 | 382,101.73 | 1,992.77 | 7,986.91 | 0.000 | 0.000 | 0.000 | 2,503.50 |
| WEB | 05/13 | 05/05 | 513.39 | 381,588.34 | 1,990.11 | 9,977.02 | 0.000 | 0.000 | 0.000 | 2,503.50 |
| WEB | 06/16 | 06/05 | 516.06 | 381,072.28 | 1,987.44 | 11,964.46 | 0.000 | 0.000 | 0.000 | 2,503.50 |
| WEB | 07/07 | 07/05 | 518.75 | 380,551.53 | 1,984.75 | 13,949.21 | 0.000 | 0.000 | 0.000 | 2,503.50 |
| WEB | 08/09 | 08/05 | 521.45 | 380,032.08 | 1,982.05 | 15,931.26 | 0.000 | 0.000 | 0.000 | 2,503.50 |
| WEB | 08/09 | 08/05 | 0.00 | 380,032.08 | 0.00 | 15,931.26 | 0.00 | 0.00 | 0.00 | |
| PAL-ADJ 394.25 | | | | | | | | | | |
| WEB | 09/12 | 09/05 | 524.17 | 379,507.91 | 1,979.33 | 17,910.59 | 0.000 | 0.000 | 0.000 | 2,503.50 |
| WEB | 10/05 | 10/05 | 407.23 | 379,100.68 | 2,490.52 | 20,401.11 | 0.000 | 0.000 | 0.000 | 2,897.75 |
| WEB | 11/10 | 11/05 | 409.90 | 378,690.78 | 2,487.85 | 22,888.96 | 0.000 | 0.000 | 0.000 | 2,897.75 |
| WEB | 12/06 | 12/05 | 412.59 | 378,278.19 | 2,485.16 | 25,374.12 | 0.000 | 0.000 | 0.000 | 2,897.75 |

0$800000
0000850

MTG005A
FS 99810276
Active 04/01/08 CTRL 100 STATUS TYPE A P&I 3,242.85 PAYMENT 3,242.10 INVID 8100276 LATE DUE 453.00
BORROWER: Craig A. Weingart

M O R T G A G E   H I S T O R Y   L E D G E R   2006 13:06:55 21 APR 2008

| DESC | TR-DT | PD-TO | PRINCIPAL | INTEREST | P&I | ESCROW | ESCROW2 | LATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| BAL | 12/31 | 12/05 | 378,278.19 | | 0.00 | | | | |
| WEB | 01/06 | 01/06 | 377,862.89 | 415.30 | 2,482.45 | 2,482.45 | 0.00 | 0.00 | 2,897.75 |
| WEB | 02/08 | 02/06 | 377,444.87 | 418.02 | 2,479.73 | 4,962.18 | 0.00 | 0.00 | 2,897.75 |
| WEB | 03/07 | 03/06 | 377,024.10 | 420.77 | 2,476.98 | 7,439.16 | 0.00 | 0.00 | 2,897.75 |
| OPT | 03/07 | | | | | | | | 41.25 |
| WEB | 04/05 | 04/06 | 376,600.57 | 423.53 | 2,474.22 | 9,913.38 | 0.00 | 0.00 | 2,897.75 |
| OPT | 04/05 | | | | | | | | 41.25 |
| WEB | 05/15 | 05/06 | 376,174.26 | 426.31 | 2,471.44 | 12,384.82 | 0.00 | 0.00 | 2,897.75 |
| OPT | 05/15 | | | | | | | | 41.25 |
| WEB | 06/07 | 06/06 | 375,745.15 | 429.11 | 2,468.64 | 14,853.46 | 0.00 | 0.00 | 2,897.75 |
| OPT | 06/07 | | | | | | | | 41.25 |
| WEB | 07/14 | 07/06 | 375,313.23 | 431.92 | 2,465.83 | 17,319.29 | 0.00 | 0.00 | 2,897.75 |
| OPT | 07/14 | | | | | | | | 41.25 |
| WEB | 08/09 | 07/06 | 375,313.23 | 0.00 | 0.00 | 17,319.29 | 0.00 | 0.00 | 0.00 |
| PAI-ADJ | | | | 407.72 | | | | | |
| WEB | 08/11 | 08/06 | 374,878.47 | 434.76 | 2,462.99 | 19,782.28 | 0.00 | 0.00 | 2,897.75 |
| OPT | 08/11 | | | | | | | | 41.25 |
| WEB | 09/07 | 09/06 | 374,440.86 | 437.61 | 2,460.14 | 22,242.42 | 0.00 | 0.00 | 2,897.75 |
| OPT | 09/07 | | | | | | | | 41.25 |
| WEB | 10/11 | 10/06 | 374,099.71 | 341.15 | 2,964.32 | 25,206.74 | 0.00 | 0.00 | 3,305.47 |
| OPT | 10/11 | | | | | | | | 41.25 |
| WEB | 11/13 | 11/06 | 373,755.86 | 343.85 | 2,961.62 | 28,168.36 | 0.00 | 0.00 | 3,305.47 |
| OPT | 11/13 | | | | | | | | 41.25 |
| WEB | 12/13 | 12/06 | 373,409.29 | 346.57 | 2,958.90 | 31,127.26 | 0.00 | 0.00 | 3,305.47 |
| OPT | 12/13 | | | | | | | | 41.25 |

