```
SER1 0675938427      _____      CUSTOMER SERVICE  INV A01/013  04/29/08  12:57:
WAUN WEINGART                    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 OC  TYPE CONV. RES.    ARM      MAN
                                 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      IR  6.97600  BR 00    333-333-3333
7766 SAXEBOROUGH DR      CASTLE ROCK CO 80108-0000                B 303-458-3668
   AEGIS    < JIT DEBIT INITIATED 1565150367                      >: 04/07/08
-----HPMT--------------------* LOAN HISTORY *--------------------(MORE)
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                  TRAN-EFFECTIVE-DATE
    TRAN-AMT   PRINCIPAL   INTEREST    ESCROW    AMOUNT/CD/DESCRIPTION
04-07-08  04-08  172  PAYMENT
    2,135.45      945.90-  2,601.88    479.47
              433,033.03               1,742.32
03-14-08  03-08  172  PAYMENT
    2,135.45    1,010.23-  2,666.21    479.47
              432,087.13               1,262.85
02-13-08  02-08  172  PAYMENT
    2,135.45    1,053.88-  2,709.86    479.47
              431,076.90               3,812.38
01-24-08  01-08  172  PAYMENT
    2,218.25    1,092.04-  2,748.02    479.47       82.80 1 LATE CHARGE
              430,023.02               4,794.70
---* PF2 FOR ADDL MESSAGES *--------------------------------------------
PROCESSING NOTES ARE PRESENT        OTHER PROCESSING NOTES ARE PRESENT
PROP/MAIL ADDRESS DIFFER, SEE MAS1/ADD2
INTEREST EARNED IN ARREARS        DEFERRED INTEREST BAL = 33,949.37
```

**ATTACHMENT
7(b)**

```
SER1 0675938427      _____       CUSTOMER SERVICE  INV A01/013  04/29/08  12:57:42
'WAUN'WEINGART                  ·    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 0C  TYPE CONV. RES.    ARM      MAN 0
                               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     IR  6.97600  BR 00     333-333-3333
7766 SAXEBOROUGH DR       CASTLE ROCK CO 80108-0000               B 303-458-3668
_    AEGIS    < JIT DEBIT INITIATED 1565150367                    >: 04/07/08
-----HPMT---------------------* LOAN HISTORY *-------------------------(MORE)
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                 TRAN-EFFECTIVE-DATE
      TRAN-AMT  PRINCIPAL  INTEREST     ESCROW     AMOUNT/CD/DESCRIPTION
12-14-07  12-07  172  PAYMENT
     2,135.45    1,111.65- 2,767.63    479.47
                 428,930.98            4,315.23
11-07-07  11-07  172  PAYMENT
     2,135.45    1,129.24- 2,785.22    479.47
                 427,819.33            3,835.76
10-15-07  10-07  172  PAYMENT
     2,135.45    1,139.53- 2,795.51    479.47
                 426,690.09            3,356.29
09-12-07  09-07  172  PAYMENT
     2,135.45    1,139.83- 2,795.81    479.47
                 425,550.56            2,876.82
---* PF2 FOR ADDL MESSAGES *----------------------------------------------
PROCESSING NOTES ARE PRESENT        OTHER PROCESSING NOTES ARE PRESENT
PROP/MAIL ADDRESS DIFFER, SEE MAS1/ADD2
INTEREST EARNED IN ARREARS          DEFERRED INTEREST BAL = 33,949.37
```

