7/25/2012
1 of 2

# SUMMARY OF LOAN FUNDING, MORTGAGE PAYMENTS, AND LOAN PAYOFF TRANSACTIONS FOR LOAN S-12

### Loan Details for S-12

Borrowers: Waun Weingart
Date: 5/6/04
Original Lender: Washington Mutual Bank
Original Loan ID #: 0675938427

Loan Amount: $400,000
Initial Monthly Pymt: $1,792.46
First Pymt Due Date: 7/1/04

| Acct Name | Acct # | Acct Signors | CCCT | Date * | Funding | Method/Ck # | Payment | Payor or Payee | Bates |
|---|---|---|---|---|---|---|---|---|---|
| CCCT | #1666 | JWCP | | 5/6/04 | $405,426.64 | Wire | | Denver Wholesale LFC / Washington Mutual  (Waun Weingart 067593842) | 13813/wire |
| Craig & Waun Weingart | #1355 | CW | | 7/15/04 | | EW | $1,802.46 | Mortgage JIT Pmt | 13436/stmt |
| Craig & Waun Weingart | #1355 | CW | | 8/12/04 | | EW | $1,802.46 | Mortgage JIT Pmt | 13444/stmt |
| Craig & Waun Weingart | #1355 | CW | | 9/15/04 | | EW | $1,802.46 | Mortgage JIT Pmt | 13449/stmt |
| Craig & Waun Weingart | #1355 | CW | | 10/15/04 | | EW | $1,802.46 | Mortgage JIT Pmt | 13455/stmt |
| Craig & Waun Weingart | #1355 | CW | | 11/15/04 | | EW | $1,802.46 | Mortgage JIT Pmt | 13459/stmt |
| Craig & Waun Weingart | #1355 | CW | | 12/6/04 | | EW | $1,802.46 | Mortgage JIT Pmt | 15063/stmt |
| Craig & Waun Weingart | #1355 | CW | | 1/11/05 | | EW | $1,802.46 | Mortgage JIT Pmt | 15073/stmt |
| Craig & Waun Weingart | #1355 | CW | | 2/11/05 | | EW | $1,802.46 | Mortgage JIT Pmt | 15079/stmt |
| Craig & Waun Weingart | #1355 | CW | | 3/15/05 | | EW | $1,802.46 | Mortgage JIT Pmt | 15084/stmt |
| Craig & Waun Weingart | #1355 | CW | | 4/18/05 | | EW | $1,802.46 | Mortgage JIT Pmt | 15089/stmt |
| Craig & Waun Weingart | # 1355 | CW | | 5/17/05 | | EW | $1,802.46 | Mortgage JIT Pmt | 15094/stmt |
| Craig & Waun Weingart | #1355 | CW | | 6/20/05 | | EW | $1,766.63 | Mortgage JIT Pmt | 15101/stmt |
| Craig & Waun Weingart | #1355 | CW | | 7/11/05 | | EW | $1,868.60 | Mortgage JIT Pmt | 15105/stmt |
| Craig & Waun Weingart | #1355 | CW | | 9/14/05 | | EW | $3,796.85 | Mortgage JIT Pmt | 15120/stmt |
| Craig & Waun Weingart | #1355 | CW | | 10/7/05 | | EW | $1,868.60 | Mortgage JIT Pmt | 15126/stmt |
| Waun Weingart | #4723 | W | | 11/15/05 | | EW | $1,868.60 | Mortgage JIT Pmt | 12370/stmt |
| Waun Weingart | #4723 | W | | 12/7/05 | | EW | $1,868.60 | Mortgage JIT Pmt | 12373/stmt |
| Waun Weingart | #4723 | W | | 1/12/06 | | EW | $1,868.60 | Mortgage JIT Pmt | 12378/stmt |
| Waun Weingart | #4723 | W | | 2/9/06 | | EW | $1,868.60 | Mortgage JIT Pmt | 12382/stmt |
| Waun Weingart | #4723 | W | | 3/8/06 | | EW | $1,868.60 | Mortgage JIT Pmt | 12386/stmt |
| Waun Weingart | #4723 | W | | 4/6/06 | | EW | $1,868.60 | Mortgage JIT Pmt | 12390/stmt, 1739/PH |
| Waun Weingart | #4723 | W | | 6/8/06 | | EW | $3,796.85 | Mortgage JIT Pmt | 12398/stmt, 1739/PH |
| Waun Weingart | #4723 | W | | 7/17/06 | | EW | $1,976.98 | WAMU Bank Mortg Pmt | 12402/stmt, 1738/PH |
| Waun Weingart | #4723 | W | | 8/4/06 | | EW | $1,976.98 | WAMU Bank Mortg Pmt | 12406/stmt, 1738/PH |
| Waun Weingart | #4723 | W | | 9/8/06 | | EW | $1,976.98 | WAMU Bank Mortg Pmt | 12411/stmt, 1737/PH |
| Waun Weingart | #4723 | W | | 10/13/06 | | EW | $1,976.98 | WAMU Bank Mortg Pmt | 12415/stmt, 1737/PH |
| Waun Weingart | #4723 | W | | 11/14/06 | | EW | $1,976.98 | WAMU Bank Mortg Pmt | 12420/stmt, 1737/PH |
| Waun Weingart | #4723 | W | | 12/14/06 | | EW | $1,976.98 | WAMU Bank Mortg Pmt | 12424/stmt, 1737/PH |
| Waun Weingart | #4723 | W | | 1/12/07 | | EW | $1,976.98 | WAMU Bank Mortg Pmt | 12428/stmt, 1736/PH |

