```
                                    001 00001 02              PAGE:     1
                                    ACCOUNT:        70074710  01/23/2007
```

```
         JOHN P. GALLEGOS                                    <T> 23
         141 LOST ANGEL RD                                         0
         BOULDER CO   80302                                        0
```

AMERICAN NATIONAL BANK WILL BEGIN USING CHECKFREE AS OUR BILL PAYMENT
PROCESSOR FOR THE BANKATEASE INTERNET BANKING PRODUCT.  FOR MORE
INFORMATION, PLEASE VISIT OUR WEBSITE AT WWW.ANBBANK.COM AND SELECT THE
"UPCOMING CHANGES" LINK ABOVE THE LOG-IN BOX.

PREFERRED PARTNERS ACCOUNT 70074710

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 12/22/06 | 4,843.93 |
| POS PURCHASE 068816 12/21 03:45 CCBill.com *Solstice Gro 888-5969279 AZ | 8.95 | | 12/26/06 | 4,834.98 |
| POS PURCHASE 090003 12/22 02:56 DENVER SWIM CLUB INC DENVER CO | 10.00 | | 12/26/06 | 4,824.98 |
| POS PURCHASE 084366 12/21 03:45 CCBill.com *Denver Swim 888-5969279 AZ | 14.95 | | 12/26/06 | 4,810.03 |
| POS PURCHASE 001180 12/22 09:23 SPRING WIRELESS 505 BOULDER CO | 37.65 | | 12/26/06 | 4,772.38 |
| POS PURCHASE 056337 12/23 01:28 NORTH BOULDER COMPANION A BOULDER CO | 44.88 | | 12/26/06 | 4,727.50 |
| POS PURCHASE 049629 12/26 08:50 3600 TABLE MESA BOULDER CO | 82.40 | | 12/26/06 | 4,645.10 |
| POS PURCHASE 015635 12/23 03:05 LAKESHORE ATHLETIC CLUB F BROOMFIELD CO | 100.00 | | 12/26/06 | 4,545.10 |
| POS PURCHASE 102444 12/22 18:29 11 WEST FLAT IRON CIRCL BROOMFIELD CO | 100.00 | | 12/26/06 | 4,445.10 |
| POS PURCHASE 053659 12/26 13:14 2905 Pearl Street Boulder CO | 104.69 | | 12/26/06 | 4,340.41 |
| POS PURCHASE 024380 12/22 15:13 21 WEST FLLTIRON CIRCLE BROOMFIELD CO | 214.51 | | 12/26/06 | 4,125.90 |
| POS PURCHASE 092867 12/22 03:39 BKSTN RETAIL STORE#243 BROOMFIELD CO | 541.17 | | 12/26/06 | 3,584.73 |
| POS PURCHASE 074440 12/22 04:11 REI 18 DENVER DENVER CO | 646.67 | | 12/26/06 | 2,938.06 |
| ATM WITHDRAWAL 001888 12/22 16:57 #1 W FLATIRON CIRCLE,#4 BROOMFIELD | 142.00 | | 12/26/06 | 2,796.06 |

* * * C O N T I N U E D * * *

ATTACHMENT
8(a)

00012191

```
                                        001 00001 02              PAGE:    2
                                        ACCOUNT:         70074710 01/23/2007
```

