IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WAUNITA WEINGART,
2.    JOHN PHILLIP GALLEGOS,
3.    ALOIS CRAIG WEINGART,

    Defendants.

---

**NOTICE OF MATERIAL TYPOGRAPHICAL ERRORS IN GOVERNMENT'S PROFFER RELATING TO THE METHODOLOGY USED BY WITNESS DANA CHAMBERLIN AND MEMORANDUM OF LAW (Doc. #161)**

---

The United States of America, by Assistant Untied States Attorney, Linda Kaufman, hereby gives notice to the Court and counsel of its discovery of two material typographical errors in the Government's Proffer Relating to the Methodology Used by Witness Dana Chamberlin and Memorandum of Law (Doc.#161), as follows:

1. At Page 12 the last sentence in the only full paragraph states, "key documents relating to Opinion #A27(k) appear in Attachment 5 hereto." That sentence should state, "key documents relating to **Opinion #A28(k)** appear in Attachment 5 hereto"

2. At Page 21, the last sentence in the only full paragraph states, "key documents relating to her Opinion #C1389 appear at Attachment 8 hereto." That

1

sentence should state, "key documents relating to her **Opinion #C1388** appear at Attachment 8 hereto."

    3.  The undersigned apologizes for any confusion these errors may have caused.

Respectfully submitted this 26th day of October, 2012.

        JOHN F. WALSH
        United States Attorney


        By: *s/ Linda Kaufman*
        Linda Kaufman
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Facsimile: (303) 454-0404
        E-mail: Linda.Kaufman@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on this 17th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
E-mail: martinstuartlaw@solucian.com

Darlene Ann Bagley
E-mail: bagley@ridleylaw.com

William Lewis Taylor
E-mail: wltaylorpc@gmail.com

Paula M. Ray
E-mail: paulamray@earthlnk.net


By: *s/ Deborah SIsung*
DEBORAH SISUNG
Legal Assistant to AUSA Linda Kaufman
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: deborah.sisung@usdoj.gov