IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00355-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      WAUNITA WEINGART,
2.      JOHN PHILLIP GALLEGOS,
**3.      ALOIS CRAIG WEINGART,**

## NOTICE OF DISPOSITION AND
## MOTION REQUESTING CHANGE OF PLEA HEARING

      The defendant, Alois Craig Weingart, by appointed counsel, gives notice that a disposition has been reached in this case. The defendant requests a change of plea hearing for the Court to consider the proposed plea agreement. The defendant also requests this Court to vacate all deadlines set to include the trial set for five weeks beginning March 18, 2013. [Courtroom Minutes at Doc. No. 132]

      DATED this 19th day of February, 2013.

                                    Respectfully submitted

                                    s/ Paula M. Ray
                                    Paula M. Ray, P.C.
                                    P.O. Box 12554
                                    Denver, CO  80212-0554
                                    Telephone:  303-874-5170
                                    Email:  paulamray@earthlink.net

CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of February, 2013, I served a copy of the foregoing via CM/ECF on all interested parties.

                                                  s/  Paula M. Ray
                                                  Law Office of Paula M. Ray