DEFENDANT:        Alois Craig Weingart

YEAR OF BIRTH:    1953

ADDRESS:          Denver, Colorado

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:   Count 1: Making a False Statement to a Bank, 18 U.S.C. § 1014

LOCATION OF OFFENSE: Denver County, Colorado

PENALTY:   Count 1: NMT 30 years' imprisonment and/or NMT $1,000,000 fine; $100.00 Special Assessment Fee.

AGENT:     Special Agent John Hause, F.B.I.
           Special Agent Michael Godson, IRS

AUTHORIZED BY:    Linda Kaufman and Martha Paluch
                  Assistant U.S. Attorneys

ESTIMATED TIME OF TRIAL:

_____ five days or less      _____ over five days      __X__ other (defendant to plead guilty)

THE GOVERNMENT

_____ will seek detention in this case      __X__ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:     _____ Yes   __X__ No