IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WAUNITA WEINGART
2.   JOHN PHILLIP GALLEGOS
3.   **ALOIS CRAIG WEINGART,**

    Defendants.

_____

### GOVERNMENT'S OBJECTIONS TO PRESENTENCE REPORT
### (DOC. #288)
_____

The United States of America, by United States Attorney John F. Walsh and Assistant United States Attorneys Linda Kaufman and Martha Paluch, hereby gives notice of its Objections to the Presentence Report ("PSR").

<u>PSR Paragraph 1</u>: Defendant Alois Weingart was charged with wire fraud in Counts 1, 2, 7, 8 and 9, and with engaging in monetary transactions in property derived from specified unlawful activity (money laundering) in Count 17.

<u>PSR Paragraph 69</u>: It is the government's position that as a condition of supervised release, the defendant should be precluded from obtaining any loans or lines of credit, particularly any mortgages against real estate, without the probation officer's specific prior approval, regardless of the defendant's compliance in making the periodic payments which may be ordered by the Court.

PSR Paragraph 81: This paragraph should be corrected to reflect that the full amount of the loss in this case is $465,115.12, and a restitution order should be issued in that amount, as noted in PSR Paragraphs 15 and 78.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: *s/ Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Martha.paluch@usdoj.gov

By: *s/ Linda Kaufman*
Linda Kaufman
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.kaufman@usdoj.gov
Attorneys for Government

## CERTIFICATE OF SERVICE

I certify that on this 10th day of June, 2013, I electronically filed the foregoing **GOVERNMENT'S OBJECTIONS TO PRESENTENCE REPORT (DOC. #288)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
E-mail: martinstuartlaw@solucian.com

William Lewis Taylor
E-mail: wltaylorpc@gmail.com

Darlene Ann Bagley
E-mail: bagley@ridleylaw.com

Paula M. Ray
E-mail: paulamray@earthlnk.net

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Nicole D. Peterson - U.S. Probation Officer
E-mail: Nicole_Peterson@cod.uscourts.gov

By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: Solange.Reigel@usdoj.gov