IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WAUNITA WEINGART
2.   JOHN PHILLIP GALLEGOS
3.   **ALOIS CRAIG WEINGART,**

    Defendants.

_____

### PARTIES' JOINT SUPPLEMENTAL OBJECTION TO AMENDED PRESENTENCE REPORT (DOC. #297)
_____

The United States of America, by United States Attorney John F. Walsh and Assistant United States Attorneys Martha Paluch and Linda Kaufman, and Defendant Alois Craig Weingart, by counsel Paula M. Ray, hereby give notice of a joint supplemental objection to the Amended Presentence Report ("PSR") (Doc. #297).

### BACKGROUND

Paragraph 81 of the original PSR stated that the full amount of restitution due in this case was $984,618.35 (Doc. 288, p. 13, ¶ 81). In their objections, the government and defendant pointed out that this amount should be corrected to reflect that the amount of restitution due in this case is $465,115.21, as stated in the Plea Agreement. (Doc. 290, p. 2 (government's objections)); (Doc. 294, p. 2 (defendant's objections)).

1

In preparing for defendant's sentencing hearing scheduled for July 8, 2013 at 10:30, government counsel realized that the actual amount of restitution due in this case is $447,748.37. This lower figure is due to the fact that the $465,115.21 amount included interest, costs, and/or fees. The government decided it would only ask that the principal amount of the loans be paid in restitution, and therefore, notified defense counsel and the probation officer via an email and attachment dated April 30, 2013, that the correct amount of restitution due in this case was $447,748.37.

Unfortunately, when correcting the original PSR, the parties used the $465,115.21 figure as stated in the Plea Agreement instead of the revised $447,748.37 figure provided in the April 30, 2013 email.

## SUPPLEMENTAL OBJECTION

Accordingly, the parties hereby seek to correct Paragraph 81 of the Amended PSR to reflect that the correct amount of restitution due in this case is $447,748.37.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: *s/ Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Martha.paluch@usdoj.gov

By: *s/ Linda Kaufman*
Linda Kaufman
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.kaufman@usdoj.gov
Attorneys for Government


By: *s:/Paula M. Ray*
Paula M. Ray
Paula M. Ray, P.C.
P.O. Box 12554
Denver, CO 80212
Telephone: (303) 874-5170
E-mail: paulamray@earthlink.net
Attorney for Alois Craig Weingart

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of July, 2013, I electronically filed the foregoing **PARTIES' JOINT SUPPLEMENTAL OBJECTION TO AMENDED PRESENTENCE REPORT (DOC. #297)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
E-mail: martinstuartlaw@solucian.com

William Lewis Taylor
E-mail: wltaylorpc@gmail.com

Darlene Ann Bagley
E-mail: bagley@ridleylaw.com

Paula M. Ray
E-mail: paulamray@earthlnk.net

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Nicole D. Peterson - U.S. Probation Officer
E-mail: Nicole_Peterson@cod.uscourts.gov

By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: Solange.Reigel@usdoj.gov