IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WAUNITA WEINGART
2.   JOHN PHILLIP GALLEGOS
3.   **ALOIS CRAIG WEINGART,**

    Defendants.

---

**GOVERNMENT'S MOTION REGARDING ACCEPTANCE
OF RESPONSIBILITY**

---

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado and the undersigned Assistant United States Attorneys, asks this Court to award a three level reduction in the defendant's base offense level pursuant to United States Sentencing Guideline §3E1.1(a) and (b) based on the defendant's acceptance of responsibility. As grounds therefore, the government states:

The defendant has assisted authorities in the prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

Based on the foregoing information, the United States respectfully requests the defendant receive a total reduction of three levels in his base offense level for acceptance

of responsibility pursuant to §3E1.1(a) and (b) of the United States Sentencing Guidelines.

Dated this 8th day of July, 2013.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: *s/ Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Martha.Paluch@usdoj.gov

By: *s/ Linda Kaufman*
Linda Kaufman
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov

Attorneys for Government

## CERTIFICATE OF SERVICE

I certify that on this 8th day of July, 2013, I electronically filed the foregoing **GOVERNMENT'S MOTION REGARDING ACCEPTANCE OF RESPONSIBILITY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
E-mail: martinstuartlaw@solucian.com

William Lewis Taylor
E-mail: wltaylorpc@gmail.com

Darlene Ann Bagley
E-mail: bagley@ridleylaw.com

Paula M. Ray
E-mail: paulamray@earthlnk.net

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (e-mail, hand-delivery, etc.) indicated by the non-participant's name:

Nicole D. Peterson - U.S. Probation Officer
E-mail: Nicole_Peterson@cod.uscourts.gov

By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: Solange.Reigel@usdoj.gov