IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WAUNITA WEINGART
2.    JOHN PHILLIP GALLEGOS
3.    **ALOIS CRAIG WEINGART,**

    Defendants.

## ORDER

The Court has considered the government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 of the United States Sentencing Guidelines and being fully advised:

*IT IS HEREBY ORDERED* that Defendant Alois Craig Weingart receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by §3E1.1(a) and (b) of the United States Sentencing Guidelines.

*SO ORDERED this* _____ *day of* _____, *2013.*

BY THE COURT:

THE HONORABLE MARCIA S. KRIEGER
CHIEF JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO