AO442 (D/CO Mod. 08/01)             Warrant for Arrest

# United States District Court
### District of Colorado

UNITED STATES OF AMERICA

V.

**Alois Craig Weingart**

**WARRANT FOR ARREST**

Case Number: 11-cr-355-MSK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Alois Craig Weingart**
                                                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__ Indictment    __ Information    __ Complaint    _X_ Order of Court    __ Violation    __ Probation Violation Petition

charging him or her (brief description of offense): Failure to appear at court hearing on July 8, 2013, at 11:30 a.m.

in violation of _____ United States Code, Section(s) _____

Marcia S. Krieger                                                 Chief Judge, United States District Court
Name of Issuing Officer                                          Title of Issuing Officer

s/ Marcia S. Krieger                                               July 8, 2013      Denver, Colorado
Signature of Issuing Officer                                        Date and Location

Bail fixed at $ _____ by _____
                                                                   Name of Judicial Officer

---

**Return**

This warrant was received and executed with the arrest of the above-named defendant _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

AO442 (D/CO Mod. 08/01) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

Defendant Name: Alois Craig Weingart

Alias: Craig Weingart

Last Known Residence: 4203 S. Richfield Way, Aurora, CO 80013

Previous to Last Known:

Place of Birth: Pratt, Kansas

Date of Birth: 5/1/53

Social Security Number:

Height: Weight:

Sex: Race:

Hair: Eyes:

Scars, Tattoos, Other Distinguishing Marks:

FBI Number: 553887MD1

Complete Description of Automobile:

Investigative Agency and Address: