**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover               Date: July 8, 2013
Court Reporter:     Terri Lindblom
Probation Officer:  Katrina Devine

Criminal Action No. 11-cr-00355-MSK

<u>*Parties*</u>:                                    <u>*Counsel*</u>:

UNITED STATES OF AMERICA,                          Martha Paluch
                                                   Linda Kaufman

    Plaintiff,

v.

ALOIS CRAIG WEINGART,                              Paula Ray

    Defendant.

___

### SENTENCING MINUTES
___

**11:37 a.m.**   **Court in session**.

Defendant is not present.

Statement from defense counsel as to defendant's absence.

The Government orally moves for a bench warrant.

**ORDER:**   The Government's oral motion for a bench warrant is **GRANTED.**

**11:39 a.m.**   **Court in recess.**

Total Time:   2 minutes.
Hearing concluded.