CLOSED

# U.S. District Court
# Southern District of California (San Diego)
# CRIMINAL DOCKET FOR CASE #: 3:13-mj-02694-NLS All Defendants

Case title: USA v. Weingart

Date Filed: 07/15/2013
Date Terminated: 08/19/2013

Assigned to: Magistrate Judge Nita L. Stormes

## Defendant (1)

**Alois Craig Weingart**
*TERMINATED: 08/19/2013*

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 07/17/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Rory McHale**
Federal Defenders of San Diego, Inc.
225 Broadway Avenue
Suite 900
San Diego, CA 92101
(619) 234-8467
Email: rory_mchale@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

## Highest Offense Level (Opening)

None

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

18:3146 - Failure to Appear for Sentencing on the Original offense of 18 USC 1343 and 18 USC 1957

## Disposition

## Plaintiff

**USA** represented by **U S Attorney CR**
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2013 |  | Arrest of Alois Craig Weingart (no document attached) (lao) (cap). (Entered: 07/15/2013) |
| 07/15/2013 | 1 | OUT OF DISTRICT COMPLAINT as to Alois Craig Weingart. (Attachments: # 1 Info sheet) (lao) (cap). (Entered: 07/15/2013) |
| 07/15/2013 | 2 | Set/Reset Duty Hearings as to Alois Craig Weingart: Initial Appearance - ODC set for 7/15/2013 before Magistrate Judge Nita L. Stormes. (no document attached) (lao) (Entered: 07/15/2013) |

| | | |
|---|---|---|
| 07/16/2013 | 3 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Initial Appearance - Out of District Complaint as to Alois Craig Weingart held on 7/16/2013. Federal Defenders appointed for Alois Craig Weingart. Removal/ID Hearing set for 7/25/2013 at 9:30 AM before Magistrate Judge Nita L. Stormes. (CD# 7/16/2013 NLS 10:53-11:04). (Plaintiff Attorney Jason Wandel, AUSA). (Defendant Attorney Deke Falls, FD-S/A). (no document attached) (ecs) (Entered: 07/16/2013) |
| 07/16/2013 | 4 | ***English. No Interpreter needed as to Alois Craig Weingart (no document attached) (ecs) (Entered: 07/16/2013) |
| 07/17/2013 | 5 | NOTICE OF ATTORNEY APPEARANCE: Rory McHale appearing for Alois Craig Weingart (McHale, Rory) (dlg). (Entered: 07/17/2013) |
| 07/25/2013 | 6 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Defendant not appearing due to Chicken Pox - Quarantine. Removal/ID Hearing as to Alois Craig Weingart held on 7/25/2013. Court continues the Removal/ID Hearing to 8/6/2013 09:30 AM in Courtroom 1A before Magistrate Judge Nita L. Stormes. Excludable started as to Alois Craig Weingart: XT-Interest of Justice: 7/25/2013 to 8/6/2013. (CD# 7/25/2013 NLS13-9:38 to 9:42). (Plaintiff Attorney Jason Wandel, AUSA). (Defendant Attorney Rory McHale, FD-N/A; Michelle Betancourt, FD-S/A). (no document attached) (gep) (Entered: 07/25/2013) |
| 08/06/2013 | 7 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Defendant not appearing due to Chicken Pox quarantine. Removal/Identification Hearing Continued, as to Alois Craig Weingart. Defense oral motion to continue hearing granted. Removal/Identification Hearing continued to 8/15/2013 09:30 AM in Courtroom 1A before Magistrate Judge Nita L. Stormes. (CD# 8/6/2013 NLS13-9:45 to 9:52). (Plaintiff Attorney Jason Wandel, AUSA). (Defendant Attorney Rory McHale, FD). (no document attached) (gep) Modified on 8/14/2013 to correct hearing type (gep). (Entered: 08/06/2013) |
| 08/15/2013 | 8 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Removal/ID Hearing as to Alois Craig Weingart not held on 8/15/2013. Defendant admits his identity, waives ID/Removal Hearing and submits signed waiver. Court finds the defendant to be the defendant named in the complaints and orders him removed forthwith to the District of Colorado. Court signs the submitted warrant for removal. (CD# 8/15/2013 NLS13-9:59 to 10:04). (Plaintiff Attorney Jason Wandel, AUSA). (Defendant Attorney Rory McHale, FD). (no document attached) (gep) (Entered: 08/16/2013) |
| 08/15/2013 | 9 | WAIVER of Rule 5 & 5.1 Hearings by Alois Craig Weingart. (dls) (received 8/19/2013) (Entered: 08/19/2013) |
| 08/15/2013 | 10 | WARRANT of Removal to District of Colorado Issued as to Alois Craig Weingart. (dls) (received 8/19/2013) (Entered: 08/19/2013) |
| 08/19/2013 | 11 | NOTICE to Receiving District: **(District of Colorado)**, of Case Removal, as to Alois Craig Weingart. The following documents are available on the public docket: 9 Waiver of Rule 5 Hearings, 5 Notice of Attorney Appearance - Defendant. Additional documents |

will be sent via Email. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email interdistrictTransfer_CASD@casd.uscourts.gov. (dls) (Entered: 08/19/2013)

| PACER Service Center |  |  |  |
|---|---|---|---|
| Transaction Receipt |  |  |  |
| 08/19/2013 10:23:13 |  |  |  |
| **PACER Login:** | dy1783 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 3:13-mj-02694-NLS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |