✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

UNITED STATES OF AMERICA,
                    Plantiff,

                    v.

ALOIS CRAIG WEINGART,

                    Defendant.

**APPEARANCE**

Case Number:   13MJ2694

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALOIS CRAIG WEINGART

I certify that I am admitted to practice in this court.

/s/ RORY T. McHALE

7/17/2013

Date

Signature

Rory T. McHale/ Federal Defender    289412

Print Name                          Bar Number

225 Broadway, Suite 900

Address

San Diego,         CA         92101

City              State        Zip Code

(619) 234-8467        (619) 687-2666

Phone Number              Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate

to the best of his information and belief, and that a copy of the foregoing document

has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: July 17, 2013                          */s/ Rory T. McHale*

**RORY T. McHALE**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Rory_McHale@fd.org