Warrant of Removal (After Waiver of Hearing)

**FILED**
AUG 15 2013
DISTRICT COURT
DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ALOIS CRAIG WEINGART

Magistrate Case No. **13MJ2694**

**WARRANT OF REMOVAL**
(After Waiver of Hearing)

**NOT FOR PUBLIC VIEW**

To: United States Marshal

A warrant for arrest having been issued in the District of Colorado, charging defendant **ALOIS CRAIG WEINGART** with failure to appear for sentencing in criminal case no. 11-cr-355-MSK, in violation of Title 18, United States Code, Section 3146, and the above-named defendant having been arrested in this district and, after waiving hearing pursuant to Federal Rules of Criminal Procedure 40 and 5(c)(3), having been committed by a United States Magistrate Judge to your custody pending his removal to that district,

You are hereby commanded to commit the above-named defendant forthwith to the District of Colorado and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

_____
**HON. NITA L. STORMES**
United States Magistrate Judge

Dated at San Diego, California, this **15ᵃ** day of **August**, 2013.

**RETURN**

District of Colorado (at Denver)                ss

Received the within warrant of removal the _____ day of _____, 2013, and executed same.

_____
U. S. Marshal

By _____
Deputy Marshal

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA
2013 AUG 16 PM 1

JMW/tlp/July 17, 2013/Rev. 12/02