IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:   Emily Seamon            Date:      October 29, 2013
Court Reporter:     Terri Lindblom
Probation Officers: Nicole Peterson and Veronica Ramirez

Criminal Action No. 11-cr-00355-MSK

*Parties*:                                *Counsel*:

UNITED STATES OF AMERICA,                 Martha Paluch
                                          Linda Kaufman
Plaintiff,

v.

3. ALOIS CRAIG WEINGART,                  Paula Ray

         Defendant.

_____

                        **SENTENCING MINUTES**
_____

**10:02 a.m.      Court in session**.

Defendant present in custody.

**Change of Plea Hearing on April 8, 2013.  Defendant pled guilty to Count 1 of the Information.**

**ORDER:**   The counts of the Indictment are **DISMISSED**.

**ORDER:**   Government's Motion to Restrict Document [Doc. No. 307, filed July 9, 2013] is **DENIED AS MOOT**.

**ORDER:**   Government's Motion to Restrict Document [Doc. No. 310, filed July 11, 2013] is **DENIED AS MOOT**.

Parties received and reviewed the presentence report and all addenda.

**10:09 a.m.      Court in recess.**
**10:13 a.m.      Court in session.**

The Court has read and considered Government's Response to Defendant Alois Craig Weingart's Objections to Presentence Report and Addenda and Motion for Variance (Document 347).

Defendant **does** dispute the facts contained in the presentence report.

Sentencing Minutes  
Chief Judge Marcia S. Krieger  
Page 2

**ORDER:** Defendant's Oral Motion to Strike the Last Two Sentences from the Presentence Report is **GRANTED**.

The parties **do** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the most recent presentence report.

Defendant **does** request departure.

Defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

**ORDER:** The probation officer shall change the presentence report to reflect the proper amount of restitution.

Allocution. - Statements made by: Defense counsel, the Government, and the defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:52 a.m.   Court in recess.**

Total Time:   00:46  
Hearing concluded.