00000851

MTGO05A
FS 998100276          BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE A P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00

M O R T G A G E   H I S T O R Y   L E D G E R   2007 13:06:57 21 APR 2008

| DBSC | TR-DT | PD-TO | PRINCIPAL | | INTEREST | | ESCROW | ESCROW2 | LATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| BAL | 12/31 | 12/06 | | 373,409.29 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEB | 01/11 | 01/07 | 349.31 | 373,059.98 | 2,956.16 | 2,956.16 | 0.00 | 0.00 | 0.00 | 3,305.47 |
| OPT | 01/11 | | | | | | | 0.00 | 0.00 | 41.25 |
| WEB | 02/08 | 02/07 | 352.08 | 372,707.90 | 2,953.39 | 5,909.55 | 0.00 | 0.00 | 0.00 | 3,305.47 |
| OPT | 02/08 | | | | | | | 0.00 | 0.00 | 41.25 |
| WEB | 03/07 | 03/07 | 354.87 | 372,353.03 | 2,950.60 | 8,860.15 | 0.00 | 0.00 | 0.00 | 3,305.47 |
| OPT | 03/07 | | | | | | | 0.00 | 0.00 | 41.25 |
| WEB | 04/13 | 04/07 | 357.68 | 371,995.35 | 2,947.79 | 11,807.94 | 0.00 | 0.00 | 0.00 | 3,305.47 |
| OPT | 04/13 | | | | | | | 0.00 | 0.00 | 41.25 |
| WEB | 05/07 | 05/07 | 360.51 | 371,634.84 | 2,944.96 | 14,752.90 | 0.00 | 0.00 | 0.00 | 3,305.47 |
| OPT | 05/07 | | | | | | | 0.00 | 0.00 | 41.25 |
| WEB | 06/15 | 06/07 | 363.36 | 371,271.48 | 2,942.11 | 17,695.01 | 0.00 | 0.00 | 0.00 | 3,305.47 |
| OPT | 06/15 | | | | | | | 0.00 | 0.00 | 41.25 |
| WEB | 07/10 | 07/07 | 366.24 | 370,905.24 | 2,939.23 | 20,634.24 | 0.00 | 0.00 | 0.00 | 3,305.47 |
| OPT | 07/10 | | | | | | | 0.00 | 0.00 | 41.25 |
| | 08/09 | 07/07 | 0.00 | 370,905.24 | 0.00 | 20,634.24 | 0.00 | 0.00 | 0.00 | |
| | PAY-ADJ | | -62.62 | | | | | | | |
| WEB | 08/10 | 08/07 | 369.14 | 370,536.10 | 2,936.33 | 23,570.57 | 0.00 | 0.00 | 0.00 | 3,305.47 |
| OPT | 08/10 | | | | | | | 0.00 | 0.00 | 41.25 |
| WEB | 09/12 | 09/07 | 372.06 | 370,164.04 | 2,933.41 | 26,503.98 | 0.00 | 0.00 | 0.00 | 3,305.47 |
| OPT | 09/12 | | | | | | | 0.00 | 0.00 | 41.25 |
| WEB | 10/15 | 10/07 | 389.50 | 369,774.54 | 2,853.35 | 29,357.33 | 0.00 | 0.00 | 0.00 | 3,242.85 |
| OPT | 10/15 | | | | | | | 0.00 | 0.00 | 41.25 |
| WEB | 11/07 | 11/07 | 392.50 | 369,382.04 | 2,850.35 | 32,207.68 | 0.00 | 0.00 | 0.00 | 3,242.85 |
| OPT | 11/07 | | | | | | | 0.00 | 0.00 | 41.25 |
| WEB | 12/14 | 12/07 | 395.53 | 368,986.51 | 2,847.32 | 35,055.00 | 0.00 | 0.00 | 0.00 | 3,242.85 |
| OPT | 12/14 | | | | | | | 0.00 | 0.00 | 41.25 |

00000852

```
MTG005A              M O R T G A G E   H I S T O R Y   L E D G E R   2008 13:07:00 21 APR 2008
FS 998100276    BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE & P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00
DESC TR-DT PD-TO |----PRINCIPAL-----||------INTEREST-----||------ESCROW------||------ESCROW2-----||--LATE-||---TOTAL--|

BAL  12/31 12/07   368,986.51                    0.00          0.00         0.00         0.00    0.00   3,242.85
WEB  01/24 01/08   368,587.93    398.58   2,844.27    2,844.27  0.00  0.00   0.00  0.00   0.00      41.25
OPT  01/24
WEB  02/13 02/08   368,186.28    401.65   2,841.20    5,685.47  0.00  0.00   0.00  0.00   0.00   3,242.85
OPT  02/13                                                                                          41.25
WEB  03/14 03/08   367,781.53    404.75   2,838.10    8,523.57  0.00  0.00   0.00  0.00   0.00   3,242.85
OPT  03/14                                                                                          41.25
WEB  04/07 04/08   367,373.66    407.87   2,834.98   11,358.55  0.00  0.00   0.00  0.00   0.00   3,242.85
OPT  04/07                                                                                          41.25
```