00001734

```
 SER1 0675938427      _____      CUSTOMER SERVICE   INV A01/013   04/29/08   12:57:42
 WAUN  WEINGART                    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 OC  TYPE CONV. RES.      ARM        MAN 0
                                   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      IR 6.97600  BR 00    333-333-3333
 7766 SAXEBOROUGH DR      CASTLE ROCK CO 80108-0000              B 303-458-3668
 _   AEGIS    < JIT DEBIT INITIATED 1565150367                  >: 04/07/08
 -----HPMT--------------------* LOAN HISTORY *--------------------------(MORE)
 PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                      TRAN-EFFECTIVE-DATE
     TRAN-AMT   PRINCIPAL    INTEREST     ESCROW    AMOUNT/CD/DESCRIPTION
 08-10-07  08-07  172  PAYMENT
     2,135.45    1,138.32-  2,794.30     479.47
                424,410.73             2,397.35
 07-10-07  07-07  172  PAYMENT
     2,135.45    1,133.30-  2,789.28     479.47
                423,272.41             1,917.88
 06-18-07  06-07  172  PAYMENT
     2,019.92    1,239.94-  2,780.39     479.47
                422,139.11             1,438.41
 05-07-07  05-07  172  PAYMENT
     1,964.98    1,227.29-  2,767.74     424.53
                420,899.17             3,539.63
 ---* PF2 FOR ADDL MESSAGES *-----------------------------------------------------
 PROCESSING NOTES ARE PRESENT        OTHER PROCESSING NOTES ARE PRESENT
 PROP/MAIL ADDRESS DIFFER, SEE MAS1/ADD2
 INTEREST EARNED IN ARREARS        DEFERRED INTEREST BAL = 33,949.37
```

```
SER1  0675938427      _____      CUSTOMER SERVICE  INV A01/013  04/29/08  12:57:42
WAUN WEINGART                        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 OC  TYPE CONV. RES.     ARM        MAN 0
                                     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      IR  6.97600  BR 00     333-333-3333
7766 SAXEBOROUGH DR       CASTLE ROCK CO 80108-0000                     B 303-458-3668
   AEGIS     < JIT DEBIT INITIATED 1565150367                          >: 04/07/08
-----HPMT---------------------* LOAN HISTORY *------------------------(MORE)
PROC-DT   DUE-DT   TRAN   TRAN-DESCRIPTION                    TRAN-EFFECTIVE-DATE
     TRAN-AMT    PRINCIPAL    INTEREST    ESCROW    AMOUNT/CD/DESCRIPTION
04-13-07  04-07  172  PAYMENT
     1,964.98     1,208.51-  2,748.96     424.53
             419,671.88                 3,115.10
03-06-07  03-07  172  PAYMENT
     1,964.98     1,183.35-  2,723.80     424.53
             418,463.37                 2,690.57
02-08-07  02-07  172  PAYMENT
     1,964.98     1,158.45-  2,698.90     424.53
             417,280.02                 2,266.04
01-11-07  01-07  172  PAYMENT
     1,964.98     1,131.74-  2,672.19     424.53
             416,121.57                 3,332.83
---* PF2 FOR ADDL MESSAGES *------------------------------------------------
PROCESSING NOTES ARE PRESENT          OTHER PROCESSING NOTES ARE PRESENT
PROP/MAIL ADDRESS DIFFER, SEE MAS1/ADD2
INTEREST EARNED IN ARREARS            DEFERRED INTEREST BAL = 33,949.37
```

00001736

```
SER1 0675938427        _____     CUSTOMER SERVICE  INV A01/013  04/29/08  12:57:42
WAUN  WEINGART                      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 OC  TYPE CONV. RES.    ARM      MAN 0
                                    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     IR 6.97600  BR 00    333-333-3333
7766 SAXEBOROUGH DR        CASTLE ROCK CO 80108-0000               B 303-458-3668
_   AEGIS   < JIT DEBIT INITIATED 1565150367                       >: 04/07/08
-----HPMT---------------------* LOAN HISTORY *--------------------------(MORE)
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                      TRAN-EFFECTIVE-DATE
     TRAN-AMT  PRINCIPAL   INTEREST    ESCROW     AMOUNT/CD/DESCRIPTION
12-13-06  12-06  172  PAYMENT
     1,964.98    1,100.85- 2,641.30    424.53
               414,989.83             2,908.30
11-13-06  11-06  172  PAYMENT
     1,964.98    1,061.74- 2,602.19    424.53
               413,888.98             4,885.07
10-11-06  10-06  172  PAYMENT
     1,964.98    1,020.64- 2,561.09    424.53
               412,827.24             4,460.54
09-07-06  09-06  172  PAYMENT
     1,964.98      969.76- 2,510.21    424.53
               411,806.60             4,036.01
---* PF2 FOR ADDL MESSAGES *---------------------------------------------------
PROCESSING NOTES ARE PRESENT        OTHER PROCESSING NOTES ARE PRESENT
PROP/MAIL ADDRESS DIFFER, SEE MAS1/ADD2
INTEREST EARNED IN ARREARS          DEFERRED INTEREST BAL = 33,949.37
```