ATTACHMENT 7(d)

| Acct Name | Acct # | Acct Signors | Date * | Funding | Method/Ck # | Payment | | Payor or Payee | Bates |
|---|---|---|---|---|---|---|---|---|---|
| Waun Weingart | #4723 | W | 2/12/07 | | EW | $ | 1,976.98 | WAMU Bank Mortg Pmt | 12432/stmt, 1736/PH |
| Waun Weingart | #4723 | W | 3/8/07 | | EW | $ | 1,976.98 | WAMU Bank Mortg Pmt | 12438/stmt, 1736/PH |
| Waun Weingart | #4723 | W | 4/16/07 | | EW | $ | 1,976.98 | WAMU Bank Mortg Pmt | 12445/stmt, 1736/PH |
| Waun Weingart | #4723 | W | 5/9/07 | | EW | $ | 1,976.98 | WAMU Bank Mortg Pmt | 12450/stmt, 1735/PH |
| Waun Weingart | #4723 | W | 6/19/07 | | EW | $ | 2,031.92 | WAMU Bank Mortg Pmt | 12455/stmt, 1735/PH |
| Waun Weingart | #4723 | W | 7/11/07 | | EW | $ | 2,147.45 | WAMU Bank Mortg Pmt | 12459/stmt, 1735/PH |
| Waun Weingart | #4723 | W | 8/13/07 | | EW | $ | 2,147.45 | WAMU Bank Mortg Pmt | 12464/stmt, 1735/PH |
| Waun Weingart | #4723 | W | 9/13/07 | | EW | $ | 2,147.45 | WAMU Bank Mortg Pmt | 12468/stmt, 1734/PH |
| Waun Weingart | #4723 | W | 10/16/07 | | EW | $ | 2,147.45 | WAMU Bank Mortg Pmt | 12473/stmt, 1734/PH |
| Waun Weingart | #4723 | W | 11/8/07 | | EW | $ | 2,147.45 | WAMU Bank Mortg Pmt | 12478/stmt, 1734/PH |
| Waun Weingart | #4723 | W | 12/17/07 | | EW | $ | 2,147.45 | WAMU Bank Mortg Pmt | 12483/stmt, 1734/PH |
| Waun Weingart | #4723 | W | 1/25/08 | | EW | $ | 2,230.25 | WAMU Bank Mortg Pmt | 12492/stmt, 1733/PH |
| Waun Weingart | #4723 | W | 2/14/08 | | EW | $ | 2,147.45 | WAMU Bank Mortg Pmt | 12495/stmt, 1733/PH |
| Waun & Craig Weingart | #1321 | WC | 3/17/08 | | EW | $ | 2,147.45 | WAMU Bank Mortg Pmt | 15463/stmt, 1733/PH |
| Waun & Craig Weingart | #1321 | WC | 4/8/08 | | EW | $ | 2,147.45 | WAMU Bank Mortg Pmt | 12466/stmt, 1733/PH |
| Waun & Craig Weingart | #1321 | WC | 5/28/08 | | EW | $ | 2,147.45 | WAMU Bank Mortg Pmt | 15994/stmt |

CCCT = Colorado County and Community Title

W = Waun Weingart

J = John Gallegos

C = Craig Weingart

P = Patrick Gallegos

EW = Electronic Withdrawal

* Date is either the date from the bank records or the date from the lender's payment history

Source of loan details: 1977-1982/Note, 1909/Attachment to Borrower's Disbursement Authorization-Monthly Payment Schedule