JOHN P. GALLEGOS

================================================================================
                    PREFERRED PARTNERS ACCOUNT 70074710
================================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| ATM SERVICE CHARGE 001888 12/22 16:57 #1 W FLATIRON CIRCLE,#4 BROOMFIELD | 1.50 | | 12/26/06 | 2,794.56 |
| POS PURCHASE 030878 12/23 01:11 GINGER'S DRIVE-THRU LIQUO BOULDER CO | 34.05 | | 12/27/06 | 2,760.51 |
| POS PURCHASE 050104 12/23 01:19 REI 44 BOULDER WESTMINSTER CO | 242.28 | | 12/27/06 | 2,518.23 |
| POS PURCHASE 050201 12/23 01:19 REI 44 BOULDER WESTMINSTER CO | 386.47 | | 12/27/06 | 2,131.76 |
| POS RETURN 042758 12/28 11:56 21 WEST FLLTIRON CIRCLE BROOMFIELD CO | | 140.99 | 12/28/06 | 2,272.75 |
| POS PURCHASE 030012 12/27 03:02 C.O.B - UTILITY BILLING 303-464-5825 CO | 51.88 | | 12/28/06 | 2,220.87 |
| POS PURCHASE 029996 12/27 19:29 CONOCO #06400700848994 DENVER CO | 53.03 | | 12/28/06 | 2,167.84 |
| POS PURCHASE 057850 12/28 12:07 21 WEST FLLTIRON CIRCLE BROOMFIELD CO | 119.08 | | 12/28/06 | 2,048.76 |
| INTERNET BANKING FUNDS XFER 774273580 | | 1,500.00 | 12/29/06 | 3,548.76 |
| POS PURCHASE 015832 12/27 03:34 BUFFS WASH 2 BOULDER CO | 6.15 | | 12/29/06 | 3,542.61 |
| POS PURCHASE 001335 12/27 02:26 RIO GRANDE MEXICAN RES DENVER CO | 22.97 | | 12/29/06 | 3,519.64 |
| POS PURCHASE 028127 12/29 12:01 2480 ARAPAHOE AVE BOULDER CO | 61.62 | | 12/29/06 | 3,458.02 |
| POS PURCHASE 372201 12/28 16:22 1600 29TH STREET BOULDER CO | 89.72 | | 12/29/06 | 3,368.30 |
| POS PURCHASE 035627 12/28 14:10 1650 30TH ST. BOULDER CO | 105.95 | | 12/29/06 | 3,262.35 |
| POS PURCHASE 408715 12/28 17:03 1235 PEARL ST BOULDER CO | 393.36 | | 12/29/06 | 2,868.99 |
| LOAN PAYMENT | 25.00 | | 01/01/07 | 2,843.99 |
| 63967723 BMW BANK BMWFS PYMT | 682.45 | | 01/02/07 | 2,161.54 |
| POS PURCHASE 020828 12/31 15:30 7200 E MARGINAL WAY S SEATTLE WA | 15.47 | | 01/02/07 | 2,146.07 |
| POS PURCHASE 030738 12/29 17:10 CONOCO #06400400849158 BOULDER CO | 26.01 | | 01/02/07 | 2,120.06 |
| POS PURCHASE 037284 12/28 01:53 NORDSTROM #0035 BROOMFIELD CO | 138.92 | | 01/02/07 | 1,981.14 |
| POS PURCHASE 015899 01/02 23:32 BUFFS WASH 2 BOULDER CO | 6.00 | | 01/03/07 | 1,975.14 |
| POS PURCHASE 001057 01/01 01:56 DIA PARKING 2 3033424046 CO | 34.00 | | 01/03/07 | 1,941.14 |
| POS PURCHASE 153901 01/04 13:38 7125 W 88TH AVE WESTMINSTER CO | 158.26 | | 01/04/07 | 1,782.88 |

* * * C O N T I N U E D * * *

JOHN P. GALLEGOS

===========================================================================
                    PREFERRED PARTNERS ACCOUNT 70074710
===========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| POS PURCHASE 009653 01/03 17:01 COLORADO ATHLETIC CLUB | | | | |
| 800-313-7208 CO | 227.00 | | 01/04/07 | 1,555.88 |
| INTERNET BANKING FUNDS XFER 717019300 | | 1,500.00 | 01/05/07 | 3,055.88 |
| POS PURCHASE 015950 01/04 23:32 BUFFS WASH 2 BOULDER CO | | | | |
| | 10.35 | | 01/05/07 | 3,045.53 |
| POS PURCHASE 036560 01/03 02:27 THE BODY SHOP #157 | | | | |
| BOULDER CO | 59.38 | | 01/05/07 | 2,986.15 |
| INTERNET BANKING FUNDS XFER 768069657 | | 25,000.00 | 01/08/07 | 27,986.15 |
| POS PURCHASE 077032 01/04 02:30 FLT PLAN LLC SOUTHBURY | | | | |
| CT | 14.95 | | 01/08/07 | 27,971.20 |
| POS PURCHASE 061474 01/05 01:48 FLOYDS II DENVER CO | | | | |
| | 19.00 | | 01/08/07 | 27,952.20 |
| POS PURCHASE 016082 01/03 02:34 SEATTLE CLUB UNITED LLC | | | | |
| 253-5202522 WA | 40.00 | | 01/08/07 | 27,912.20 |
| POS PURCHASE 016032 01/05 14:03 2480 ARAPAHOE AVE | | | | |
| BOULDER CO | 51.97 | | 01/08/07 | 27,860.23 |
| POS PURCHASE 035329 01/08 09:54 2905 Pearl Street | | | | |
| Boulder CO | 64.81 | | 01/08/07 | 27,795.42 |
| POS PURCHASE 001042 01/07 02:43 DIA PARKING 2 | | | | |
| 3033424046 CO | 36.00 | | 01/09/07 | 27,759.42 |
| ATM WITHDRAWAL 010164 01/09 10:06 567 East Louisana US | | | | |
| Denver CO | 101.75 | | 01/09/07 | 27,657.67 |
| ATM SERVICE CHARGE 010164 01/09 10:06 567 East Louisana | | | | |
| US Denver CO | 1.50 | | 01/09/07 | 27,656.17 |
| POS PURCHASE 082910 01/09 01:31 RAYTHEON RAPID | | | | |
| 888-727-4344 KS | 28.09 | | 01/10/07 | 27,628.08 |
| POS PURCHASE 010127 01/09 17:36 LIQUORMART INC BOULDER | | | | |
| CO | 93.98 | | 01/10/07 | 27,534.10 |
| INTERNET BANKING FUNDS XFER 750410378 | | 5,000.00 | 01/11/07 | 32,534.10 |
| POS PURCHASE 001001 01/08 02:42 FALCON CREST HOUSTON TX | | | | |
| | 193.75 | | 01/11/07 | 32,340.35 |
| POS PURCHASE 050813 01/10 15:53 BROWN AVAITION TOOL | | | | |
| SUPL 405-688-6888 OK | 232.45 | | 01/11/07 | 32,107.90 |
| 1954427753 CHECKPAYMT 011107 NTE*SPH*ACCT 1001674132 | | | | |
| | 1,253.45 | | 01/12/07 | 30,854.45 |
| 8790506433 SELECT PORTFOLIO SPS | | | | |
| | 1,412.86 | | 01/12/07 | 29,441.59 |
| XXXXX8774 WAMU BANK MORTG PMT | | | | |
| | 1,724.66 | | 01/12/07 | 27,716.93 |
| 4001404013 SELECT PORTFOLIO SPS | | | | |
| | 2,721.12 | | 01/12/07 | 24,995.81 |
| 0146876461 MORTGAGE PAYMENT 8002883212 | | | | |
| | 2,806.86 | | 01/12/07 | 22,188.95 |
| 4001396110 SELECT PORTFOLIO SPS | | | | |
| | 3,528.61 | | 01/12/07 | 18,660.34 |