00001737

```
SER1 0675938427      _____      CUSTOMER SERVICE  INV A01/013  04/29/08  12:57:42
WAUN WEINGART                       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 OC  TYPE CONV. RES.    ARM      MAN 0
                                    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    IR 6.97600  BR 00    333-333-3333
7766 SAXEBOROUGH DR     CASTLE ROCK CO 80108-0000            B 303-458-3668
_   AEGIS   < JIT DEBIT INITIATED 1565150367                 >: 04/07/08
-----HPMT---------------------* LOAN HISTORY *-----------------------(MORE)
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                    TRAN-EFFECTIVE-DATE
   TRAN-AMT  PRINCIPAL  INTEREST    ESCROW      AMOUNT/CD/DESCRIPTION
08-03-06  08-06  172  PAYMENT
   1,964.98      912.94- 2,453.39    424.53
             410,836.84           2,122.55
07-14-06  07-06  172  PAYMENT
   1,964.98      860.41- 2,400.86    424.53
             409,923.90           1,698.02
06-08-06  06-06  173  PAYMENT                                 06-07-06
       0.00      917.60- 2,350.58    423.62
             409,063.49           1,273.49
06-08-06  05-06  173  PAYMENT                                 06-07-06
       0.00      870.84- 2,303.82    423.62      71.65 1 LATE CHARGE
                                             3,784.85-  SUSPENSE
---* PF2 FOR ADDL MESSAGES *--------------------------------------------------
PROCESSING NOTES ARE PRESENT      OTHER PROCESSING NOTES ARE PRESENT
PROP/MAIL ADDRESS DIFFER, SEE MAS1/ADD2
INTEREST EARNED IN ARREARS            DEFERRED INTEREST BAL = 33,949.37
```

00001738

```
  SER1 0675938427        _____       CUSTOMER SERVICE   INV A01/013   04/29/08   12:57:42
  WAUN WEINGART                          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 OC  TYPE CONV. RES.    ARM        MAN 0
                                         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      IR  6.97600  BR 00    333-333-3333
  7766 SAXEBOROUGH DR        CASTLE ROCK CO 80108-0000                     B 303-458-3668
  _    AEGIS    < JIT DEBIT INITIATED 1565150367                           >: 04/07/08
  -----HPMT-----------------* END  OF LOAN HISTORY *--------------------(MORE)
  PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                       TRAN-EFFECTIVE-DATE
          TRAN-AMT   PRINCIPAL   INTEREST    ESCROW     AMOUNT/CD/DESCRIPTION
                   408,145.89               849.87
  06-07-06  05-06  172  PAYMENT
      3,784.85        0.00         0.00       0.00   3,784.85   SUSPENSE
  04-05-06  04-06  172  PAYMENT
      1,856.60     819.80-  2,252.78     423.62
                407,275.05              3,368.80
```

```
  ---* PF2 FOR ADDL MESSAGES *-------------------------------------------------
  PROCESSING NOTES ARE PRESENT         OTHER PROCESSING NOTES ARE PRESENT
  PROP/MAIL ADDRESS DIFFER, SEE MAS1/ADD2
  INTEREST EARNED IN ARREARS           DEFERRED INTEREST BAL = 33,949.37
```