* * * C O N T I N U E D * * *

```
                                    001 00001 02                PAGE:      4
                                    ACCOUNT:         70074710   01/23/2007
```

JOHN P. GALLEGOS

```
==========================================================================
                  PREFERRED PARTNERS ACCOUNT 70074710
==========================================================================
      DESCRIPTION              DEBITS      CREDITS   DATE       BALANCE

070110065271943 AMERICAN EXPRESS ELEC REMIT
                              15,473.23              01/12/07   3,187.11
POS PURCHASE 016113 01/10 05:15 BUFFS WASH 2 BOULDER CO
                                   6.30              01/12/07   3,180.81
POS PURCHASE 050960 01/11 01:36 RAYTHEON RAPID
   888-727-4344 KS                14.56              01/12/07   3,166.25
POS PURCHASE 050959 01/11 01:36 RAYTHEON RAPID
   888-727-4344 KS                24.07              01/12/07   3,142.18
POS PURCHASE 070201 01/10 02:14 NORTH BOULDER COMPANION
   A BOULDER CO                   44.94              01/12/07   3,097.24
POS PURCHASE 050954 01/11 01:36 RAYTHEON RAPID
   888-727-4344 KS                48.14              01/12/07   3,049.10
POS PURCHASE 000503 01/11 16:49 1905 15TH ST BOULDER CO
                                  62.20              01/12/07   2,986.90
POS PURCHASE 001001 01/09 02:28 FALCON CREST HOUSTON TX
                                 193.75              01/12/07   2,793.15
INTERNET BANKING FUNDS XFER 728023053     3,000.00   01/16/07   5,793.15
INTERNET BANKING FUNDS XFER 778009303     3,000.00   01/16/07   8,793.15
XXXXX1031 OCWEN FEDERAL BA MTG PMT
                                  10.00              01/16/07   8,783.15
31708068 OCWEN FEDERAL BA MTG PMT
                                  10.00              01/16/07   8,773.15
746007 WILSHIRE CREDIT MORT PMNT
                                 412.00              01/16/07   8,361.15
0432990992 Homecomings - D MORTGAGE
                               1,220.05              01/16/07   7,141.10
XXXXX1031 OCWEN FEDERAL BA MTG PMT
                               1,364.57              01/16/07   5,776.53
31708068 OCWEN FEDERAL BA MTG PMT
                               1,392.41              01/16/07   4,384.12
0434232971 Homecomings - D MORTGAGE
                               2,427.90              01/16/07   1,956.22
POS PURCHASE 016193 01/15 23:32 BUFFS WASH 2 BOULDER CO
                                   6.60              01/16/07   1,949.62
POS PURCHASE 010034 01/14 16:54 3600 TABLE MESA BOULDER
   CO                             23.46              01/16/07   1,926.16
POS PURCHASE 009781 01/15 15:38 1650 30TH ST. BOULDER
   CO                             34.71              01/16/07   1,891.45
POS PURCHASE 027656 01/14 03:32 QUE BUENO LLC
   WESTMINSTER CO                 38.19              01/16/07   1,853.26
POS PURCHASE 001814 01/11 02:08 RIO GRANDE MEXICAN RES
   DENVER CO                      50.01              01/16/07   1,803.25
POS PURCHASE 002959 01/12 14:26 1650 30TH ST. BOULDER
   CO                             60.75              01/16/07   1,742.50
INTERNET BANKING FUNDS XFER 700998117     1,500.00   01/17/07   3,242.50
                    * * *  C O N T I N U E D  * * *
```

00012194

```
                                001 00001 02                    PAGE:     5
                                ACCOUNT:         70074710  01/23/2007
```

JOHN P. GALLEGOS

================================================================
### PREFERRED PARTNERS ACCOUNT 70074710
================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| 000000998137040 FLAGSTAR BANK, F MTG PAYMT | | | | |
|  | 1,330.16 | | 01/17/07 | 1,912.34 |
| 64417040 BMW BANK BMWFS PYMT | | | | |
|  | 649.95 | | 01/18/07 | 1,262.39 |
| POS PURCHASE 906886 01/18 08:47 500 SUMMIT BLVD BROOMFIELD(F CO | 18.81 | | 01/18/07 | 1,243.58 |
| POS PURCHASE 028968 01/18 17:32 2480 ARAPAHOE AVE BOULDER CO | 40.05 | | 01/19/07 | 1,203.53 |
| POS PURCHASE 001298 01/19 01:49 SHELL OIL 57442461208 BOULDER CO | 43.61 | | 01/22/07 | 1,159.92 |
| POS PURCHASE 016451 01/22 23:32 BUFFS WASH 2 BOULDER CO | 7.65 | | 01/23/07 | 1,152.27 |
| INTEREST | | 1.26 | 01/23/07 | 1,153.53 |
| BALANCE THIS STATEMENT ............................... | | | 01/23/07 | 1,153.53 |

```
TOTAL CREDITS      (9)      40,642.25
TOTAL DEBITS       (82)     44,332.65
```

- - - - - - - - - - I N T E R E S T - - - - - - - - - - -

```
AVERAGE LEDGER BALANCE:       5,765.05   INTEREST EARNED:                          1.26
AVERAGE AVAILABLE BALANCE:    5,765.05   DAYS IN PERIOD:                             32
INTEREST PAID THIS PERIOD:        1.26   ANNUAL PERCENTAGE YIELD EARNED:           .25%
INTEREST PAID 2007:               1.26
INTEREST PAID 2006:              26.59
INTEREST RATE:                  .2500%
```

================================================================
### CHECKING RESERVE LINE ACCOUNT 70074710
================================================================

| DESCRIPTION | ADVANCES | PAYMENTS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 12/22/06 | 486.08 |
| PAYMENT | | 25.00 | 01/01/07 | 461.08 |
| FINANCE CHARGE | 7.34 | | 01/23/07 | 468.42 |
| BALANCE THIS STATEMENT ............................... | | | 01/23/07 | 468.42 |

* * * C O N T I N U E D * * *

00012195

```
                                    001 00001 02              PAGE:      6
                                    ACCOUNT:          70074710 01/23/2007
```

JOHN P. GALLEGOS

```
===============================================================================
                  CHECKING RESERVE LINE ACCOUNT 70074710
===============================================================================

PREVIOUS BALANCE              486.08   CREDIT LIMIT               1,000.00
ADVANCES                         .00   AVAILABLE CREDIT             538.92
PAYMENTS                       25.00   FINANCE CHARGE PAID
** FINANCE CHARGE **            7.34      PAID 2007                   7.15
NEW BALANCE                   468.42      PAID THIS PERIOD            7.15
                                       PAYMENT DUE DATE           02/02/07
                                       MINIMUM PAYMENT DUE           25.00


AVERAGE DAILY BALANCE         466.10   DAYS THIS CYCLE                  32
INTEREST THRU               01/23/07


** ANNUAL PERCENTAGE RATE **  18.0000%  DAILY PERIODIC RATE         .00049315

*******************************************************************************
    THE 'MINIMUM PAYMENT DUE' WILL BE CHARGED TO YOUR CHECKING ACCOUNT ON 02/02/07
*******************************************************************************
```

00012196